E-FILED
Thursday, 14 October, 2021 11:39:15 AM
Clerk, U.S. District Court, ILCD

Lucas Wood )
_____ )  _____
           Plaintiff          )
                              )
                              )
           vs.                )         Case No. _____
                              )    *(The case number will be assigned by the clerk)*
                              )
Jonathan Ek, UNKNOWN          )
EMPLOYEES OF WEXFORD           )
HEALTH SOURCES INC.,          )
HCU Administrator             )
Jennifer Chicone, John        )
curtis of CARLE PHYSICAL      )
THERAPY, CARLE PHYSICAL       ) F
THERAPY, WEXFORD HEALTH SOURCES
INC.,   ALL IN THEIR INDIVIDUAL
AND PROFFESIONAL CAPACITIES.

                    defendants
*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a
separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se
prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought
under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal
defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal
claims arise from other federal laws. Your particular claim may be based on different or additional sources of
federal law. You may adapt this form to your claim or draft your own complaint.*

■ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☐ Unknown _____


*\*Please refer to the instructions when filling out this complaint. Prisoners are not required to
use this form or to answer all the questions on this form in order to file a complaint. This is not
the form to file a habeas corpus petition.*

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law.

## II. PARTIES

A. Plaintiff:

Full name:__Lucas Wood_
Prison Identification number:__R64297___
Current address:_____3820 E. Main St._
                       Danville, Illinois. 61834

B. Defendants

Defendant #1:
Full Name: Jonathan Ek
Current job title: medical director
Current work address:  3820  E. Main St.
                          Danville Illinois. 61834

Defendant #2:
Full name:WEXFORD  HEALTH SOURCES INC.

Current work address: 801 Adlai Stevenson Drive
                          Springfield, Illinois.  62703

Defendant #3:
Full name: Jennifer Chicone
current job title: health care administrator
current work address:  3820 E. Main St.
                          Danville Illinois. 61834

Defendant #4:
Full name:  carle physical therapy
current address: 2300 N. Vermillion St.
                    Danville,Illinois  61834

Defendant #5:
full name: John Curtis
current job title: physical therapist
current work address:  2300 N. Vermillion St.
                          Danville, Illinois.  61834

Defendant #6:
Full name: UNKNOWN EMPLOYEES OF WEXFORD HEALTH
SOURCES INC.

## III. LITIGATION HISTORY

A: Plaintiff has never brought any other lawsuits in state or
federal court dealing with the same facts involved in this case.

B.Plaintiff has never brought any other lawsuits in federal court
while incarcerated.

1. Name of Case, Court and Docket Number

_____

2. Basic claim made _____

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still

pending?) _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A.  Is there a grievance procedure available at your institution?   Yes  ☒    No  ☐

B.  Have you filed a grievance concerning the facts relating to this complaint?

     Yes  ☒    No  ☐

If your answer is no, explain why not _____

_____

C.  Is the grievance process completed?   Yes  ☒    No  ☐

4

place(s) of the occurance

Date(s) of the occurance_____

state here the FACTS that support your case. Describe what each
defendant did to violate your federal rights. You do not need
to give any legal arguments or site any case statutes. Number
each claim in a seperate paragraph. Unrelated claims should be
raised in a seperate civil action.

## I. NATURE OF CLAIM

This action arises under the constitution of the united states of
america and the laws of the united states under the civil rights
act of 1871 and 42 U.S.C. 1983 to properly redress deprivations
by defendants of plaintiffs rights under the eigth and fourteenth
amendments of the united states constitution.

## II. JURISDICTION AND VENUE

2) Jurisdiction is based upon 28 U.S.C. 1311,1343, and 1367

3) Venue is proper in the central district of Illinois pursuant
to 28 U.S.C. 1391 as acts and omissions complained or occured
within said district.

## III.PARTIES

4)Plaintiff Lucas Wood is currently incarcarated at the Danville
Correctional Center, And was incarcerated at this facility at all
relevant times to this complaint.

5)Defendant Jonathan Ek was the physician employed at Danville
cerrectional center by defendant WEXFORD HEALTH SOURCES INC.
at all times relevant to this complaint.

6)defendant WEXFORD HEALTH SOURCES INC. was and is a Florida
corporation doing business in Illinois under contract with the
Illinois department of corrections facilities including Danville
correctional center at all times relevant to this complaint.

7) Defendant Jennifer Chicone was employed at Danville
Correctional Center at all times relevant to this complaint.
8) Defendant John Curtis was employed at defendant CARLE PHYSICAL
THERAPY at all times relevant to this complaint.
9) Defendant CARLE PHYSICAL THERAPY is located in danville
lllinois and conducted business with Danville Correctional Center
at all times relevant to this complaint.
10)Defendants acted under color of law at all times relevant to
this complaint and are being sued in their individual AND
professional capacities.

## IV. FACTUAL ALLEGATIONS

11)plaintiff Lucas Wood is 32 years old
12)Plaintiff Lucas Wood is in the custody of the Illinois Dept.
Of Corrections
13)Plaintiff Lucas Wood was in the custody of the Illinois Dept.
of corrections at all times relevant to this complaint.
14)On 7-15-21, Plaintiff began sending 'Request slips' to the
health care unit for "sick call", plaintiff knew something was
very wrong and was in extreme pain, and had a very hard time
walking of standing.
15) Plaintiff was experiencing extreme pain, swelling, and
discoloration of his right leg/foot/achilles tendon.
16) On 7-21-21, Plaintiff had his loved one (Elizabeth Lampson)
call the Danville Correctional Center and speak with the health
care administrator, defendant Jennifer Chicone, and explain to
her that the plaintiff Lucas Wood was in extreme pain, and needed
immediate medical attention.
17) On 7-27-21, plaintiff had still not been seen by any of the
defendants or any other health care professionals. Plaintiff
wrote an emergency medical grievance. ( see exhibit 2-A)
18) On 7-29-21, Plaintiff had a "call pass" to the health care
unit, but it was canceled due to "time restraints". (see exhibit
3-A)
19) On 8-2-21, Plaintiff had still not been seen by any health
care professionals. Plaintiff was still in extreme pain, and
having difficulty walking or standing.
20) Plaintiff was made to limp in pain to meals,showers,commissary
up and down stairs, so out of desperation, plaintiff

wrote a letter to the warden of Danville Correctional Center,
asking her for help to get seen for his serious medical
condition.

