**FILED**

JAN 2 9 2024

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

Lucas Wood

Vs.                                    Case No. 21-CV-2254

Jonathan Ek et al,

## MOTION TO REMOVE CURRENT COUNSEL
## AND TO APPOINT PLAINTIFF NEW COUNSEL

NOW COMES plaintiff, Lucas Wood, and moves this HONORABLE court to remove ETHAN ZELIZER from this case, ORDER Ethan to return any and all documents pertaining to this case back to plaintiff, and appoint the attorney this court appointed to assist Ethan Zelizer to be plaintiffs counsel. In support of plaintiff says:

1. On January.27,2023, Ethan reviewed plaintiffs case.

2. On February.1,2023, Ethan met with plaintiffs wife, and plaintiff was on his wifes speaker phone to be included in the meewting.

3. On February.1,2023, Ethan seemed impressed with plaintiffs pro se complaint and agreed to take his case.

4. Ethan promised to allow plaintiff to be hands on in the case, and to amend the §1983 complaint, add defendants, obtain a certificate of merit to satisfy plaintiffs State tort and scan all discovery documents onto a "shared" G-drive file.

5. On February.2,2023, plaintiff sent Ethan the majority of all relevant discovery documents plaintiff had obtained. (See Ex.1 Pages, 5                    ).

6. On February 7th, 8th, 17th and 27th, plaintiffs wife texted Ethan about adding defendants and upcoming deadlines, plaintiff never recieved a reply.(See Ex.1, pages 33-35,29,30)

7. On March.13,2023, Ethan filed his appearance on this case.

8. On March.24,2023, Plaintiffs wife again explained to Ethan that plaintiff was trying to add defendants to the case. (See Ex.1 pages, 36,37       )

9. On May.4,2023, this court ordered the parties to agree on a scheduling order by May.18,2023.

10. On May.19,2023, this court ordered Ethan to explain to this court why he did not respond to defendants attempts to agree on a scheduling order or even reply to this court. This court gave Ethan until June.9,2023 to respond.

11. On May.19,2023, plaintiffs wife again texted Ethan trying to explain that him not replying to us OR THE COURT was concerning. (See Ex.1, pages, 39                )

12. On May.22,2023, Ethan finally replied to plaintiffs wife and said he would have an update soon. (See Ex.1, pages, 39)

13. On May.26,2023, Plaintiffs wife again tried to follow up with Ethan because he never would answer the phone for plaintiff.

14. On May.30,2023, After Ethan had still not replied to the court or plaintiff or his wife, plaintiffs wife texted Ethan and DEMANDED a status and explained again her concern that he isn't following the courts orders. (See Ex.1, pages 39      )

15. Ethan finally replied that he was having trouble finding a Certificate of merit.(See Ex.1, pages 40       )

16. Plaintiffs wife again asked aboutnot responding to defendants or following court orders, Ethan did not reply. (See Ex.1, pages 41-42

17. On June.8,2023, Plaintiffs wife AGAIN texted Ethan explaining that his response to the court is due tomorrow, Ethan did not reply. (See Ex.1, pages, 42,10,31-32)

18. On June.13,2023, Plaintiffs wife again texted Ethan and explained that once again, he did not respond to the court despite the court order.(See Ex.1, pages, 10          ).

19. Later on June.13,2023, Ethan filed a response that was Four (4) days late.

20. On June.16,2023, plaintiff filed a motion to remove Ethan from this case.

21. On June.29,2023, this HONORABLE court had a phone confrence with plaintiff and all attorneys in this case.

22. The HONORABLE Magistrate Judge who was present in the phone confrence asked plaintiff if  he provided Ethan with an attorney to help assist him with plaintiffs case, if plaintiff would be willing to keep Ethan on his case. Plaintiff agreed.

23. On July.28,2023, Ethan confirmed he obtained aid from the courts recommended attorney.

24. On August.22,2023, Ethan texted plaintiffs wife about how to schedule an attorney phone call with plaintiff. But he never, to this day, scheduled a phone call. (See. Ex.1, pages 11-12  ).

25. On October.17,2023, Ethan again asked plaintiffs wife about how to call plaintiff, but never did. He is an attorney, all Ethan needed to do was call the prison. (See Ex.1, pages 13 ).

