UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FILED

JUL 19 2024

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Lucas Wood

V.                                    Case No. 21-CV-2254

Jonathan Ek et al,

### PLAINTIFFS' RESPONSE TO DEFENDANTS RESPONSE TO REMOVE KITWANNA GRANT AS A DEFENDANT FROM THIS CASE

NOW COMES plaintiff Lucas Wood, pro se, responding to defendants response to plaintiffs motion to remove Kitwanna Grant.

1. Defendants argue that plaintiff should pay Ms. Grant's costs incurred in her defense.

2. Defendants clearly acknowledge plaintiffs ignorance to Fed.R.Civ.P. 11.

3. Plaintiff was under the guidance of his proven ineffective counsel when he added Kitwanna Grant.

4. When plaintiff spoke with his previous attorney Ethan Zelizer, before he filed his appearance, plaintiff explained the situation with the two doe nurses.

5. Zelizer guided plaintiff to add them both and thats what plaintiff did.

6. Later, Plaintiff spoke to Zelizer again, and Zelizer informed plaintiff that he would attempt to remove Kitwanna Grant in exchange for her doing a deposition.

7. Plaintiff removed Zelizer from this case, and no deposition ever took place, but plaintiff was under the belief that he was doing nothing wrong.

8. Plaintiff understands now that what he did was wrong, and he sincerely appoligizes to Kitwanna Grant and this court for his ignorance.

9. Plaintiff is proceeding in forma pauperis, and has no money to pay Kitwannas court fees/costs.

10. Plaintiff appoligizes again for this misunderstanding, and will do his best, proceeding pro se, to follow all Fed.R.Civ.P..

WHEREFORE, plaintiff prays this court remove Kitwanna Grant from this case, and ORDER plaintiffs former attorney Ethan Zelizer to pay Kitwanna Grants court costs/fees.

Respectfully submitted,

July 16, 2024

/s/ Lucas Wood
Lucas Wood R64297
100 Hillcrest Rd.
East Moline, IL. 61244

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Lucas Wood

    V.                                                Case No. 21-CV-2254

Jonathan Ek et al,

## PROOF OF SERVICE

I, Lucas Wood, swear under penalty of perjury that on July 16,2024, I sent a plaintiffs' response to defendants response to remove Kitwanna Grant as a defendant from this case to:

United States District Court
100 N.E. Monroe St.
Peoria,IL. 61602

                                       respectfully submitted,

July 16,2024

                                      /s/ Lucas Wood R64297
                                      100 Hillcrest Rd.
                                      East Moline,Il.61244

Lucas Wood R64297
100 Hillcrest Rd.
East Moline, IL. 61244

IDOC INDIVIDUAL IN CUSTODY MAIL

Legal
mc.7

UNITED STATES DISTRICT COURT

100 N. E. Monroe St.

Peoria, IL. 61602