050051/21723/JNR/JCS

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| LUCAS WOOD,<br><br>    Plaintiff,<br><br>v.<br><br>DR. JONATHAN EK, WEXFORD HEALTH SOURCES, INC., JENNIFER CHICONE, CARLE PHYSICAL THERAPY, JOHN CURTIS, AND UNKNOWN EMPLOYEES OF WEXFORD,<br><br>    Defendants. | Case Number 21-cv-2254<br><br>Judge James E. Shadid |

## MOTION FOR EXTENSION OF TIME

NOW COME the Defendants, DR. JONATHAN EK, WEXFORD HEALTH SOURCES, INC., ELICIA PEARSON and KITWANA GRANT by and through their attorney, Joy C. Syrcle of CASSIDAY SCHADE LLP, and pursuant to Federal Rule of Civil Procedure 6(b), hereby for their Motion for Extension of Time, state as follows:

1. Pursuant to the Court's Text Order of August 14, 2023, dispositive motions are due September 9, 2024.

2. As noted in other filings, Defendants obtained recordings of calls made by Plaintiff. The undersigned has not yet identified a means by which Plaintiff can review these calls while he is incarcerated.

3. In addition, in the last month the undersigned counsel has been in trial before this court, then traveling for depositions in other cases. In addition, the undersigned has a total of four motions for summary judgment due on September 9, 2024. She is seeking extensions as to

two of those motions, including the one in this matter. The details of each of these cases can be provided at the Court's request.

4. Defendants request an additional 30 days, up to and including October 9, 2024, by which to file the dispositive motion.

5. Counsel for Defendant Chacon has requested to join this motion. As such, Defendants request the deadline be moved for all Parties.

6. Defendants make this request in good faith and not for the purpose of delay.

7. Plaintiff will not be prejudiced by the requested extension as Plaintiff filed a motion to amend the scheduling order allowing additional time for him to obtain discovery documents that have been lost. [Doc. 153]. That motion remains pending, although the undersigned counsel has since copied for Plaintiff and provided to him all discovery exchanged in this matter. [See Doc. 154].

WHEREFORE, for the above reasons, Defendants, DR. JONATHAN EK, WEXFORD HEALTH SORUCES, INC. and ELICIA PEARSON respectfully request this Honorable Court extend the deadline for filing dispositive motions for all Parties to October 9, 2024 and grant such further relief deemed appropriate.

> Respectfully submitted,
>
> CASSIDAY SCHADE LLP
>
> By: /s/ Joy C. Syrcle
> One of the Attorneys for Defendants, DR. JONATHAN EK, WEXFORD HEALTH SOURCES, INC., ELICIA PEARSON and KITWANA GRANT

Joy C. Syrcle
ARDC No. 6302066
CASSIDAY SCHADE LLP
2040 West Iles Avenue, Suite B
Springfield, IL 62704
(217) 572-1714
(217) 572-1613 (Fax)
jsyrcle@cassiday.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of E-Filing" to the following:

Paul O. Watkiss
Assistant Attorney General
Office of the Illinois Attorney General
115 S. LaSalle Street, Suite 2800
Chicago, Illinois 60603
Paul.watkiss@ilag.gov

and I hereby certify that a true and correct copy of the foregoing was served via regular mail to the following non-CM-ECF participant at the following address by depositing the same in the U.S. mail located in Springfield, Illinois, with proper postage prepaid, on September 9, 2024. Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct:

PRO SE
Lucas Wood (R64297)
Big Muddy Correctional Center
251 North Illinois Highway 37
Ina, IL 62846

/s/ Joy C. Syrcle

12031104