UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FILED
SEP 19 2024
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Lucas Wood
  v.                                    21-cv-2254
Jonathan Ek et al,

## MOTION FOR UPDATE ON UNHEARD MOTIONS

Now comes plaintiff Lucas Wood, pro se, and moves this HONORABLE court to update plaintiff on what is happening in this case. In support of plaintiff says:

1. In July, plaintiff was transfered from East Moline correctional center to Big Muddy River correctional center (BMR)

2. Before plaintiff was transfered to BMR, he and his defendants filed several motions.

3. The current scheduling order in this case had summary judgement's deadline set for Sep. 9, 2024.

4. Plaintiff is unsure if previously

1.

filed motions have been ruled on or not, or if this case has been put on hold for some reason.

5. If this case is on hold for some reason, plaintiff respectfully asks that he be told what he needs to do to continue.

6. Plaintiff did not intend to drag this case out any longer and is ready to proceed as this court deems appropriate.

7. If previous motions were ruled on and defendants filed summary judgement, plaintiff never recieved them.

WHEREFORE, plaintiff PRAYS this HONORABLE court GRANT this Motion for update on unheard motions.

Respectfully Submitted,

Sep. 13, 2024

/s/ [signature]

Lucas Wood R64297
251 N. IL. Hwy 37
Ina, IL. 62846

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Lucas Wood
    v.                         21-cv-2254
Jonathan Ek et al,

## PROOF OF SERVICE

I, Lucas Wood, swear under penalty of perjury that on Sept. 12, 2024, I mailed:

1. MOTION TO BE EXEMPT FROM E-FILE
2. MOTION FOR UPDATE ON UNHEARD MOTIONS

to: U.S. District Court
     100 N.E. Monroe St.
     Peoria, IL. 61602

Respectfully submitted,

9-12-2024

/s/ Lucas Wood
Lucas Wood R64297
251 N. IL. Hwy. 37
Ina, IL. 62846

Lucas Wood R64797
251 N. IL. Hwy. 37
Ina, IL. 62846

Legal
mail

U.S. District Court
100 N.E. Monroe St.
Peoria, IL. 61602

61602-100355

THIS CORRESPONDENCE
IS FROM AN INMATE AT
SHAWNEE C.C.
AN ILLINOIS DOC
FACILITY

US POSTAGE $000.69
ZIP 62846
SEP 15 2024