UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Lucas Wood
　　v.                           21-CV-2254
Jonathan Ek et al,

MOTION TO BE EXEMPT
FROM E-FILING

NOW COMES plaintiff Lucas Wood, pro se, and moves this HONORABLE court to allow plaintiff to be exempt from E-Filing. In support of plaintiff says.

1. Plaintiff is a pro se inmate incarcerated at Big Muddy River Correctional Center.

2. Plaintiff does not have access to E-Filing at this time.

WHEREFORE, plaintiff prays this HONORABLE court grant this motion and allow plaintiff to be exempt from E-filing.

Respectfully submitted,

9-12-24                         /s/ [signature]
                                Lucas Wood R64297
                                251 N. IL. Hwy. 37
                                Ina, IL. 62846

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Lucas Wood
    v.                        21-CV-2254
Jonathan Ek et al,

## PROOF OF SERVICE

I, Lucas Wood, swear under penalty of perjury that on Sept. 12, 2024, I mailed:

1. MOTION TO BE EXEMPT FROM E-FILE
2. MOTION FOR UPDATE ON UNHEARD MOTIONS

to: U.S. District Court
     100 N.E. Monroe St.
     Peoria, IL. 61602

                Respectfully submitted,

9-12-2024           /s/ Lucas Wood
                      Lucas Wood R64297
                      251 N. IL. Hwy. 37
                      Ina, IL. 62846

Lucas wood R64397
251 N. IL. Hwy. 37
Ina, IL. 62846

THIS CORRESPONDENCE
IS FROM AN INMATE AT
SAINT LOUIS MO 630

US POSTAGE PITNEY BOWES
ZIP 62846 $ 000.69
02 4N
0000379096 SEP 15. 2024

U.S. District court
100 N.E. Monroe St.
Peoria, IL. 61602

legal
mail

61602-100399