050051/21723/JNR/JCS

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

LUCAS WOOD,

        Plaintiff,

v.

DR. JONATHAN EK, WEXFORD HEALTH
SOURCES, INC., JENNIFER CHICONE,
CARLE PHYSICAL THERAPY, JOHN
CURTIS, AND UNKNOWN EMPLOYEES
OF WEXFORD,

        Defendants.

Case Number 21-cv-2254

Judge James E. Shadid

## SECOND MOTION FOR EXTENSION OF TIME

NOW COME the Defendants, DR. JONATHAN EK, WEXFORD HEALTH SOURCES, INC., ELICIA PEARSON and KITWANA GRANT by and through their attorney, Joy C. Syrcle of CASSIDAY SCHADE LLP, and pursuant to Federal Rule of Civil Procedure 6(b), hereby for their Second Motion for Extension of Time, state as follows:

1.      On July 15, 2024, Plaintiff filed a Motion to Amend Scheduling Order, seeking an unspecified additional amount of time. [Doc. 153].   Plaintiff's motion remains pending.  Part of the basis of Plaintiff's motion was that his prior counsel had not returned discovery documents to Plaintiff.   The undersigned counsel copied all discovery that had been exchanged by the Parties and mailed them to Plaintiff.   [See Doc. 156].   Apparently, Plaintiff was transferred to a different facility while the documents were enroute. [See Doc. 157].  The documents have not been returned to the undersigned and she assumes Plaintiff received them.   It is unclear whether receipt of these documents fully resolves Plaintiff's request to amend the scheduling order.

2.      In addition, the dispositive motion deadline previously set by the Court was September 9, 2024.  [Text Order dated August 14, 2023].  Defendants filed their Motion for Extension of Time [Doc 159] on September 9, 2024, requesting an extension to file their dispositive motions to October 9, 2024.  That Motion also remains pending.

3.      As Defendants have mentioned in prior filings, Defendants obtained recordings of Plaintiff's phone calls from the relevant time pursuant to subpoena to the IDOC.  Some of the calls are relevant to Defendants' defense of Plaintiff's claims in this case and Defendants intend to utilize the call recordings in motions to be filed with this Court.  Plaintiff has argued he would be prejudiced by use of recordings he cannot personally listen to due to his incarceration.  There have been logistic difficulties with providing Plaintiff access to the call recordings.  The undersigned has now spoken with legal counsel for IDOC and is working to arrange a visit with Plaintiff during which the relevant calls can be played for him.

4.      As Defendants have not yet been able to provide Plaintiff access to the recordings and Plaintiff's motion to amend the scheduling order remains pending, Defendants respectfully request an extension of the dispositive motion deadline.

5.      Defendants request an additional 30 days, up to and including November 8, 2024, by which to file the dispositive motion.

6.      Defendants make this request in good faith and not for the purpose of delay.

WHEREFORE, for the above reasons, Defendants, DR. JONATHAN EK, WEXFORD HEALTH SORUCES, INC. and ELICIA PEARSON respectfully request this Honorable Court extend their deadline for filing dispositive motions to November 8, 2024, and grant such further relief deemed appropriate.

Respectfully submitted,

CASSIDAY SCHADE LLP

By:   /s/ Joy C. Syrcle
    One of the Attorneys for Defendants, DR.
    JONATHAN EK, WEXFORD HEALTH
    SOURCES, INC., ELICIA PEARSON and
    KITWANA GRANT

Joy C. Syrcle
ARDC No. 6302066
CASSIDAY SCHADE LLP
2040 West Iles Avenue, Suite B
Springfield, IL 62704
(217) 572-1714
(217) 572-1613 (Fax)
jsyrcle@cassiday.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2024, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system.  The electronic case filing system sent a "Notice

of E-Filing" to the following:

Paul O. Watkiss
Assistant Attorney General
Office of the Illinois Attorney General
115 S. LaSalle Street, Suite 2800
Chicago, Illinois 60603
Paul.watkiss@ilag.gov

and I hereby certify that a true and correct copy of the foregoing was served via regular

mail to the following non-CM-ECF participant at the following address by depositing the same

in the U.S. mail located in Springfield, Illinois, with proper postage prepaid, on October 8, 2024.

Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements

set forth herein are true and correct:

PRO SE
Lucas Wood (R64297)
Big Muddy Correctional Center
251 North Illinois Highway 37
Ina, IL 62846

                                                                              /s/ Joy C. Syrcle

12073507