UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Lucas Wood
   V.                                     Case No. 21-CV-2254
Jonathan Ek et al,

## RESPONSE TO DEFENDANTS MOTION FOR EXTENTION OF TIME TO FILE MOTION FOR SUMMARY JUDGEMENT

    NOW COMES plaintiff Lucas Wood, pro se, and moves this HONORABLE court to DENY defendants motion for extention of time to file a motion for summary judgement. In support of plaintiff says:

    1. This court already granted defendants a one (1) month extention on deadlines to file for summary judgement.

    2. This case has been pushed back multiple times, and is now three (3) years old.

    3. Plaintiff has tried numerous times to settle this case, yet defendants continue to ask for extentions.

    4. Trial is set for February of 2025, and if many more extentions are granted, trial in this just case will surely be pushed back as well.

    WHEREFORE, Plaintiff PRAYS this HONORABLE court GRANT this motion, and DENY defendants motion for extention of time.

                                      Respectfully submitted,

                                      /s/ *[signature]*

Oct.9,2024
                                      Lucas Wood R64297
                                      Big Muddy River CC
                                      251 N.IL.HWY.37
                                      Ina,IL.62846

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Lucas Wood

V.                                          Case No. 21-CV-2254

Jonathan Ek et al,

## MOTION TO INFORM COURT THAT PLAINTIFF CAN NOW E-FILE

Now comes plaintiff Lucas Wood, pro se, and notifies this HONORABLE court that plaintiff now has access to E-File. In support of plaintiff says:

1. Plaintiff was previously unable to E-File motions and was made to utilize the USPS.

2. Plaintiff is now able to E-File, and asks that defendants in this case use E-File instead of USPS moving forward.

WHEREFORE, Plaintiff Prays this court GRANT this motion and allow plaintiff to E-File and ORDER defendants to E-File futurre motions to plaintiff.

Respectfully submitted,

Oct.9,2024

/s/ Lucas Wood R64297
Big Muddy River CC
251 N.IL.HWY.37
Ina,IL.62846

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Lucas Wood

    V.                                  Case No. 21-CV-2254

Jonathan Ek et al,

## PROOF OF SERVICE

I, Lucas Wood, swear under penalty of perjury that on October, 9, 2024, I sent:

    1. RESPONSE TO DEFENDANTS MOTION FOR EXTENTION OF TIME TO FILE MOTION FOR SUMMARY JUDGEMENT
    2. MOTION TO INFORM COURT THAT PLAINTIFF CAN NOW E-FILE

to the law library for E-Filing via institutional mail.

                                      Respectfully submitted,

                                      /s/ *[signature]*
October. 9, 2024                        Lucas Wood R64297
                                      251 N. IL. HWY. 37
                                      Ina, IL. 62846