21)On 8-3-21, plaintiff had another call pass for the health care
unit, and this call pass was also canceled due to "time restraints
" (see exhibit 3-A)

22)On 8-3-21, Plaintiff again had his loved one (Elizabeth
Lampson) call Danville C.C. and talk to the health care
administrator, Defendant Jennifer Chicone, and advise her
that the plaintiff has still not been seen, and his condition
is worsening due to their delay in medical care.

23) On 8-4-21, Plaintiff spoke with Danville C.C.'s #3 warden,
Greg Runyan. Plaintiff told Runyan all the measures he has taken
trying to be seen by the health care staff.Plaintiff explained
to runyan that he was still in extreme pain, and having a
difficult time walking. Warden Runyan told plaintiff he should
be seen soon.

24)  On 8-5-21, plaintiff had another health care call pass
and was not called.  Plaintiff explained to c/o Huff and his wing
officer that all his call passes keep getting canceled, and that
he has been limping in pain for three weeks at this point, and
it hurt for plaintiff Wood to walk.

25) Plaintiff Wood's wing officer called the health care unit
and explained the plaintiffs situation and made it possible for
plaintiff wood to be seen by a nurse.

26) On 8-5-21, after writing grievances, having loved ones call,
writing request slips, and talking to wardens, Plaintiff was
finially able to see a nurse after three weeks of being made
to limp in pain.

27) On 8-5-21, Plaintiff wood showed an unknown nurse his swollen
and discolored foot/leg/achilles.(see exhibit  3-A)

28) This unknown nurse instantly knew that the plaintiff needed
to see a doctor immediatly.

29) Plaintiff then saw Defendant Jonathan Ek, and showed him that
his foot/leg/achilles were swollen, discolored, and in a lot of
pain.

30) Plaintiff wood also explained to Defendant Ek that it

especially hurt to walk or climb stairs. (see exhibit 3-A)

31)Even after explaining to Defendant Ek that it was really hard to walk, Defendant Ek sent plaintiff Wood back to his housing unit with no crutches,partial cast,boot,wheel chair, low gallery permit, or sending him to an outside hospital for an MRI.

32)defendant ek perscribed the plaintiff tylenol and neproxin

33) Defendant Ek also perscribed the plaintiff an ultra sound and physical therapy, BEFORE knowing what was wrong. (see exhibit 3-A)

34) Plaintiff was made to continue walking to meals,showers, commissary, up and down stairs, and all other every day necessities, knowing that something was very wrong, and still in extreme pain and discomfort.

35) On 8-12-21, plaintiff recieved his first emergency grievance back from the grievance officer. It was declared "Moot". (see exhibit 2-A)

36)Plaintiff sent grievance to springfields ADMINISTRATIVE REVIEW BOARD.

37) On 8-26-21, Plaintiff is still walking/limping in extreme pain, and has not recieved an ultra sound or physical therapy.

38)Plaintiff fears that he may suffer permenant damage or life long harm, so plaintiff wrote another grievance.

39) On 8-27-21, Without having an ultra sound done, plaintiff was taken to defendant CARLE PHYSICAL THERAPY, and seen by defendant John Curtis.

40)Without knowing any or all of the plaintiffs ailments, defendant John Curtis began stretching and pulling/excercising the plaintiffs achilles tendon, causing the olaintiff pain and discomfort.

41) Defendant John Curtis, while working at defendant CARLE PHYSICAL THERAPY, gave plaintiff Wood a series of excercises/ stretches to do on his own three (3) times a day. ( see exhibit 5-A)

42)based on information and belief, these excercises/stretches made the plaintiffs condition worse rather than better.

43) Defendant John Curtis recomended plaintiff come back for more treatment once a week for six (6) weeks.(see exhibit 8-A)

44) Plaintiff Wood complied with all the excercises recomended

by Defendant John Curtis, even though they were causing him pain
and discomfort, not knowing that these recomendations were
going to worsen his condition rather than help.

45) On 8-31-21, Plaintiff recieved an ultra sound and it was
documented that the plaintiff has a "High-grade/complete tear
of the right achilles tendon. (see exhibit 6-A)

46) Also documented in these findings; " there is a high-grade
tear of the right achilles tendon with potentially a few fibers
remaining. ( see exhibit 6-A)

47)On 9-3-21, plaintiff had not been back for his recomended
weekly physical therapy. plaintiff wrote a grievance.

48) On 9-3-21, Plaintiff was moved to Danville Correctional
Centers infermery, and given a partial cast and crutches.

49)On 9-3-21, Plaintiff Wood spoke with the nurse practitioner
Justin. NP Justin informed plaintiff Wood that he had a high-
grade tear in his achilles tendon and shouldnt bear any weight
on it.

50)Plaintiff informed NP Justin that he has been made to walk
with his torn achilles for nearly two (2) months, and begun
physical therapy.

51)NP Justin informed plaintiff Wood that "physical therapy is
a TERRIBLE idea" and not to bear any weight on his right foot.

52) NP Justin made plaintiff Wood known of his ailments and gave
Wood Ibuprophen for pain.

53)On 9-5-21, plaintiff wrote an emergency grievance because
defendants Jonathan Ek, John Curtis,WEXFORD HEALTH SOURCES INC.,
and CARLE PHYSICAL THERAPY, Had the plaintiff doing physical
therapy everyday , and this treatment was painful, uncomfortable,
doing him more harm than good, and possibly causing him
irrepairable harm and permenant damage.

54)On 9-7-21, Plaintiff spoke with Defendant Jonathan Ek, Ek
did not "remember" ordering the plaintiff physical therapy
and was unaware that he had already begun.

55)Defendant Ek informed Plaintiff Wood that he scheduled a
consultation with on orthopedic specialist.

56)On 9-13-21, plaintiff sent a request slip to "sick call"
beacuse he is still in constant pain, and pain medications stopped
being given to plaintiff.

57) On 9-15-21, plaintiff Wood spoke with defendant Ek. Plaintiff Wood explained to defendant Ek that he is in constant pain, and his right leg/foot is "aching" all day and night. plaintiff was given Ibuprophen.

58)On 9-24-21, plaintiff was taken to CARLE ORTHOPEDICS AND SPORT MEDICINE. The plaintiff was given a "form fitting BOOT" and told that He should have been seen by a specialist sooner.

59) The unknown doctor from CARLE ORTHOPEDICS AND SPORTS MEDICINE scheduled an MRI for the plaintiff.

60)On 9-25-21, Plaintiff heard back from the ADMINISTRATIVE REVIEW BOARD regarding grievance # 6432. grievance was denied. (see exhibit 7-A)

61) On 9-30-21, plaintiff recieved his medical records from defendants CARLE PHYSICAL THERAPY. ( see exhibit 8-A)

62) In the records from defendants CARLE PHYSICAL THERAPY, defendant John Curtis states "PT has not had imaging performed yet, but MD says there is a small tear in the R achilles tendon" (see exhibit 8-A)

63) Exhibit 6-A clearly states "High-grade/complete tear of the achilles tendon.