26. Ethan told plaintifs wife that he was submitting forms to the prison for visits, but they were not replying. (See Ex.1,

pages, 15      ).

27. Plaintiff followed up with the prison about the "forms" Ethan was alleging to have filled out. The prison explained to plaintiff there are no forms to fill out, he can just show up and show his credentials, or if he wanted a private room, he needs to call 48 hours in advance. (Plaintiff had this documentation but sent it to Ethan).

28. On November.15,2023, Plaintiffs wife explained to Ethan that plaintiff had been trying to call him everyday for a while. (See Ex.1, pages, 15-16 ).

29. Ethan told plaintiffs wife "they would chat tomorrow". (See Ex.1, pages 16     ).

30. The next day, plaintiffs wife tried to connect with Ethan like he said, he failed to reply. (See Ex.1, pages 17-18.)

31. On December. 4 ,2023, a notice for plaintiff to be deposed on January.17,2024 was ordered. Ethan never notified plaintiff.

32. On December.18,2023, plaintiffs wife noticed on PACER that plaintiff was to be deposed soon.

33. On December.18,2023, plaintiffs wife again texted Ethan and explained that plaintiff would like to speak with him and has questions about being deposed.(See Ex.1 pages, 18-20  ).

34. On December.19,2023, plaintiffs wife asked Ethan when plaintiff would be able to call and speak with him. No reply. (See Ex.1, pages, 20     ).

35. On December.27,2023, plaintiffs wife again asked Ethan if plaintiff would get to speak with him before he is deposed. (See Ex.1, pages, 20     ).

36. Ethan replied "absolutely" "Ill be back in the office tomorrow".(See Ex.1, pages, 21 ).

37. The following day, plaintiff tried calling Ethan, no answer. Plaintiffs wife asked Ethan when a good time to call would be.(See Ex.1, pages, 21-22 ).

38. On December.29,2023, Ethan texted plaintiffs wife and said he has confirmation of a visit with plaintiff for January.3, 2024 at 10am.(See Ex.1,pages, 22 ).

39. Then on January.2,2024, Ethan texted plaintiffs wife and said he had confirmation for the 4th.(See Ex.1,pages 23-24).

40. On January.4,2024, Ethan texted plaintiffs wife and said he was half way to EMCC to see plaintiff, but had to turn around because he was sick. (See Ex.1,pages, 24 ).

41. The times Ethan texted and the distance from Naperville to EMCC do not add up. Ethan told plaintiffs wife he rescheduled for monday.(See Ex.1,pages, 25 ).

42. On Monday, January.8,2024, plaintiffs wife texted Ethan and asked if the visit was taking place.

43. Ethan replied "confirmed for tomorrow".(See Ex.1,pages, 25 ).

44. Plaintiffs wife explained to Ethan that it was going to be bad weather, and to reschedule for the following week instead of continuing to get plaintiffs hopes up.(see Ex.1,pages,25).

45. Ethan said he had confirmation for January.16,2024, the day before plaintiff was to be deposed.(See Ex.1,pages, 26 ).

46. On January.11,2024, plaintiff was in the counselors office at the prison. Plaintiff asked the counselor to confirm

that he had an attorney visit on January.16,2024.

47. The prison counselor checked his computer, Ethan has **NEVER** scheduled an attorney visit at the prison, and has been lying to plaintiff and his wife for months.

48. On January.15,2024, Ethan texted plaintiffs wife and said the defendants wanted to reschedule the deposition. (See Ex.1,pages, 26     ).

49. Based on information and belief, Ethan asked to reschedule because he never had any intention of visiting with plaintiff on January 16,2024.

50. On January.16,2024, plaintiff knew from speaking with the prison counselor that he did not have a scheduled attorney visit, yet Ethan texted plaintiffs wife at 9:20am saying he just got a call saying the visit was cancelled due to the cold.( See Ex.1,pages, 27     ).

51. At 9:20am, Ethan would have needed to be on the road already to make an 11am visit at EMCC.

52. Plaintiffs wife called EMCC to confirm that visits were cancelled due to the cold, because she also had a visit coming up during the cold. EMCC informed plaintiffs wife that they dont cancel visits because of cold, and that there visiting room was currently running.(See Ex.1,pages 27     ).