64)Plaintiff wood still suffers from a constant aching pain in his right leg/foot/achilles tendon.

65) plaintiff Wood is unable to work at Danville C.C. to earn "good time" for a early release due to his injury going untreated for so long.

66) Plaintiff still has a hard time walking, and when made to walk walks with a very noticable limp.

67)due to this serious medical condition, plaintiff wood may never be able to work in his respective trade as a barber upon his release from the Illinois Dept. OF Corrections.

## V. COUNT I.

**DEFENDANTS DELIBERATE INDIFFRENCE TO PLAINTIFFS SERIOUS MEDICAL NEEDS UNDER THE EIGTH AND FOURTEENTH AMENDMENTS OF THE UNITED STATES CONSTITUTION**

68)Plaintiff Lucas Wood herby incorporates and re-alleges

paragraphs 1-70 as though set forth fully herin its entirety.

69) On 7-15-21, 7-23-21, 8-2-21 and 8-3-21, Plaintiff wrote request slips to the health care unit trying to get help for his serious medical needs.

70)On 7-21-21 and 8-3-21, Plaintiff had his loved one (Elizabeth Lampson) call danville C.C.'s health care administrator, defendant Jennifer Chicone, and try to get the plaintiff some much needed medical attention.

71)On 7-27-21, Plaintiff wrote an emergency medical grievance trying to get help for his serious medical condition.

72) On 8-5-21, plaintiff Wood spoke with defendant Ek and told him that he was in a lot of pain and it hurt him to stand and ity was especially painfull to walk or climb stairs.

73) Even after defendant Ek learned of plaintiffs serious medical condition/ailments, pain and suffering, defendant still sent the plaintiff back to population with nothing but some tylenol and neproxin.

74)Even after seeing medical professionals from defendants WEXFORD HEALTH SOURCES INC., at danville C.C., plaintiff was made to walk up and down stairs, to meals, to showers, to commissary and all other daily activities with no crutches, cast, BOOT, wheel chair, or low gallery permit, while in extreme pain, for nearly two (2) months.

75)Defendant saw noticable swelling of plaintiffs right foot/leg and discoloration, multiple weeks after the injury took place. ( see exhibit 3-A)

76) Defendant Ek ordered plaintiff  physical therapy, WITHOUT seeing an ultra sound, and caused the plaintiff more pain and discomfort, and possibly life long damage and irrepairable harm.

77)Defendants Jonathan Ek, Jennifer Chicone, UNKNOWN EMPLOYEES OF WEXFORD HEALTH SOURCES INC. , All knew of plaintiff Wood's serious medical need, and failed to provide adequate medical care to him, or provide it in a "reasonable" amount of time, specifically aformentioned defendants failed to;

A) provide adequate pain managment and perscriptions

B) Place plaintiff in the infermery after he explained to defendants that he was in serious pain, and it hurt him to stand or walk, or climb stairs.

C)Defendants Jennifer Chicone,and OTHER UNKNOWN EMPLOYEES OF
WEXFORD HEALTH SOURCES INC., were all asked to help the plaintiff
and stood by and did nothing as plaintiff Wood was made to suffer
in pain, with no medical attention for WEEKS.

78) Defendants deprived plaintiff Lucas Wood of the right,
privlege and immunities secured to him by the eigth and
fourteenth amendments of the constitution of the United States,
and laws enacted thereunder; therefore, defendants are jointly
and severally liable to plaintiff Lucas Wood, pursuant to 42
U.S.C. 1983.

79) The aformentioned acts and omissions of defendants, were
deliberatly indiffrent to plaintiff Lucas Wood's serious medical
condition.

## VI. COUNT II.

**MONELL CLAIM AGAINST DEFENDANT WEXFORD HEALTH SOURCES INC.**
80)Plaintiff Lucas Wood, hereby incorporates and re-alleges
paragraphs 1-71 as though fully set forth in all its entirety.
81) The constitutional violations set forth above were commited
pursuant to the unconstitutional practices,policies and/or
customs of defendant WEXFORD HEALTH SOURCES INC., acting under
color of law.
82)Defendant WEXFORD HEALTH SOURCES INC., had practices,policies
so prevalent and wide spread as to compromise corporate policy
and in turn compromise medical care ultimatley causing the
constitutional violations set forth above for its patients
including plaintiff Lucas Wood.
83)Defendant WEXFORD HEALTH SOURCES INC., by and through its
practices,policies and/or customs, acted as the moving force
behind the constitutional violations in this complaint.
84)The deficiencies in the practices,policies and/or customs
of defendant WEXFORD HEALTH SOURCES INC., have been documented
by well-researched and highly respected studies and reports
and within the four cornors of the wexford provider hand book.
85) At all times alleged, wexford had a policy and practice of
maltreatment that caused harm to prisoners, including plaintiff
Lucas Wood.
86)Defendant WEXFORD had a policy and practice as stated  in the
wexford provider handbook,which states:
"Cost consideration: a criticism frequantly directed toward
private managed care programs like wexford to improve profits.
Similar criticism has been directed at the medical industry in
general, implying that cost-money-should never be considered
in treatment,and with progressive government "health care reform"
will become a far greater factor than it has ever been under the
"control of the health profession" consideration in deciding
which treatment is given to or whether or not the department of
corrections has the responsibility to provide treatment. the
existance of a condition DOES NOT CONSTITUTE A RESPONSEIBILlTY
FOR REPAIR! When considering alternative treatment approaches
cost becomes a consideration. Even then, it is not the
determinant,but only ONE of several vairables considered.

Meanwhile, the roll of the medical staff is to:1)provide
medical care to individual patients, and 2) Seek the best quality
we can afford and spread our health care budget to effectively
cover as many services as possible. Cost has been and must
continue to be a consideration. The "cost of service" remains an
important factor to be shouldered by each health care
proffessionals being fully responsible builds a broader range
of treatment alternatives.

87)On information and belief,the Illinois Dept. Of Corrections
awarded wexford a contract to provide medical care and
services to inmates on a low bid basis.

88)On information and belief, treatment and decisions by
medical proffessionals,such as defendant Jonathan Ek is
influenced by defendant WEXFORD'S above-stated policy and
practice such that necessary medical treatment is denied
to prisoners,such as plaintiff Lucas Wood,based on wexford's
"budget".