53. Ethan continues to lie to plaintiff,his wife and this court, and based on information and belief, if plaintiffs wife didnt check PACER, plaintiff wouldn't even know he was going to be deposed.

54. Ethan agreed to take this case in February of 2023, and has not ONCE spoken to plaintiff regarding this case, has

not scanned documents into the "shared file" on the G-drive as
he promised, gotten the Certificate of merit required for the
state tort, added defendants or filed an amended complaint.

55. On January.12,2024, this court filed a TXT ORDER saying
Kitwanna Grant has still not been served, and plaintiff has not
attempted service, and if it is not done soon, she will be dismissed.

56. Adding Kitwanna Grant was the last thing plaintiff did
pro se before Ethan took controll of this case.

57. Plaintiff has been trying to add Danville Corr. centers
warden as well, to no avail.

58. Ethan made lots of promises to plaintiff, yet has proven
to be ineffective and incompetent.

59. Ethan has done absolutely nothing except make a mockery
out of this case.

60. Ethan is an attorney, yet can't seem to figure out how
to schedule a legal call with plaintiff.

61. Discovery is nearing an end and plaintiff fears that
Ethan will not obtain needed documents or add defendants before
the deadline as he has not met previous deadlines.

62. This court referred Ethan to an attorney to assist him
in litigating this case on June.29,2023.

63. Plaintiff respectfully asks that this court ask the
same attorney if he would represent plaintiff.

64. Plaintiff never signed a contract with Ethan.

65. If this court will not appoint plaintiff with an attorney,
plaintiff would choose to proceed pro se, than be represented
and lied to by his current ineffective counsel.

66. Plaintiff would gladly sign a contract with the attorney

this court asked to assist Ethan.

67. Since Ethan has filed his appearance on this case, plaintiff has tried to hire/obtain new counsel.(See Ex.2)

68. When an indigent prisoner files a motion for the appointment of counsel for civil litigation, the court must examin specifically the prisoners ability to litigate the case, as opposed to the ability of any "jail-house lawyer" assisting the prisoner. 28 U.S.C.§1915(e)(1). EAGAN V. DEMPSEY987 F.3d667(7th Cir.2021).

69. In evaluating the competence of an indigent civil litigant to litigate the claims, and the difficulty of litigating the claims, when the litigant has filed a motion for the appointment of counsel, courts should recognize that complexity increases as competence decreases as the case proceeds to the advanced phases of litigation; As the case moves beyond the pleading stage into discovery, and closer to trial, the litigant will face an increasingly complex set of demands, and taking depositions and conducting witness examinations, applying the rules of evidence and making opening statements are beyond the ability of most pro se litigants to sucessfully carry out. 28 U.S.C.A. §1915 (e)(1) EAGAN V. DEMPSEY 987 F.3d 667(7th Cir.2021).

70. Inclusion of the malpractice tort will require plaintiff to rely heavily on expert witness/evidence that can only be obtained by an experienced attorney, as Ethan has been unsuccesful.

71. Ethan has made it clear to plaintiff and this court that this he is not familiar with this kind of law, and he has proven ineffective repeatedly.

72. In previous motions to appoint counsel, plaintiff sent dozens of rejection letters from attorneys plaintiff has reached

out to.

73. Plaintiff is currently unable to send many of the exhibits along with this motion, due to him not having regular access to his legal box's.

74. Plaintiff has a few denial letters he will send along (See Ex.3)

75. Plaintiff not having regular access to his legal work is another reason this court should appoint counsel to plaintiff.

WHEREFORE, plaintiff PRAYS this HONORABLE court GRANT this motion, and remove Ethan Zelizer from this case, ORDER him to mail plaintiff ANY AND ALL documents pertaining to this case, and appoint plaintiff counsel.

Respectfully submitted,

January.17,2024

/s/ Lucas Wood

Lucas Wood R64297
100 Hillcrest Rd.
East Moline,IL.61244

9.

EXHIBIT 1

11:28   📶 5G 70

**E**

ethan zelizer ›

iMessage
Jan 27, 2023 at 8:26 AM

👍

Good morning, this is Sarah Duncan, Luke Wood's fiancée. Thank you for speaking with me yesterday! I look forward to speaking with you again. If you need any other information regarding Luke or the case I am happy to assist. I also hold POA for Luke is he needs to sign anything, etc. Hoping to meet with you at your convenience next week. Thank you again !