89)on information and belief, the wexford provider handbook
including the above-stated policy,was distributed and read by
defendants Ek, and UNKNOWN EMPLOYEES OF WEXFORD HEALTH SOURCES
INC.

90)The actions of the individual defendants as alleged in this
complaint were done pursuant to and as a result of one or more
of the practices,policies and/or customs of the defendant
WEXFORD HEALTH SOURCES INC. as set forth above.

91)The action of the individual defendants as alleged in this
complaint and the action of defendant WEXFORD HEALTH SOURCES INC.
and its supervisory employees in failing to train, supervise,
and discipline employees with respect to said actions resulted
in recurring situations at Danville C.C. and not isolated
instances of a failure to act.

92)The practices,policies and/or customs described in this
complaint were wide spread,permanent,well-settled and were known
or should have been known to the policy-makers of defendant
WEXFORD HEALTH SOURCES INC.

93)the policy maker of defendant wexford health sources inc.
were instrumental in maintaining,overlookingand perpetuating

the unconstitutional practices,policies and/or customs described
above.

94)through its practices,policies and/or customs,defendant
WEXFORD HEALTH SOURCES INC. deprived plaintiff Lucas Wood of
the rights, privileges and immunities secured to him by the
eigth and fourteenth amendments of the unites States
Constitution and laws enacted thereunder;therefore, defendant
wexford health sources inc. is liable to plaintiff Lucas Wood
pursuant to 42 U.S.C. 1983.

(State what relief you want from the court.)

1) Award the plaintiff the sum of $150,000.00 in
compensatory damages;

2) Award the plaintiff the sum amount of $50,000.00 in punitive
damages;

3) Grant the plaintiff such other relief this court deems just
and appropriate.

JURY DEMAND     Yes ☒     No ☐

Signed this ___1___ day of __October__ , 20 _21_ .

_____
( Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Lucas Wood | R64297 |
| Address: 3820 E. Main St. Danville, IL. 61834 | Telephone Number: |

1-A) List of dates and times everything took place

2-A)1st emergency medical grievance (#6432)/description of
grievance from springfields ARB.

3-A) Medical records from Danville C.C.

4=A) grievance about not recieving physical therapy or uItra
sound.

5-A) pictures of excercises recommended from CARLE PHYSICAL
THERAPY.

6-A) Ultra Sound report

7-A)response from ARB regarding grievance #6432

8-A)medical records from carle physical therapy.

EXhibit  1-A  2:21-cv-02254-JES  # 1  Page 18 of 44

-11-21 | I hurt my heel (was kicked) playing soccer. I thought I would/could walk it off.

-15-21 | I realized something was VERY wrong. Still Hurt VERY bad, and limping. Sent HCU a request slip

-21-21 | I had a loved one (Elizabeth Lampson) call here and complain to the medical director that I need medical attention ASAP.

-23-21 | I STILL haven't been seen by the HCU, Foot is turning blue, still limping bad, in real bad pain. I send ANOTHER request to the HCU

-27-21 | I still haven't been seen, now my toes Are changing colors too, I write an emergency medical grievance.

-29-21, | I had a HCU call pass, but was canceled

-2-21 | STILL have not been seen, whole foot ss swollen/bruised, in pain, limping, I write ANOTHER request slip to HCU AND a letter to the warden of opperations.

-3-21 | Had a callpass for HCU, It was canceled AGAIN!

Exhibit 1-A

8-3-21 | Had my loved one call and complain to the medical director AGAIN! droped Another request.

8-4-21 | I talked to the #3 warden And told him what has been going on. He Assured me id be seen soon...

8-5-21 | Had a HCU call pass, It was never called. At 2:30 pm, I was let out of my cell for a visit, And my wing officer called the HCU And told them I NEEDED to be seen ASAP! I saw a nurse, she instantly knew I needed to see the Doctor. I saw Dr. Ek, he gave me tylenol and nepsoxin, and ordered me an ultra sound and physical Therapy.

8-12-21 | Recieved 1st grievance back. declared "moot" I sent it to Springfield.

8-26-21 | I still had not recieved physical therapy or an ultra sound, Still in pain and limping. wrote ANOTHER grievance.

Exhibit 1-A

**8-27-21** Still hadn't had an ultrasound, but went to physical therapy. they recomended physical therapy. once a week for six weeks.

**8-31-21** Had an ultra sound. Was documented as a 'complete tear' said I would see a Doctor soon, And something needs to be done

**9-3-21** Still limping, And have NOT been back for more physical therapy — wrote grievance.

**9-3-21** moved to Hcu, given a Hard cast/Boot and crutches. NP told me I have a grade "A" tear, And my calf is Attached to my heel by only a few fibers. Advised me physical Therapy is A BAD idea, to not walk on it AT ALL.
      — was given tylenol —

**9-5-21** wrote grievance because I was NOT supposed to do physical therapy.

**9-7-21** Talked to Dr. EK. 'didn't remember ordering me physical therapy. And didn't know I WENT already. is scheduling surgery with a surgeon.

Exhibit 1-A

9-9-21   Dr. EK harrased me about a phone in my room, And tried to get me in trouble with SRG. Wensten — wrote grievance

9-9-21   heard back from ARB regarding 1st grievance. (#6432) did NOT return my grievance or send a response, wrote them back.

9-13-21   Put in for sick call because Achilles/Leg are constantly Aching

9-15-21   talked to Dr. Ek, told him I was still in a constant Aching pain. gave me Ibuprophen.

9-24-21   went to Carle Orthopedics and sports medicine, scheduled a MRI and gave me a "Boot". Doctor told me this would have been Simpelier if he could have seen me sooner.

9-25-21   got a response from ARB regarding grievance #6432, and grievance was denied.

9-30-21   recieved medical records from carle physical Therapy.