Jan 27, 2023 at 11:55 AM

Did you have a chance to review the pacer ?

I've reviewed it.  Let's meet early next week.  What works for you?  Give me a few options and I'll find one that works



few options and I'll find one that works for me too.

I get off at 5 and can meet you at your earliest available day

Jan 29, 2023 at 10:02 AM

I hope you're having a nice weekend! If you need me to meet you earlier in the day I can make myself available anytime. Just let me know what works best for you. Thank you again !

iMessage

2

11:27     5G 70

**E**

ethan zelizer >

day I can make myself available anytime. Just let me know what works best for you. Thank you again !

Just figuring out the schedule this week. Will be back to you today/tonight.

Sounds good thank you !

Jan 29, 2023 at 8:29 PM

Hi.  Please let me know if you could manage a Naperville meeting one afternoon this week.  Wednesday around lunchtime is my best slot.

I'll be there. What's the address? Noon good?

Noon is great.  29 S. Webster St. Suite 350-C Naperville 60540

3



Thank you so much . I'll bring what I have but most of it's in pacer

Wed, Feb 1 at 2:21 PM

Thank you (and Jennifer) for meeting with me today! Luke is so grateful (as am I!)

Our pleasure!

Thu, Feb 2 at 2:27 PM

iMessage

4





**CREDITORS PROTECTION SVC** Rockford, IL, 61114
(815) 397-5554

Last reported Jan 03, 2023

**$860**
Open balance

**CAMELOT RADIOLOGY ASSOCIATES**
Original creditor

**SNAPSHOT**

| | |
|---|---|
| Opened | Nov 01, 2021 (1 yrs, 3 mos) |
| Account status | Open |
| Type | -- |
| Responsibility | Individual |
| Remarks | Placed for collection |
| Original creditor name | CAMELOT RADIOLOGY ASSOCIATES |

Report info ∧

**Take a look at some options to help your score**

Average score improvement if you take care of a collection in the first 2 years

Removed ⓘ

● +23 pt

Paid in full ⓘ

● +25 pt

iMessage

6



11:27  5G 70

E

ethan zelizer >

1 Reply

Are they allowed to bill an inmate for medical when they're incarcerated? This is on his credit report !

Fri, Feb 3 at 4:08 PM

Luke sent out one folder of papers but realized how expensive the rest would be and is having it processed out of property to be given to me at a visit hopefully next week and I can bring it directly to you. Sorry for the delay but you should get the mailed ones next week

Sat, Feb 4 at 9:22 AM

7



1 Reply

Sorry to bother you on a weekend I did some digging and verified this bill is from neck imaging from a four wheeling accident in 18-19 not from his injury at Danville.

Tue, Feb 7 at 12:48 PM

Hi. Can you add Jennifer to our texts? Her number is 7082058008?

iMessage

8

11:27  5G 70

E

ethan zelizer >

Sat, Feb 18 at 10:41 AM

Hi Ethan. Luke and I were just trying to check in with you. I'm not sure if my messages to the group chat aren't going through or what. We're just looking for a status. He had been working on some interrogatories when he sent you everything and now there's more movement on pacer and he wanted to know what he's supposed to be doing. We're getting close to discovery being due and don't want to fall behind. I haven't seen anything added to the g drive, did you get what he sent you? If you could just let me know where we're at I'll let him know. Look forward to hearing from you and hope all is well!

Thu, Jun 8 at 8:20 PM

9



The response is due tomorrow and we have no update . Are you going to file your response? Or are we better off going forward alone ?

Tue, Jun 13 at 4:48 PM

We are risking dismissal due to your failure to respond to the court. I want an explanation immediately as this is unacceptable, unethical, and completely irresponsible

10

11:27   5G 70

**E**

ethan zelizer ›



**Despite horror stories and deaths, will Illinois keep an expensive prison health care provider?**

chicago.suntimes.com

Tue, Aug 22 at 8:18 AM

Luke asked me to reach out about the status of the call and visit he was told would be scheduled last week? He never received either or a call pass for an upcoming one.