EXHIBIT 7-A
2:21-cv-02254-JES  # 1  Page 22 of 44

# DANVILLE CORRECTIONAL CENTER

Assigned Grievance Identification: Danville C.C. 046439

Housing Unit: 3-D

**DANVILLE CORRECTIONAL CENTER**

1st Lvl rec: **JUL 28 2021**

2nd Lvl rec: **AUG 10**

## ILLINOIS DEPARTMENT OF CORRECTIONS
### Offender's Grievance

| | |
|---|---|
| Date: 7-27-21 | Offender (please print): Lucas Wood | ID #: R64297 | Race (optional): Wht |
| Present Facility: Danville C.C. | Facility where grievance issue occurred: Danville C.C. |

**GRIEVANCE OFFICER**

**DANVILLE CORRECTIONAL CENTER**

**GRIEVANCE OFFICER**

### Nature of grievance:

☐ Personal Property  ☐ Mail Handling  ☒ Medical Treatment  ☐ ADA Disability Accommodation

☐ Staff Conduct  ☐ Dietary  ☐ HIPAA  ☐ Restoration of Sentence Credit

☐ Transfer Denial by Facility  ☐ Other (specify): _____

☐ Disciplinary Report

_____  _____
Date of report  Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

> **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
> **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor
> **Chief Administrative Officer,** only if EMERGENCY grievance
> **Mail to Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 7-11-21, I hurt my leg very bad on the yard, I thought I could walk it out and it would be better in a few days, on 7-15-21, I noticed that my whole foot was purple. so I dropped a request for sick call. on 7-21-21, I still was not seen by the HCU, and my toes turned purple, still couldn't put weight on my foot. I had a loved one call Danville's HCU and complain. 7-23-21, I still have not been seen

☒ Continued on reverse

**Relief Requested:** To see A DOCTOR, not a nurse, not a NP. But a DOCTOR.

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is NOT an emergency grievance.

_____  R64297  7-27-21
Offender's Signature  ID#  Date

(Continue on reverse side if necessary)

---

**Counselor's Response** (if applicable)  Date Received: _____  ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:** Refer to HCU

EXHIBIT 2-A

Assigned Grievance #/Institution: Danville C.C.     Housing Unit: 3-D

1st Lvl rec:

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

2nd Lvl rec:

my whole foot/calf is swolen and sore, and I'm still
limping bad, and STILL have not been seen! today is
7-27-21 And I still have not been seen, And something
is really wrong I'm supposed to see a nurse 3 times
in 30 days to see a Doctor. How am I supposed to
do that when I've been trying to see a nurse for
12 days and STILL haven't been seen.
Something is wrong and I need help!


ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ Danville Correctional _____ Center

Offender Information:

Wood _____ Lucas _____ ___ ID#: R64297
Last Name          First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| | NP Note: | |
| 9-3-21 | This R/E was made | P) INF placement |
| | aware of u/s report | crutches |
| | by medical Records, and | Post Mold |
| | had pt immediately brought | Non - wt bearing |
| | to HCU to be placed | Discussed u/s report |
| | in INF | |
| | ~~~~~~~~~~~ NP | noted 9/3/21 1630 Burlesoreu |
| | | |
| | | |
| | | |
| | | |

Exhibit 3-A

**Danville Correctional** Center

| Offender Information: | | |
|---|---|---|
| Last Name: Wood | First Name: Lucas | MI: | ID#: R69207 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8/7/21 11:30 | DP, s/p C S: Remain Non-weight bearing X _____ 12 weeks O: NAD A: ① Achilles tear | Ortho referral made ② ① Achilles tear may use wheelchair O2 crutches _____ J. ETZ MD |
| | noted 9/7/21 1235 Bulsorew | |
| 9-8-21 0830 | RN note Pt. was asleep. States he can't sleep with the cast/wrap on. He removes it @ _____. WT # 280.2 977-69-20 24/82 97% _____ Bulsorew _____ | |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Infirmary Progress Notes

Danville _____ Center

Offender Information:

| Wood | Lucas | | ID#: R64207 |
|------|-------|---|---|
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 8/9/21 0730 | MD Note<br>S: Has stayed Non-<br>weight bearing<br>on (R) leg. (R)urts<br>Achilles region at<br>Jones.<br>O: S: S=MM<br>CTA (B)<br>Hand splint n<br>place.<br>A: (R) Achilles<br>tear | Continue<br>Ibuprofen &<br>APAP prn<br>Has ortho<br>eval referral<br>[signature] E.L. MD<br>noted 1250<br>9/9/21 [illegible] |
| | | |
| | | |

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper



| | | | | |
|---|---|---|---|---|
| Inmate Id: | R64297 | | Ret Form Ind: | |
| Name: | WOOD, LUCAS | | Modify Ind: | |
| Chair Code: | DEKI | | Deny Ind: | |
| Grv Type: | L | | Favorable Ind: | |
| Grv Code: | MEDICAL | | Deferred Ind: | |
| Receive Date: | 08/18/2021 | | Moot Ind: | |
| Hearing Date: | 00/00/0000 | Grievance Number: | 6432 | |
| Mailing Date: | 00/00/0000 | Incident Number: | | |
| Grv Loc: | DANVILLE CC | Incident Date: | 00/00/0000 | |
| Hearing Loc: | DANVILLE CC | Incident Inst: | | |
| | | Date Receipted: | 08/23/2021 | |

Comments: E-GRV #6432 GRVS NO RESPONSE TO SICK CALL REQ. TURNED IN ON 7/15/21, FOR INJURED LEG; GRIEVANT CLAIMS NO RESPONSE AS OF 7/23/21

exhibit 3.A   2:21-cv-02254-JES   # 1   Page 28 of 44

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ Danville Correctional _____ Center

Offender Information:

Last Name: Wood   First Name: Lucas   MI: ____   ID#: R64297

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7-29-21 | RN note | |
| | pt not seen for NSC | |
| | due to time constraints. S. Glenn RN | |
| 8-3-21 | LPN note - | |
| | Pt not seen for NSC due | |
| | to time constraint Cophlljus LPN | |
| 8-5-21 | RN note | |
| 2:55 | pt seen for NSC | |
| | pt seeing Dr Ek | |
| | VS T 97.5  O₂ 98% | |
| | WT 285.8  P 78  R 18,  B/P 141/87   S. Glenn, RN | |
| | MD Note | US Ⓡ Achilles |
| 8/5/21 | S: Kicked in Achilles | refer to PT for |
| 320 | playing soccer 7/11/21. | Achilles contusion |
| | O: mild edema and | Naproxen 500 mg |
| | slight ecchymosis | BID PRN |
| | @ achilles | NTA 500 |
| | A: Achilles contusion | |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0284 (Eff. 4/2002)
(Replaces DC 7447)

exhibit 3-A   2:21-cv-02254-JES   # 1   Page 29 of 44

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

__Danville Correctional__ Center

**Fracture,
Dislocation, Sprains**

Offender Information:

Wood          Lucas          ID#: R64297
Last Name      First Name      MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | (RN NOTE)    LPN/CMT NOTE | P) Refer to MD if: |
| 8-5-21 | S) – When did the injury occur?   7-11-21 | – Any deformity, severe pain or swelling, discoloration, limited motion, lack of warmth to touch, pulses diminished or absent (symptoms of impaired circulation) |
| 2:55 | – How did it happen?  Soccer | |
| | – Location of injury? got kicked in (R) achilles tendon | No MD Referral: |
| | – Any restriction in range of motion? ROM good | – Cold pack PRN for 24 hrs. |
| | – Pain scale 1 -10? 3 sitting 8 – walking | – Splint and elevate extremity
– Discuss management of injury with MD on-call if necessary |
| | O) T 97.5  P 78  R 18  BP 141/87  WT 288.8 | – FIRST GIVE – ibuprofen 200mg 1-2 tabs t.i.d. PRN X 3 days (18 tabs) |
| | – Inspection for anatomical alignment | – Acetaminophen 325 mg, 1 – 2 tablets t.i.d. PRN X 3 days (18 tablets)   OR |
| | – Presence of swelling yes mild pitting edema | |
| | – Presence of discoloration greenish – yellow | Patient Teaching: |
| | | – Medication use |
| | – Skin integrity w/in tact | – Application of cold |
| | – Check for circulatory integrity WNL | – No weight bearing, elevation |
| | | – Crutch walking if applicable |
| | – Capillary refill WNL | – Safety measures |
| | – Distil pulses WNL | – Importance of follow up |
| | | Follow-Up: |
| | – Assess for active ROM WNL | Return to sick call for increased pain, numbness or skin color changes. |
| | | Nurse Signature  S. Glenn RN |
| | A)  R/O Skeletal Injury | Payment voucher      YES      (NO) |

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

exhibit 3-A

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Danville Correctional     Center

Offender Information:

Wood          Lucas          ID#: R64297
_____      _____        _____
Last Name    First Name     MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8/7/21 | LPN Note | |
| 1420 | pt was no need ——— | —Kmccall LPN |
| 8/11/21 | LPN Note: | |
| 1400 | O.) Pt No show for NSC | |
| | due to did not recieve | |
| | call pass ——— | Pearson LPN |
| 8-16-21 | LPN Note: | |
| 2:55pm | Pt come to NSC and stated | |
| | he was already seen by Doctor | |
| | for Concerns and there fore Refused | |
| | NSC. today ——— | A Thomas LPN |
| 8/31/21 | Pt Achilles Involvement 2 | noted M Babb RHIT |
| | | |
| | | |
| | | |

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

exhibit 3-A

**Offender Infirmary Progress Notes**

DANVILLE _____ Center

| Offender Information: | | |
|---|---|---|
| Wood<br><sub>Last Name</sub> | Lucuas<br><sub>First Name</sub> | MI ___ ID#: R64297 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | **DOCTOR INFIRMARY ADMISSION NOTE** | **PLAN:** |
| | BY: (circle one): MD (NP) PA DDS<br>LICENSED MENTAL HEALTH PROFESSIONAL | **VITAL SIGN FREQUENCY:** Q-weekly |
| 9-3-21 | ACUTE (CHRONIC) | |
| 1445 | **SUBJECTIVE:** | **DIET:** Normal |
| | HISTORY: | |
| | U/S reveals Achilles tear<br>of RLE | **ACTIVITY:** Activity as tolerated |
| | C/o pain c̄ Ambulation | **MEDICATION ORDERS:** |
| | | Ibuprofen 600mg<br>PO TID PRN |
| | DURATION: | |
| | **OBJECTIVE:** | |
| | PHYSICAL EXAMINATION: | |
| | RLE: mild edema<br>Sensation present<br>very flexa<br>- Able to move digits c̄<br>difficulty<br>DP/PT pulses 2+ | |
| | | **OTHER ORDERS:** |
| | | Non-wt bearing RLE<br>Post mold - Posterior RLE<br>Crutches - Given |
| | CURRENT CONDITION: | |
| | Stable | |
| | | Pending Ortho consult |
| | OTHER MEDICAL CONDITIONS: | |
| | HTN | |
| | **ADMITTING<br>DIAGNOSIS:/ASSESSMENT** | |
| | High grade complete tear<br>of (L) Achilles tendon | ⟨signature⟩ NP |

Printed on Recycled Paper

DOC 0065 (Eff. 9/2002)<br>(Replaces DC 7147)

**Danville Correctional** Center

| Offender Information: | | |
|---|---|---|
| Wood | Lucas | ID#: R 64207 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9/3/21 1600 | **INFIRMARY NURSE ADMISSION NOTE:** _ACUTE     CHRONIC_ | **PLAN:** |
| | **SUBJECTIVE: Chief Complaint** | **MD NOTIFIED:** NP |
| | Rt. ankles (tear) | **HCUA NOTIFIED:** Yes |
| | | **DIETARY NOTIFIED:** |
| | | **TYPE OF DIET:** **FORM SENT TO DIETARY** |
| | Duration: | **MEDICATION ORDERS** |
| | **OBJECTIVE:** BP 115/89 P84 P 90 aprox R20 WT 280 | Ibu. 600mg tid PRN |
| | Oxygen Saturation: 96 | |
| | Peak Flow: 1      2 | |
| | HEART: Strong beat/Regular | |
| | LUNGS: clear | **OTHER ORDERS:** |
| | EYES: clear   PERL | No wt bearing - rt- foot. |
| | SKIN: (circle) WARM MOIST DRY CLAMMY | Crutches given |
| | SKIN COLOR   Normal | |
| | SPEECH: (circle) CLEAR   SLURRED | **TREATMENT:** Post mold applied |
| | MOBILITY: Walking c limp | |
| | ELIMINATION: N/A | |
| | MENTAL STATUS: A & O | **ACTIVITY:** As tol. |
| | | **ORIENTATION TO THE INFIRMARY** |
| | **ASSESSMENT/NURSING DIAGNOSIS:** | **RULES, CALL FOR HELP, PLAN OF CARE** |
| | | **OTHER:** Ortho referral. |

Printed on Recycled Paper

DOC 0065 (Eff. 9/2002)
(Replaces DC 7147)

**≡Carle**

Exercise Program For:
Lucas Woods

Date: 8/27/2021
Page: 1



AROM ankle DF/PF (elevated ankle pumps)
• Lie on back with foot elevated up on pillow.
• Move foot up and down, pumping the ankle.
Perform 3 sets of 20 repetition(s), three times a day.



*Do not need to elevate legs*



AROM hip flx (SLR) supine knee bent
• Lie on back with uninvolved knee bent as shown.
• Raise straight leg to thigh level of bent leg.
• Return to starting position.
Perform 2 sets of 10 repetition(s), once a day.



Issued By:      John Curtis
These exercises are to be used only under the direction of a licensed, qualified professional or after consulting your physician.