12

11:27   ll 5G 70

E

ethan zelizer >

Or is there someone else we should be contacting for information? The other appointed assistance ? We've never been provided their information but this is unacceptable

Tue, Oct 17 at 11:18 AM

Can you send me whatever form you have used to get a call with him?  I'm being denied access and I'm sure it's due to my unfamiliarity

Let me see what I can do. I didn't need a form . The prison is a pain

Thanks.

They said you can call there get a fax number or find it on idoc website and send a fax requesting the call and

13



include ur number (probably on letterhead would be best) and they will let you know the day and time they will provide you and then luke will make himself available as well

If you have some days and times that work best you could suggest them

No guarantee they will accommodate but worth a try

Legal call request for

iMessage

14



11:27     5G 70

E

ethan zelizer

📄 **Legal call request for Wood-1st.docx**
Word Document · 28 KB

That's what they told me too and this is what I sent.  No response and I was unable to connect.  I will try again.

Call and ask to speak to a counselor

They are nicer and more helpful

They are between visitation coordinators rn and both are incompetent

Wed, Nov 15 at 11:29 AM

Hi, did luke call you today?

15



Maybe. I'm in court today. Will check asap.

No worries if yall aren't able to connect would I be able to chat with u for about ten minutes sometime today?

Sure. Could we chat tomorrow am?  I have plenty of availability.

Sure! Just let me know what works best. Shouldn't take too long I have a

iMessage

16

11:27  5G 70

E

ethan zelizer >

best. Shouldn't take too long I have a theory and wanted to update u .

Wed, Nov 15 at 12:41PM

Better yet I'm going to forward you a lengthy email and that will give u the bulk of the back story without me talking you to death. lol

Thu, Nov 16 at 12:39 PM

Were you able to read over the novel I forwarded you ?

Reading now.

Wed, Nov 22 at 1:10 PM

Do you think they are keeping you from him for the same reason they're being so hard on him?

17



18



**11:27**                    5G  70

E

ethan zelizer >

When do you plan to visit next?
Perhaps I can join you?

I'm there every Friday 130-530 and
then the 24th and 31st of this month.

Luke hasn't added you to the visiting
list for personal visitors bc he doesn't
have that personal information from
you. He just told me.

You would have to schedule an
attorney call. Luke seems to think that
you can just show up for a visit with
your id and credentials unless you
want a private room. He said he sent
you info on that

Edited

He would like to see you before he's

19



deposed on the 17th

Tue, Dec 19 at 11:30 AM

When is a good time and day this week for him to call you. He has been unsuccessful in connecting .

Wed, Dec 27 at 11:20 AM

Luke wants to know if you will be speaking to him prior to the deposition?

20

11:27                                    5G  70

# E

ethan zelizer ›

Absolutely. I'm back in office tomorrow. Thanks.

Thank you I'll let him know ! Hope yall had a good holiday!

Thu, Dec 28 at 9:43 AM

What time should he call ?

Tomorrow at 10, 11 or 12.

I'll let him know. He's been trying daily for weeks now.

Fri, Dec 29 at 10:04 AM

He called at 10

And 11

2\



We didn't get a call at either time Sarah. Is he calling my office or cell?  Have him try my office and ask the receptionist to connect to me. 630.551.8374

That's a third party call it will disconnect he will call cell again now

Got it. We connected. I'm going down 1/2 or 1/3. Calling prisoner counselor now to get confirmation.

iMessage

22



11:27    5G 70

**ethan zelizer** >

Sounds good thanks

Let me know if you want to meet early am or evening after work.

I'll make myself available whenever is convenient for you

Fri, Dec 29 at 4:41 PM

Luke asked if you got the confirmation?

Yes. Wednesday 10am

👍

He said thank you

Tue, Jan 2 at 12:03 PM

They confirmed me for 11am TH. I just got a call from them saying tomorrow

23



24

11:27   5G 70

E

ethan zelizer >

prison know so they can tell him it's cancelled . Feel better

Thu, Jan 4 at 6:24 PM

Did they confirm a certain time for Monday? He never was notified of the cancellation

Mon, Jan 8 at 11:25 AM

So we take it no visit today ?

They confirmed for tomorrow at 11 but I need to see what happens with the snow.