View Videos Online: 

Except as to user supplied materials, Copyright 1995-2021 BioEx Systems, Inc.



Exercise Program For:
Lucas Woods

Date: 8/27/2021
Page: 2



**Stretch Gastroc sit w/towel**
• Sit as shown, looping towel around ball of foot.
• Gently and steadily pull on towel, keeping knee straight.
Perform 1 set of 3 repetition(s), twice a day.

Hold exercise for 20 Seconds.



**AEOSMT - Hip abduction (sidelying)**
• Lie on side, with lower knee bent for stability.
• Lift top leg upward towards ceiling. KEEP shoulders, hips, knees, & ankles in STRAIGHT LINE (dont let body/hips roll backwards or leg come forward).
• Return to start position and repeat.
Special Instructions:
 Use 1-2 pillow(s) between knees for comfort if
Perform 2 sets of 10 repetition(s), once a day.



Issued By:     John Curtis

View Videos Online:

These exercises are to be used only under the direction of a licensed, qualified professional or after consulting your physician.

Except as to user supplied materials, Copyright 1995-2021 BioEx Systems, Inc.

Exhibit 5-A



Exercise Program For:
Lucas Woods

Date: 8/27/2021
Page: 3



AROM lumbar bridging bil
• Lie on back with knees bent.
• Lift buttocks off floor.
• Return to start position.

Special Instructions:
 Maintain neutral spine.

Perform 3 sets of 10 repetition(s), once a day.



Stretch hamstrings supine w/towel
• Lie on back holding a towel looped under foot with knee straight, as shown.
• Gently pull leg up.
• Repeat with other leg.

Special Instructions:
 Maintain a straight knee.

Perform 1 set of 3 repetition(s), three times a day.

Use Towel.
Hold exercise for 20 Seconds.



Issued By:     John Curtis

These exercises are to be used only under the direction of a licensed, qualified professional or after consulting your physician.

Except as to user supplied materials, Copyright 1995-2021 BioEx Systems, Inc.

View Videos Online:

exhibit  6-A



**CENTRAL ILLINOIS
RADIOLOGICAL
ASSOCIATES, LTD.**

319 E Madison, Suite J
Springfield, IL 62701

| | |
|---|---|
| **NAME:** | WOOD LUCAS |
| **BIRTHDATE:** | 7/5/1989 |
| **Patient #:** | R64297 |
| **Facility:** | Danville |
| **PHYSICIAN:** | Dr. EK |
| **EXAM:** | MUSCSKEL_GENERAL |
| **EXAM DATE:** | 8/31/2021 9:36 AM |

EXAMINATION: MUSCSKEL_GENERAL, 9/3/2021 10:42 AM

TECHNIQUE: Transcutaneous grayscale ultrasound images of the posterior distal ankle/leg at the level of the Achilles

HISTORY:Achilles tendon injury

COMPARISON: None available

FINDINGS: There is a high-grade tear of the right Achilles tendon with potentially a few fibers remaining.  Normal left
Achilles tendon for comparison.

IMPRESSION: High-grade/complete tear of the right Achilles tendon.

Electronically Signed by Daniel M Ryan, MD
Daniel M Ryan, MD
/

Electronically Signed on 9/3/2021 10:46 AM

9/7/21

EXhibit 7-2 2:21-cv-02254-JES #1 Page 37 of 44



**J.B. Pritzker**
Governor

**Rob Jeffreys**
Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name: Lucas Wood

8/30/21
Date

ID#: R64297

Facility: Danville

This is in response to your grievance received on **08/18/21**. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: 07/27/21    Grievance Number: 6432    Griev Loc: Danville

☐ Transfer denied by the Facility

☐ Dietary

☐ Personal Property

☐ Mailroom/Publications

☐ Assignment (job, cell)

☐ Commissary / Trust Fund

☐ Conditions (cell conditions, cleaning supplies, etc.)

☐ Disciplinary Report: Dated: _____ Incident # _____

☑ Other    Medical Treatment- (07/11/21) denied sick call- leg /toes

**Based on a review of all available information, this office has determined your grievance to be:**

☐ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____.

☐ Denied, in accordance with DR504F, this is an administrative decision.

☑ Denied, this office finds the issue was appropriately addressed by the facility Administration.

☐ Denied as the facility is following the procedures outlined in DR525.

☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.

☐ Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.

☑ Other: HCUA stated grievant was seen on 08/05/21. Ultrasound was ordered and pain medication was ordered.

First NSC call slip received 07/29/21. Treatment is at the discretion of the IDOC Physician. Grievant may continue to request NSC to HCU for future medical concerns.

FOR THE BOARD: _____
DeAnna Kink
Administrative Review Board

CONCURRED: _____
Rob Jeffreys
Director

CC: Warden, Danville _____ Correctional Center
Lucas Wood _____, ID# R64297

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

exhibit 7-4

ILLINOIS DEPARTMENT OF CORRECTIONS

DANVILLE CORRECTIONAL CENTER

## LEGAL / PRIVILEGED MAIL PROOF OF SERVICE

Inmate Name: Wood Lucas      Inmate Number: R64297

Housing Unit/Wing/Cell: H-1-1B      Date: 9/9/21

☐ Legal: _____

☑ Privileged: _____

☐ Express: _____

☐ Insured / Registered: _____

Name of Sender: ARB

Inmate's Signature: Wood

Officer's Name: Sgt K V_____ / _____
Print Name                          Sign Name

### Return White Copy to Mailroom.

Distribution: Mailroom
              Inmate

Printed on Recycled Paper

DAN 0035 (Eff. 08/2005)
(Replaces DCA 24109)

Exhibit 8-A

# Woods, Lucas R

MRN: 3430541

**Consult** 8/27/2021
Physical Therapy Danville

Provider: Curtis, John, PT (Physical Therapy)
Primary diagnosis: Injury of right Achilles tendon, initial encounter
Reason for Visit: Referred by Ek, Jonathan R, MD

## Progress Notes

Curtis, John, PT (Physical Therapist) • Physical Therapy • Encounter Date: 8/27/2021 • Signed

### OUTPATIENT PHYSICAL THERAPY EVALUATION
### CARLE THERAPY SERVICES

**Patient Name**: Lucas R Woods
**MRN**: 3430541
**Evaluation Date**: 8/27/2021

Encounter Diagnosis
Name

• Injury of right Achilles tendon, initial encounter

Primary?
Yes

Onset date: 7/11/2021
SOC date: 8/27/2021

#### Subjective

**History:** July 11th pt was playing soccer and was kicked in the back of the leg. Pt has not had imaging performed yet, but MD says there is a small tear in the R achilles tendon. For the first month, medial side of foot and toes were bruised at first although there was no pain. Pt has no pain at rest. When he walks with slower cadence it does not hurt, but when he wants to walk normal speeds it hurts in R achilles tendon. Pt describes pain as sharp. If pt stands for a period of time, it will begin to swell up. Pt has taking naproxen although it doesn't help. Pt says he goes up stairs but he has to only push through his heels rather than through his toes