We're expecting a foot here. You may want to reschedule for next week so he doesn't keep getting his hopes up

Mon, Jan 8 at 2:48 PM



26

11:26                                    5G  70

E

ethan zelizer >

> You'll see him today before he calls me , just let him know

Today 9:20 AM

Visit was canceled due to cold. I just got the call.

> Oh wow and you were halfway there already . I saw on pacer grant has not had service attempted. Luke has that drawn up but can't file it without u doing it. He was going to give it to you today

> Their visiting is open today they do not cancel due to cold. I called to verify for my own visit.

I'm sorry. You didn't know what I meant. We've been without a car due to a battery issue (pretty much all

27



to a battery issue (pretty much all teslas) and we just got a call this am saying it was not safe to drive and would not be back to me until Thursday.

So the visit wasn't cancelled. You couldn't make it. And didn't inform until u should have been half way there. I understand now.

Luke will be in touch.

Read 9:51 AM

28



12:46          5G  65

jennifer havelka ›

Text Message
Wed, Feb 22 at 10:05 AM

Hi Jennifer its Sarah Duncan. Just seeing if you had an update on the agreement to sign or the appearance filing. Luke sent in some more stuff to the court.

Wed, Feb 22 at 12:36 PM

The agreement is in Ethan 's hands for his review before it is sent to you. What did Luke send to the court? Also,at our first meeting you mentioned you had something from this case in electronic form.    Is that the same docs you gave us or is it additional documents/pleadings?

Awesome! I'm not sure what exactly he sent in. Oh the disc yah That's from a

79

different case. That I eventually want to go after the county and the complainant for malicious prosecution and making false reports

Mon, Feb 27 at 9:22 AM

There's regular movement on pacer . Ek was told no more extensions and has now got another and now requesting more. Is ethan planning to file soon? Luke has to continue doing the work until he does. Has he set up calls w east moline? The timing is

iMessage

30

12:46                              5G 65

J

jennifer havelka ›

the work until he does. Has he set up calls w east moline? The timing is crucial to ensure timely filing . Luke won't have enough time to hear from me about the pacer then send stuff to ethan then have him edit. It wall all have to come from ethan thru pacer. I'm just checking in to make sure we're still on track. Thanks.

Thu, Mar 2 at 2:48 PM

Still no paper. Luke's case is progressing and he needs his lawyer to step in. At this time he doesn't even think he really has one. I am concerned that a month has gone by and nothing has happened. If this isn't moving forward please at least let us know and I can retrieve his documents he sent you.

Thu, Jun 8 at 8:20 PM

31



The response is due tomorrow and we have no update . Are you going to file your response? Or are we better off going forward alone ?

iMessage

The response is due tomorrow and we have no update . Are you going to file your response? Or are we better off going forward alone ?

Delivered

iMessage

32



12:46  5G  65

E
J

2 People >

iMessage
Tue, Feb 7 at 12:49 PM

ethan zelizer

New group text string for us.

medical when they're incarcerated?
This is on his credit report !

Friday 4:08 PM

Luke sent out one folder of papers
but realized how expensive the rest
would be and is having it processed
out of property to be given to me at a
visit hopefully next week and I can
bring it directly to you. Sorry for the
delay but you should get the mailed
ones next week

Saturday 9:22 AM

1 Reply

Sorry to bother you on a weekend I
did some digging and verified this bill
is from neck imaging from a four
wheeling accident in 18-19 not from
his injury at De



1 Reply

Are they allowed to bill an inmate for medical when they're incarcerated? This is on his credit report !

Friday 4:08 PM

Luke sent out one folder of papers but realized how expensive the rest would be and is having it processed out of property to be given to me at a visit hopefully next week and I can bring it directly to you. Sorry for the

I was just adding her :) he received the interrogatories and admissions from Chicone and is sending them to you this week as well

Wed, Feb 8 at 2:26 PM

iMessage

34

12:46                                    5G  65

E
 J

2 People >

Wed, Feb 8 at 2:26 PM

Did I need to sign something? Or is that going to Luke? Sorry for the confusion!