Pain 4-5 describes as sharp

Numbness/ tingling Pt denies

Functional Limitations: Walking normal, going up stairs,

Job description/ title: Works as a barber

Job Status: Incarcerated

Patient's personal goal for therapy: Be able to walk normal again

Not on File

**HOME MEDICATIONS**
Not on File


Allergies Reviewed - 08/27/21 1015 - Curtis, John, PT

Medications Reviewed - 08/27/21 1015 - Curtis, John, PT

Medical History Reviewed - 08/27/21 1015 - Curtis, John, PT



**Objective**



Gait: Mild antalgic gait with decreased stance time on RLE


Lower extremity ROM:
All hip and knee motion WFL

Ankle df  R  0 *pain , L 10
Ankle pf  R 55 , L 60

Lower extremity flexibility:
Hamstrings 90/90: R(-40), L (-50)
Quads: (+) Elys
Hip flexors: (+) Thomas test
Gastrocs: Mod tightness R, Mild tightness L


MMT:

| Strength of hip | Right | Left |
|---|---|---|
| flexion | 5 | 5 |
| abduction | 4- | 4- |
| extension | 4+ | 4+ |

Knee flex  R 5  , L 5
Knee ext  R 5 , L 5
Ankle df  R 4  , L 5
Ankle pf  R 4-* pain  , L 5


**Treatment**
B ankle pumps x 20 -HEP

B gastroc stretch 30 sec x2 L ,R-HEP
Hamstring stretch with sheet 30 secx2 L,R-HEP
Bridging x10-HEP
SLR x10 L,R-HEP
Sidelying abd x10 L,R-HEP

**Outcomes and Special Tests**

**Outcome Measures (all recorded)**

PT/OT Outcome Measures

| Row Name | 08/27/21 1124 |
|---|---|
| Outcome Measures | |
| Intake Form | Initial |
| Therapy for | Ankle/Foot |
| Outcome Measure Result | Lower Extremity |
| Rows (Free text row) | Functional Scale |
| Lower Extremity | 47 |
| Functional Scale Result | |

**Education:** Education on optimized loading for achilles tendon. Education for activity modification. Educated on regional interdependence and importance of addressing the entire LE for improvement.

**Assessment**
**ASSESSMENT:**

Assessment

Assessment: Pt is a 29 y/o male presenting to PT with chief complaint of R achilles pain. Pt presents with the impairments listed below. THis makes it difficult for him to walk with a normal cadence, stand for long periods of times, and ascend stairs with normal pattern. Skilled physical therapy is medically necessary to address these limitations.
Assessment Results: Impaired Gait;Decreased strength;Decreased range of motion;Pain
Prognosis: Good
Evaluation/Treatment Tolerance: Progress towards functional goals as expected

**Plan**

Plan
Plan: Begin PT to address impairments in RLE
Frequency: 1 time per week
Duration: 6 weeks
Treatment Plan : ROM/flexibility;Strengthening;Patient education;Balance;Gait training;HEP;Issue of home exercise program;Stretching exercises
Recommendations: Begin Therapy

EXhibit 8-A

**Goals Addressed**

This Visit's Progress

Physical Therapy
• PT General Goal
  Goals to be met or addressed in 6 weeks

- Pt will be independent & compliant with HEP to promote full recovery
- Pt will be able to walk community distances without pain to allow for unlimited ambulation
- Pt will have 10 degrees ankle DF to be able to descend stairs reciprocally, smoothly & pain free without UE support
- Pt will score 55/80 or higher on LEFS to demonstrate significant functional improvement
- Pt will demonstrate full, pain-free R ankle ROM to allow pt to ambulate on all terrain and perform daily activities with greater ease.

John Curtis, PT

## Instructions

After Visit Summary (Automatic SnapShot taken 8/27/2021)

## Additional Documentation

Flowsheets:    PT/OT Outcome Measures, Eval Assessment, Time Calculation

Encounter Info:  History, Allergies, Billing Info/Reviewed this encounter, Travel Screening & History

## Pain Information

No pain information on file

## Media

From this encounter

Scan on 9/3/2021 0914 by Interface, User

## Anticoagulation Therapy Details

Anticoag Details

## Infusion Orders

No relevant orders to display.

## Patient Education

Patient Education Note & Teaching Points

## Chart Review Routing History

*Exhibit 8-A*

No routing history on file.

## Addendum Routing History

None

## Other Encounter Related Information

Release

## Created by

Encounter creation information not available

## Linked Episodes

PT Injury of right achilles tendon Noted 8/27/2021

### Orders Placed

None

### Medication Changes

As of 8/27/2021 10:15 AM

None

## Visit Diagnoses

Primary: **Injury of right Achilles tendon, initial encounter** S86.001A

## Goal Changes

➕ PT General Goal

## Encounter Status

Completed by Curtis, John, PT on 8/27/21 at 11:38 AM

## Encounter Started By

| User | Instant | Changed From | Changed To |
|------|---------|--------------|------------|
| Curtis, John, PT | 08/27/21 1126 | Appointment | Consult |

## Previously Printed AVS

AVS Printed

exhibit 5-B

STATE OF ILLINOIS        )
                         ) ss
county of  VERMILLION    )


## AFFIDAVIT

I, John Hudson        , do herby declare and affirm that the
following information within this affidavit is true and correct
in substance and in facts.

That I the undersigned individual, assisted Lucas Wood in drafting

the attatched complaint against defendants Dr. Jonathan Ek,

WEXFORD HEALTH SOURCES INC., Felicia Adkins, Greg Runyan,

Jennifer Chicone, John Curtis, CARLE PHYSICAL THERAPY,

unknows employees of WEXFORD HEALTH SOURCES INC., based on

information provided to me by Mr. Wood.  Mr. Wood lacks the

legal expertise and educational backround to represent himself

in these proceedings. Furthermore, the institutions law library

has been closed due to the COVID-19 virus.

pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I
declare under penalty of purjury that everything contained herein
is true and correct to the best of my knowledge and belief. I do
declare and affirm that the matter at hand is not taken either
frivolously or maliciously and that I believe the foregoing
matter is taken in good faith.

signed on this  20  day of Sept 20  2021

_____
              affiant