Fri, Feb 17 at 11:35 AM

Can someone call me when you have a second please ? Thank you so much '

Fri, Mar 3 at 2:02 PM

ethan zelizer

Sarah:  We submitted our papers to get admitted into the central district last week.  I just spoke with the clerk and we should be admitted by Wednesday.  At that time, we can file an appearance and set a status to get this back on track.  – Ethan

I appreciate the update, thank you

35



I appreciate the update, thank you.

Fri, Mar 24 at 7:13 AM

From Luke :

Ethan,
This is lucas wood, I see you filed your apperance, thank you.
I want to remind you that we have dead lines coming up, im not sure if you plan on filing an amended complaint, or just plan on getting extentions, but a reminder that deadlines are coming.

iMessage

36



12:46                     5G  65

E
  J

2 People >

From Luke :

Ethan,
This is lucas wood, I see you filed your apperance, thank you.
I want to remind you that we have dead lines coming up, im not sure if you plan on filing an amended complaint, or just plan on getting extentions, but a reminder that deadlines are coming.
If you think we should file an amended complaint, add the warden of Danville, im okay with that, but id like to discuss it with you. A lot of things i mentioned i worded a certain way for a reason.
Feel free to set up a legal call, or add me on GTL.com and we can email through the app. And ill call you soon to check in.
I hope all is well, and im glad to have you on board!
Respectfully sent

37



Respectfully sent,
Lucas wood

emcc   E   >

If you call to set up an unrecorded, untimed, atty/ client call they will need his inmate number which is R64297

Please let me know if I can help or you need anything from either of us 🙂

Fri, May 19 at 10:43 AM

iMessage

38



39



No contact with me or Luke, and not conferring with opposing counsel is very concerning. None of what we were told in the beginning has happened and luke has worked too hard to have this fall thru the cracks

Tue, May 30 at 10:31 AM

ethan zelizer

We are having an impossible time finding a doctor that will take this on and provide us with necessary support and a certificate of merit. I have a



12:46    5G 65

E
J

2 People >

ethan zelizer

We are having an impossible time finding a doctor that will take this on and provide us with necessary support and a certificate of merit. I have a phone meeting with two additional doctors tomorrow and I hope to have news.

Ok. What about having no meeting with Luke or taking his calls or returning them by scheduling a phone call, or going to see him? We have many documents not scanned in to the g drive that we provided that we do not have the originals back as promised. We also have yet to sign the forms from you and don't even know where we stand. The order from the judge stating explanation is due for not responding to opposing counsel is troubling. What happened ? They

41



could terminate the whole thing over this and Luke doesn't deserve this .

Thu, Jun 8 at 8:20 PM

The response is due tomorrow and we have no update . Are you going to file your response? Or are we better off going forward alone ?

Fri, Jun 9 at 11:21 AM

Hello? I know you're reading this

42

EXHIBIT 2

**Fwd: Web Request**

**Sarah Wood <sarahewood23@gmail.com>**

Wed 12/20/2023 10:00 AM

To:Sarah Wood <SarahWood@berryglobal.com>

---------- Forwarded message ----------
From: **Jay Janssen** <janssenj@janssenlawcenter.com>
Date: Tue, Dec 19, 2023 at 11:23 AM
Subject: Web Request
To: sarahewood23@gmail.com <sarahewood23@gmail.com>

Sarah,

I have reviewed your e-mail and I don't believe this anything our office can help you with.  We do not take over cases once they have already been started or another attorney has been involved.

Thank you for thinking of my office.

Jay H. Janssen

JANSSEN LAW CENTER

333 Main Street

Peoria, IL  61602

(309) 676-2341

(309) 676-7678 - fax

EXHIBIT #3

attorney rejection letters

Russell M. Kofoed, Attorney at law
807 Linden Avenue, Wilmette, Illinois 60091
October 18, 2021

Lucas Wood R-64297
3820 East Main Street
Danville, Illinois 61834

Dear Lucas Wood:

I have read your letter to me, but I do not practice law in the area of civil rights litigation, and cannot represent you in your civil rights claim for that reason. You may want to contact the Illinois State Bar Association Lawyer Reference Service, Post Office Box 2096, Springfield, Illinois 62705-2096 or contact it by telephone at 217-525-1760 and request it to refer you to an attorney practicing law in the area of civil rights litigation.

Sincerely,

Russell M. Kofoed

EXHIBIT 2-D

i spoke with the nurse practitioner and he informed me
that i shouldn't be stretching/using my right foot/achilles
tendon at all and that the physical therapy was " a terrible
idea."

i begged these people for help for almost two months, i
tried everything i could think of to try to get help.
due to the ridiculously long wait to get the help i
begged for, i may never walk right again. i cant walk
without being in pain, i walk with a VERY SERIOUS limp,
i may never get to pursue my profession as a barber once
i am released. and the physical therapy i recieved , was
painful and caused more hard than repair. and may have
caused life long damage that is irrepairable.

        I have exhausted my remidies here with IDOC,
and i hope and pray that you will be willing to help me
in taking legal action.

i have copies of my medical records, and papers from
carls physical therapy, and dates of everything that has
happened in regards to these complaints.
        if there is anything you need, or have any
questions, or want to refer me to another attorney,
PLEASE contact me here at Danville c.c.
        i sincerely appreciate your time

                              Lucas wood  R-64297
                              3820 E. Main st.
                              Danville, IL. 61834

# McWARD LAW OFFICE

**MONROE D. McWARD**
Attorney at Law

107 South Washington Street
Taylorville, Illinois 62568
Telephone: (217) 824-2900

1100 South Fifth Street
Springfield, Illinois 62703
Telephone: (217) 529-4949

Fax: (217) 287-2094
E-mail: mdmcward@mcwardlaw.com

Hillsboro area: (217)532-2900
Toll-Free: (866)-411-4949

Please address all correspondence
to the Taylorville address

December 9, 2021

Lucas Wood R-64297
3820 E. Main Street
Danville, IL 61834

Dear Mr. Wood:

We will be happy to review your file, but we will need $2,000.00 in order to do that.

Please feel free to contact our office if you would like to further this review.

Respectfully submitted,

Monroe D. McWard
Reg. No. 06190799
McWard Law Office

MDM/mme

353 N. CLARK STREET CHICAGO, IL 60654-3456            J E N N E R & B L O C K LLP

January 11, 2022

Lucas Wood #R64297
Danville Correctional Center
3820 East Main Street
Danville, IL 61834

Dear Mr. Wood:

I am Pro Bono Counsel at Jenner & Block. I received your letter requesting representation. After careful review of your request, we have determined that Jenner & Block will not be able to represent you.

Each year Jenner & Block receives hundreds of requests for representation. Unfortunately, because of the tremendous volume of requests we receive, we are unable to undertake each one.

Sincerely,


/s/ Nura Maznavi

CHICAGO  LONDON  LOS ANGELES  NEW YORK  WASHINGTON, DC            WWW.JENNER.COM

<u>VERIFICATION OF CERTIFICATION</u>

21-CV-2254

I, Lucas Wood, the undersigned, certify that:

    1. I am the petitioner in the above captioned legal matter;

    2. I sent the foregoing motion and have knowledge of its contents;

    3. Under the penalty of perjury and the penalties as provided by law pursuant to sec.1-109 of the code of civil procedure, I certify that the statements set forth in the foregoing motion is true and correct except matters therein to be on information and belief, and as to such matters I certify that I believe the same to be true.

Respectfully submitted,

/s/ Lucas Wood

Jan.17,2024

Lucas Wood R64297
100 Hillcrest Rd.
East Moline,IL.61244

IN THE

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

WOOD

_____
Plaintiff/Petitioner

  Vs.

EK et al,
_____
Defendant/Respondent

)
)
)
)
)
)
)
)

No. 21-CV-2254

## PROOF/CERTIFICATE OF SERVICE

TO: U.S. District court
  Central District
  100 N.E. Monroe St.
  Peoria, IL. 61602

TO: _____

PLEASE TAKE NOTICE that at: 2:45 AM/PM on January 25th, 20 24, I placed the documents listed below in the institutional mail at East Moline Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service.

MOTION TO REMOVE CURRENT COUNSEL AND TO APPOINT PLAINTIFF

NEW COUNSEL

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109 I declare, under penalty of perjury that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge and belief.

DATED: 1/25/2024

/s/ Lucas Wood

Name: Lucas Wood
IDOC No. R64297
East Moline Correctional Ctr.
100 Hillcrest Rd.
East Moline, IL 61244

Revised 4/15/16

