E-FILED
Thursday, 17 October, 2024  04:27:07 PM
Clerk, U.S. District Court, ILCD

## EXHIBIT APPENDIX

EHHIBIT #1 Grievance trying to see a doctor

EXHIBIT #2 Grievance explaining the delay in receiving med. treatment

EXHIBIT #3 Grievance explaining harmful medical treatments

EXHIBIT #4 Medical records

EXHIBIT #5 Chicone's job description and responsibilities

EXHIBIT #6 Chicone's E-mail admitting short staffing and cancelling call passes to the HCU

EXHIBIT #8 Proof Dr. Ek knew of torn achilles before the ultrasound

EXHIBIT #9 AFFIDAVIT testifying to notifying Chicone that plaintiff hadn't been seen and was in pain.

EXHIBIT #11 Declaration of John Hudson declaring he heard conversations between Dr. Ek and plaintiff and nurses and plaintiff.

EHHIBIT #12 AFFIDAVIT of Robert Nixon Jr. swearing that he heard plaintiff tell Dr. Ek he was still in pain.

EXHINIT #13 AFFIDAVIT of plaintiff

EXHIBIT #14 Declaration of Hezekiah Jackson

EXHIBIT #15 AFFIDAVIT of Hezekiah Jackson

EXHIBIT #16 MAYO CLINIC treatment recommendations for torn Achilles

EXHIBIT #17 Cleveland Clinic treatment recommendations

EXHIBIT #18 AFFIDAVIT of plaintiff

EXHiBiT

\#

1

DANVILLE CORRECTIONAL CENTER

Assigned Grievance #/Referral: Danville C.C.    U U 6 4 3 2    Housing Unit: 5    **DANVILLE CORRECTIONAL CENTER**

1st Lvl rec:    **JUL 28 2021**

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec: **AUG**

Date: 7-27-21    Offender (please print): Lucas Wood    ID #: R64297    Rank (optional):

Present Facility: Danville C.C.    Facility where grievance issue occurred: **GRIEVANCE OFFICER** Danville C.C.

**Nature of grievance:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify):
- [x] Medical Treatment
- [ ] HIPAA
- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report ___    Facility where issued ___

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 7-11-21, I hurt my leg very bad on the yard, I thought
I could walk it out and it would be better in a few days,
on 7-15-21, I noticed my whole foot was purple, so I
dropped a request for sick call on 7-21-21, I still was
not seen by the HCU, and my toes turned purple, still couldn't
put weight on my foot. I had a loved one call Danville's
HCU and complain. 7-23-21, I still have not been seen

[x] Continued on reverse

**Relief Requested:**

To see A DOCTOR, not a nurse, not a NP.
But a DoCToR.

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance.

_(signature)_    R64297    7-27-21
Offender's Signature    ID#    Date

(Continue on reverse side if necessary)

Counselor's Response (if applicable)    Date Received: ___    [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

Refer to HCU

DANVILLE CORRECTIONAL CENTER
Print Counselor's Name    Sign Counselor's Name    Date

**AUG 02 2021**

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: 7-29-21

**GRIEVANCE OFFICER**

Is this determined to be of an emergency nature?

[x] Yes, expedite emergency grievance
[ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_(signature)_    7-29-21
Chief Administrative Officer's Signature    Date

Distribution: Master File: Offender    DOC 0046 (Rev. 01/2020)

signed Grievance   Danville C.C.   Housing Unit: 3-D

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

my whole foot / calf is swolen and sore, and these 5 things
and STILL have not been seen/ today is
7-27-21 and I still have not been seen, And Something
is really wrong. I'm supposed to see a nurse 3 times
in 30 days to see a Doctor How am I supposed to
to that when I've been trying to see a nurse for
2 days and STILL haven't been seen,
Something is wrong and I need help!

31

8-2-21

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | R64297 | **Counseling Date** | 08/02/21 12:47:52:780 |
| **Offender Name** | **WOOD, LUCAS** | **Type** | Collateral |
| **Current Admit Date** | 12/09/2020 | **Method** | Grievance |
| **MSR Date** | 12/09/2027 | **Location** | DAN RESIDENT BUILDING R3 |
| **HSE/GAL/CELL** | 03-D -74 | **Staff** | LAHEY, PAULA J., Office Coordinator |

Grievance #6432 - Medical (sick call denial) - received and has been determined to be an emergency. Grievance has been sent to Healthcare for investigation. Individual in Custody will be notified when the Grievance Office review has been completed.

**Print Date  8/2/2021**

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | R64297 | **Counseling Date** | 08/12/21 13:05:41:890 |
| **Offender Name** | WOOD, LUCAS | **Type** | Collateral |
| **Current Admit Date** | 12/09/2020 | **Method** | Grievance |
| **MSR Date** | 12/09/2027 | **Location** | DAN RESIDENT BUILDING R3 |
| **HSE/GAL/CELL** | 03-D -74 | **Staff** | LAHEY, PAULA J., Office Coordinator |

Grievance #6432 - Medical (sick call denial) - has been completed by the CAO - Moot.  Grievance has been returned to the Individual in Custody.



| | | | | |
|---|---|---|---|---|
| Inmate Id: | R64297 | | Ret Form Ind: | |
| Name: | WOOD, LUCAS | | Modify Ind: | |
| Chair Code: | DEKI | | Deny Ind: | |
| Grv Type: | L | | Favorable Ind: | |
| Grv Code: | MEDICAL | | Deferred Ind: | |
| Receive Date: | 08/18/2021 | | Moot Ind: | |
| Hearing Date: | 00/00/0000 | | Grievance Number: | 6432 |
| Mailing Date: | 00/00/0000 | | Incident Number: | |
| Grv Loc: | DANVILLE CC | | Incident Date: | 00/00/0000 |
| Hearing Loc: | DANVILLE CC | | Incident Inst: | |
| | | | Date Receipted: | 08/23/2021 |

**Comments:** E-GRV #6432 GRVS NO RESPONSE TO SICK CALL REQ. TURNED IN ON 7/15/21, FOR INJURED LEG; GRIEVANT CLAIMS NO RESPONSE AS OF 7/23/21

32

J.B. Pritzker
Governor



Rob Jeffreys
Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name: Lucas Wood

ID# : R64297

Facility: Danville

8/30/21
Date

This is in response to your grievance received on __08/18/21__. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: 07/27/21    Grievance Number: 6432    Griev Loc: Danville

☐ Transfer denied by the Facility

☐ Dietary _____

☐ Personal Property _____

☐ Mailroom/Publications _____

☐ Assignment (job, cell) _____

☐ Commissary / Trust Fund _____

☐ Conditions (cell conditions, cleaning supplies, etc.) _____

☐ Disciplinary Report: Dated: _____ Incident # _____

■ Other    Medical Treatment- (07/11/21) denied sick call- leg /toes

Based on a review of all available information, this office has determined your grievance to be:

☐ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____.

☐ Denied, in accordance with DR504F, this is an administrative decision.

■ Denied, this office finds the issue was appropriately addressed by the facility Administration.

☐ Denied as the facility is following the procedures outlined in DR525.

☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.

☐ Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.

■ Other: HCUA stated grievant was seen on 08/05/21. Ultrasound was ordered and pain medication was ordered.

First NSC call slip received 07/29/21. Treatment is at the discretion of the IDOC Physician. Grievant may continue to request NSC to HCU for future medical concerns.

FOR THE BOARD: _signature_    CONCURRED: _signature_
DeAnna Kink                        Rob Jeffreys
Administrative Review Board         Director

CC: Warden, Danville    Correctional Center
    Lucas Wood    , ID# R64297

Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.

# EXHIBIT





1st Lvl rec: AUG 27 2021

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

Date: _____ Offender (please print): GRIEVANCE OFFICER cas Wood   ID # R64297   Race (optional):

Present Facility: Danville C.C.   Facility where grievance issue occurred: Danville C.C.

**Nature of grievance:**

- [ ] Personal Property
- [ ] Mail Handling
- [x] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] Staff Conduct
- [ ] Dietary
- [ ] HIPAA
- [ ] Restoration of Sentence Credit
- [ ] Transfer Denial by Facility
- [ ] Other (specify): _____
- [ ] Disciplinary Report

Date of report _____   Facility where issued _____

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievances":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 7-11-21, I hurt my Achiles tendon, I thought I could walk it off. But by 7-15-21, It was still very sore and I was still limping very bad. So on 7-15-21, I wrote a request slip to the Hcu. By 7-21-21, I was still limping very bad, and my foot turned blue. So I had a loved one call Danville c.c. and talk to the health care Administrator and tell her I need to be seen ASAP. On 7-23-21,

[x] Continued on reverse

Relief Requested:

① be treated for my injury And to be compensated financially for Danville c.c.'s in-competence/neglagence

Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Check if this is NOT an emergency grievance.

Wood _____ Offender's Signature   R64297 ID#   8-26-21 Date

(Continue on reverse side if necessary)

Counselor's Response (if applicable)   Date Received: _____   [ ] Send directly to Grievance Officer

Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response: Refer to Hca

See grievance #6559

Assigned Grievance #/Institution: Danville C. Ch.     Housing Unit: 3"D

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

1st Lvl recd:     2nd Lvl recd:

I still hadn't been called to the HCU, so I wrote ANOTHER request slip. Im still limping, my foot and leg ale swollen my toes Are purple, so I wrote a grievance. on 7-29-21 I had a call pass to health care, And it was cancled due to a institutional lock down. On 8-2-21 I still Hadn't been Seen, and im still limping bad, foot/leg still swollen, so I write ANOTHER request slip AND the warden of opperations. on 8-3-21, I had a call pass to HCU And they never called me. So I wrote ANOTHER request slip and had my loved one call AGAIN and complain. on 8-4-21 Im still limping bad, leg still Swollen, I talk to the #3 warden, And tell him my situation. He assured me i'd be seen soon. On 8-5-21 I got ANOTHER call pass to HCU, And they Never called me, so at 2:30 pm, I was called out of my cell for a visit, so I went to the bubble and told my wing officer I have been in pain + limping for 8 weeks And I NEED to go to the HCU. he called the HCU And got me over there. I saw a nurse And she instantly knew I needed to see a doctor. I saw Dr. Eck, he ordered me a ultra sound AND physical THerapy. Today is 8-26-21 And I STILL hadn't had an ultrasound or physical therapy. I am still limping, And may never walk rite again. this is ridiculous! I tried everything in my power to get help, I talked to SRG's, warders, I had my loved ones call, I wrote requests, I wrote Grievances, Now I may limp for the rest of my life because noone will help me. I cant walk rite any more, or play sports, or jog, It hurts to Just walk to chow.

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

| 1st Lvl rec: DANVILLE CORRECTIONAL CENTER | | 2nd Lvl rec: |

| Date: 8-8-21 | Offender (please print): Nicholas Wood | ID #: R64297 | Race (optional): White |

Present Facility: Danville C.C. | Facility where grievance issue occurred: Danville C.C.

**Nature of Grievance:** GRIEVANCE OFFICER

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify):
- [x] Medical Treatment
- [ ] HIPAA
- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report _____ Facility where issued _____

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 7-15-21, I dropped a request slip to the HCU to be seen for sick call. I hurt my Achiles heel, and had been limping bad since 7-11-21. my foot/leg were swollen and turned blue. By 7-23-21, I still hadn't been seen by HCU so I dropped another request slip for sick call. Also on 7-21-21 I had my girlfriend call the health care director and complain. By 7-27-21, I still had not been seen for sick call. So

[x] Continued on reverse

**Relief Requested:**

to not cancel Sick call call Passes And be compensated financially.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
- [ ] Check if this is NOT an emergency grievance.

Offender's Signature: Wood | ID#: R64297 | Date: 8-8-21

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)** Date Received: 9/1/21 | [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response: refer to Healthcare per medical record review: The first note in the chart after 7/15/21 is on 7/21/21. then the patient was brought to the HCU for a TB test, which was read 2 days later on 7/23. No mention of achilles injury. On 7/29 & 8/3, there are notes in the chart that patient was not seen in NSC due to time constraints. Pt seen on 8/5 by Dr. Ek, who ordered an ultrasound and pain medications. On NSC note said pt had 'no need." On 8/11, the nurse charted that pt did not get a call & was not seen. 8/16, patient refused NSC because he had seen the MD. Ultrasound done 8/31. 9/2, ultrasound results available & MD had patient scheduled follow up.

PrintCounselor's Name: T. Chaemterm | Sign Counselor's Name: [signature] | ID#: 10A572

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

DANVILLE CORRECTIONAL | RECEIVED NOV 16 2021 ADMINISTRATIVE REVIEW BOARD

**EMERGENCY REVIEW** Date Received: _____ DANVILLE CORRECTIONAL CENTER AUG 11 2021

this determination's of an emergency nature:

- [ ] Yes, expedite emergency grievance OCT 28 2021
- [ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

GRIEVANCE OFFICER

GRIEVANCE OFFICER

Chief Administrative Officer's Signature _____ Date _____

Page 1 of 2

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

I wrote an emergency Grievance. on 7-29-21 I had a sick call callpass that got canceled due to an institutional ID count. By 8-2-21, I STILL had not been seen, And have been in constant pain, And limping, now my toes were blue. So I wrote ANOTHER request to HCU, And sent a request slip to the warden of operations explaining what is going on. On 8-3-21 I had another sick call callpass; But never got called. I Asked my wing officer to call for me, But she said "It will be rescheduled". So I Dropped ANOTHER request slip and had my girlfriend call and complain again. On 8-4-21 I complained to the 3 house SRG on 1st shift, and she gave me the run around, and was no help at all, then later in the day, I talked to the #3 warden, and told him my situation, he assured me I would get over to the HCU. Sure enough 8-5-21, I had another sick call callpass, And I was never called AGAIN! At 2:30 pm, I was called out of my cell for a visit, And I went to 3house foyer, and complained that I NEVER get called for sick call. So my wing officer called the HCU for me, And got me over there. the nurse saw me, And knew I needed to see the Doctor, So she got DR. EK to take a look at me. Dr. EK said he would put me in for an ultra sound, and Physical Therapy. And when I told him how long I had been trying to get to see him, and how my passes kept getting canceled, He said they Are not supposed to do that. Hes a good Doctor, But Danville c.c. is in the wrong for denying my medical needs for so long, I had to beg and have people calling here, And talk to wardens, And be in pain for about 3 weeks just to get the help and medical attention I NEEDED! that is ridiculous! there is NO excuse for taking 3 weeks to see me, when I really needed help. Im still limping; But if I got the medical attention I needed from the start, we wouldn't be in this situation.

ILLINOIS DEPARTMENT OF CORRECTIONS
RESPONSE TO OFFENDER'S GRIEVANCE

| Grievance Officer's Report |
|---|

Date Received: 10/28/2021          Date of Review: 11/08/2021          Grievance # (optional): 6559

Offender: Wood, Lucas                                                   ID#: 6559, 6651

R&q297

Nature of Grievance:

Medical Treatment

**Facts Reviewed:**

Grievant states that he dropped a request slip for sick call to be seen in HCU on 7/15/21. Since 7/11/21 he hurt his achiles heel and had been limping since 7/11/21. By 7/23/21 he still had not been called so he put another NSC request slip in. He states he received a pass on 7/29/21 but it was cancelled due to institutional ID count. Grievant states he puts in for sick call and does not get called. He states it took him 3 weeks to be seen and Dr. Ek told him he would put him in for an ultrasound and physical therapy and as of 8/26/21 he still had not received either one. He is still limping and in pain.

Healthcare Unit Administrator Jennifer Chacon states per medical record review, the first note in chart after 7/15/21 when the patient was brought to the HCU for a TB test on 7/21/21, which was read 2 days later on 7/23/21. No mention of achilles injury. On 7/29/21 and 8/3/21 there are notes in the chart that patient was not seen in NSC due to time restraints. Patient was seen on 8/5/21 by Dr. Ek who ordered an ultrasound and pain medications. On 8/7/21, NSC note said patient had "no need". On 8/11/21, the nurse charted that patient did not get a call pass and was not seen. On 8/16/21, patient refused NSC because he had seen MD. Ultrasound was done on 8/31/21. On 9/3/21 ultrasound results was available and MD had patient brought to the infirmary. Ortho consult made. Patient went out for ortho consult in September. Patient remains in infirmary with hard cast at this time.

**Recommendation:**

Based on a review of all available information this grievance officer recommends this grievance be Denied. Patient has received medical treatment to address his injury and remains in infirmary at this time.

A. Trees CCII                          A. Trees          Digitally signed by A. Trees
                                                          Date: 2021.11.08 14:25:05 -06'00'

Print Grievance Officer's Name                  Grievance Officer's Signature
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

Date Received: 11-9-21          ☒ I concur     ☐ I do not concur     ☐ Remand

Action Taken:

DANVILLE CORRECTIONAL
CENTER

NOV 12 2021

RECEIVED

NOV 18 2021

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

Last Name: _Wood_   First Name: _Lucas_   MI: ___   IDO#: _R04497_

Facility: _Danville_

☐ Grievance: Facility Grievance # (if applicable) _6557 6651_ Dated: _11/10/21_   or ☐ Correspondence: Dated: _____

Received: _11/19/21_ Regarding: _Ditay in treatment for achiles heel_

The attached grievance or correspondence is being returned for the following reasons:

### Additional information required:

☐ Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal, if timely.

☐ Provide dates when incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to:
Administrative Review Board, Office of Inmate Issues, 1301 Concordia Court, Springfield, IL 62794-9277

### Misdirected:

☐ Contact your correctional counselor or Field Services regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns in a letter to: Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62706

### No further redress:

☐ Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be addressed further.

☐ Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.

☑ This office previously addressed this issue on _8/30/21 (ARV#6432_   Date

☐ No justification provided for additional consideration.

Other (specify): _____

Completed by: _Debbie Knauer_   Signature: _Debbie Knauer_   Date: _11/23/21_
Print Name

# EXHIBIT

# #

# 3

HCU # B

DANVILLE CORRECTIONAL CENTER
Assigned Grievance: Danville C.C.    0 0 6 6 9 3    Housing Unit: _____    Bed #: _____

1st Lvl rec: SEP 07 2021    2nd Lvl rec: _____

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

Date: 9-5-2021 GRIEVANCE OFFICER    Offender (please print): as Wood    ID #: R64297    Race (optional): _____

Present Facility: Danville C.C.    Facility where grievance issue occurred: Danville C.C.

**Nature of grievance:**

- ☐ Personal Property
- ☐ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Disciplinary Report
- ☐ Mail Handling
- ☐ Dietary
- ☐ Other (specify): _____
- ☒ Medical Treatment
- ☐ HIPAA
- ☐ ADA Disability Accommodation
- ☐ Restoration of Sentence Credit

_____ Date of report    _____ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 7-11-21, I hurt my Achilles tendon playing soccer, I tried to walk it off. By 2-15-21, I was in extreme pain, and could hardly walk, I sent a request for sick call to the HCU. By 7-21-21, I still had not been seen. 7-23-21, I had a loved one call here and talk to the HCU and tell them something was wrong and I need to be seen ASAP. By 7-27-21, I still had not been seen, so I wrote an emergency grievance on
☒ Continued on reverse

**Relief Requested:**

to be compensated financially for my pain, suffering, and medical negligence. And be given 'good time'.

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is NOT an emergency grievance.

_____ Offender's Signature    R64297 ID#    9-5-21 Date

(Continue on reverse side if necessary)

Counselor's Response (if applicable)    Date Received 9/20/21    ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response: Please see grievance # 4559 for partial answer. At this time, the patient has been living in the infirmary since 9/3/21. He has been issued walking boot that should be worn for all weight-bearing activities. He has seen an orthopedic specialist at Carle on 10/5, and had an MRI at Carle. Surgical repair of the achilles tear has been planned.

T. Chacon, RNP
Print Counselor's Name    Sign Counselor's Name    11/8/21 Date

Note to offender: If you wish to appeal the Counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

DANVILLE CORRECTIONAL CENTER

**EMERGENCY REVIEW:**    Date Received: 9/7/21

this determined to be of an emergency nature:

☒ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure.

Felicia Adkins
Chief Administrative Officer's Signature    9/7/21 Date

Distribution: Master File; Offender    Page 1 of 2    DOC 0046 (Rev. 01/2020)

SEP 08 2021

NOV 09 2021 GRIEVANCE OFFICER

RECEIVED DEC 27 2021 ADMINISTRATIVE REVIEW BOARD

Assigned Grievance #/Institution: _Danville C.C._    Housing Unit: _____    HCU # B

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

st Lvl rec: _____    2nd Lvl rec: _____

7-29-21, I had a sick call call pass, But it was cancled. So on 8-2-21, I wrote ANOTHER request slip to HCU. AND wrote a letter to the warden of operations saying something is really wrong and I need help. On 8-3-21, I had Another health care call pass And it was cancelled AGAIN! So I dropped ANOTHER request slip and had my loved one call and complain AGAIN! on 8-4-21, I spoke to the #3 warden, And told him my situation, he said i'll be seen soon. on 8-5-21, I had ANOTHER HCU call pass, And was Never called. at 2:30 pm I asked my wing officer to call the HCU for me And tell them it was important. Ive asked other SRG's ant LT's to call but they never did. So I Saw a nurse, and she knew INSTANTLY that I needed to see a Doctor. The Doctor (Dr. EK) gave me tylenol and neproxen, and ordered me a ultra sound and physical Therapy because I couldn't/cant walk rite.

on 8-27-21, I went to physical Therapy and they were stretching my achiles Tendon, and pulling on it, and working it, even tho noone has done an ultra sound or knows whats wrong. They showed me exercises to do daily and recomended I come once a week for six weeks. on 8-31-21, I FINEALLY had my ultra sound. on 9-3-21, I was moved to the HCU, and given a Hard cast and crutches, And told not to walk on my foot AT ALL! the nurse practitioner told me my Achiles has a 'grade A' tear, and is only holding on by a few fibers, And physical therapy was a terrible idea. I have been begging for help/ medical attention for almost 2 months! ive been climbing stairs every day, walking to chow, doing my "physical therapy", and the whole time Im making it worse! I may never walk rite again, or stand for long periods of time. Im a licensed Barber, and may never work again,

Distribution: Master File; Offender    Page 2 of 2    DOC 0046 (Rev. 01/2020)    9-8-21

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

| Grievance Officer's Report |
|---|

**Date Received:** 11/09/2021    **Date of Review:** 12/09/2021    **Grievance #** (optional): 6693

**Offender:** Wood, Lucas    **ID#:** R64297

**Nature of Grievance:**
Medical Treatment

**Facts Reviewed:**

Grievant states he injured his achilles tendon on 7/11/21and had not been seen in HCU although he signed up for Nurse sick call several times. He states he was seen in HCU by Dr. Ek and an ultrasound and physical therapy were ordered. On 8/27/21 he went to physical therapy and then finally had his ultrasound on 8/31/21. Grievant states he was moved to infirmary on 9/3/21 after the results of the ultrasound. He states he has been attempting to get help for his injury for 2 months.

Healthcare Unit Administrator Jennifer Chacon states per medical record review, see grievance #6559 for partial answer. At this time the patient is living in the infirmary since 9/3/21. He was issued a walking boot that should be worn for all weight bearing activites. He has seen an orthopedic specialist at Carle on 10/15/21 and had an MRI at Carle. Surgical repair of the achilles tear has been planned.

**Recommendation:**
Based on a review of all available information this grievance officer recommends this grievance be denied. Patient has continued to receive medical treatment for his injury and remains in the infirmary at this time.

A. Trees  CCII

Print Grievance Officer's Name

**A. Trees**

Digitally signed by A. Trees
Date: 2021.12.09 11:44:43 -06'00'

Grievance Officer's Signature

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

**Date Received:** 12/15/21    ☒ I concur    ☐ I do not concur    ☐ Remand

**Action Taken:**

DANVILLE CORRECTIONAL CENTER

DEC 17 2021

GRIEVANCE OFFICER _____

Chief Administrative Officer's Signature

RECEIVED

DEC 27 2021

ADMINISTRATIVE
REVIEW BOARD

12/15/21
Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

_____
Offender's Signature

R64297    12-21-21
ID#          Date

2:21-cv-02254-JES #166-1, Filed: 10/17/24 Page 20 of 62

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

_Wood_ _Lucas_ _B64297_
Last Name      First Name      MI      ID#

Facility: _Danville_

☐ Grievance: Facility Grievance # (if applicable) _66.93_ Dated: _12/15/21_ or ☐ Correspondence: Dated: _____

Received: _12/27/21_ Regarding: _Delay in treatment of achilles tendon_
Date      _injured 7/11/21_

The attached grievance or correspondence is being returned for the following reasons:

| Additional information required: |
| --- |
| ☐ Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable. |
| ☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely. |
| ☐ Provide dates when incidents occurred. |
| ☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board, Office of Inmate Issues, 1301 Concordia Court, Springfield, IL 62794-9277 |

| Misdirected: |
| --- |
| ☐ Contact your correctional counselor or Field Services regarding this issue. |
| ☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration. |
| ☐ Contact the Record Office with your request or to provide additional information. |
| ☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board. |
| ☐ Address concerns in a letter to: Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62706 |

| No further redress: |
| --- |
| ☐ Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, th s issue will not be addressed further. |
| ☐ Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further. |
| ☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further. |
| ☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further. |
| ☒ This office previously addressed this issue on _GRV#6432, 6559, 6651_ Date |
| ☐ No justification provided for additional consideration. |

| Other (specify): _____ |
| --- |

Completed by: _Debbie Knauer_      _Debbie Knauer_      _1/12/22_
Print Name      Signature      Date

Distribution: Offender      _Printed on Recycled Paper_      DOC 0070 (Rev. 3/2018)
Inmate Issues

# EXHIBIT

# #4

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

__Danville Correctional__ Center (EXHIBIT 4)

Offender Information:

Wood Lucas ID# R64297

Last Name | First Name | MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7-29-21 | RN note | |
| | pt not seen for NSC | |
| | due to time constraints  S. Glenn RN | |
| 8-3-21 | LPN note - | |
| | Pt not seen for NSC due | |
| | to time constraint  Cphillips LPN | |
| 8-5-21 | RN note | |
| 2:55 | pt seen for NSC | |
| | pt seeing Dr Ek | |
| | VS T 97.5  O₂ 98% | |
| | WT 285.8 P 78 R 18, B/P 141/83  S. Glenn, RN | |
| | MD note | US R Achilles |
| 8/5/21 | S: Kicked in Achilles | refer to PT for |
| 320 | playing soccer 7/11/21. | Achilles contusion |
| | O: mild edema and | Naproxen 500 m |
| | slight ecchymosis | BUP 1CP |
| | Achilles | NT A15² B |
| | A: Achilles contusion | |

## Offender Outpatient Progress Notes

Danville Correctional_____ Center (EXHIBIT 4)

**Fracture, Dislocation, Sprains**

| Offender Information: | | | |
|---|---|---|---|
| Wood | Lucas | | ID#: R64297 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | **RN NOTE**    LPN/CMT NOTE | **P) Refer to MD if:** |
| 8-5-21 | | |
| 2:55 | S) – When did the injury occur? 7-11-21 | – Any deformity, severe pain or swelling, discoloration, limited motion, lack of warmth to touch, pulses diminished or absent (symptoms of impaired circulation) |
| | – How did it happen? Soccer | |
| | – Location of injury? got kicked in (R) achilles tendon | |
| | – Any restriction in range of motion? ROM good | **No MD Referral:** – Cold pack PRN for 24 hrs. |
| | – Pain scale 1 -10? 3 sitting 8 – walking | – Splint and elevate extremity – Discuss management of injury with MD on-call if necessary |
| | O)    T 97.5   P 78   R 18   BP 141/87   WT 288.8 | – FIRST GIVE – ibuprofen 200mg 1-2 tabs t.i.d. PRN X 3 dsys (18 tabs) |
| | – Inspection for anatomical alignment | – Acetaminophen 325 mg, 1 – 2 tablets t.i.d. PRN X 3 days (18 tablets)   OR |
| | – Presence of swelling yes mild pitting edema | |
| | – Presence of discoloration greenish – yellow | **Patient Teaching:** – Medication use |
| | – Skin integrity within tact | – Application of cold |
| | – Check for circulatory integrity WNL | – No weight bearing, elevation |
| | | – Crutch walking if applicable |
| | – Capillary refill WNL | – Safety measures |
| | – Distil pulses WNL | – Importance of follow up |
| | – Assess for active ROM WNL | **Follow-Up:** Return to sick call for increased pain, numbness or skin color changes. |
| | | Nurse Signature S. Blenn RN |
| | A) R/O Skeletal Injury | Payment voucher    YES    (NO) |

Printed on Recycled Paper    DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

# EXHIBIT

# #
# 5

JB Pritzker
Governor

Rob Jeffreys
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

July 12, 2022

Jamie Petrie
810 Kimberly Dr., Apt. 104
Dekalb, IL. 60115

**Re:    Freedom of Information Act Request #220627295**

This letter is in response to your request to the Illinois Department of Corrections ("IDOC") pursuant to the Illinois Freedom of Information Act, 5 ILCS 140/1, et seq.

You have submitted the following request:

I request the following documents (or documents containing the following information) be provided to me regarding Jennifer Chacon, Health Care Unit Administrator at the Illinois Department of Corrections:

1. Job title and description

2. Employment responsibilities

3. Employment qualifications

Response:    Responsive records are enclosed. Private information, including social security numbers, dates of birth, home addresses, personal telephone numbers, and signatures have been redacted pursuant to Section 7(1)(b) of the Freedom of Information Act which exempts the release of "Private information, unless disclosure is required by another provision of this Act, a State or federal law or a court order." In addition, personal information, including race has been redacted pursuant to Section 7(1)(c) of the Freedom of Information Act which exempts the release of "Personal information contained within public records, the disclosure of which would constitute a clearly unwarranted invasion of personal privacy..."

4. Employment contract

Response:    IDOC does not maintain or possess records responsive to your request.

You have a right to have the denial of your request reviewed by the Public Access Counselor (PAC) at the Office of the Illinois Attorney General. 5 ILCS 140/9.S(a). You can file your request for review with the PAC to:

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

**CMS** ILLINOIS DEPARTMENT OF
CENTRAL MANAGEMENT SERVICES

CMS-104
POSITION DESCRIPTION

| 1. POSITION TITLE | WORKING TITLE (IF ANY) | BILINGUAL CODE | POSITION TITLE OPTION CODE | 2. POSITION NUMBER |
|---|---|---|---|---|
| EXISTING POSITION | | | | |
| NEW/REVISED POSITION | | | | |
| Public Service Administrator | Health Care Unit Administrator | | 8N | 37015-29-97-210-05-01 |

| 3. AGENCY | 4. BUREAU/DIVISION | 5. EXMT CODE | 6. WORK COUNTY | 7. A/I AUTH | 8. AUDIT | 9. OFFICE USE |
|---|---|---|---|---|---|---|
| EXISTING POSITION | | | | | | |
| NEW/REVISED POSITION | | | | | | |
| Corrections | Danville Correctional Center | 5 | 092 | 1 | R | |

| 10. SECTION | 11. UNIT | 12. TRANSACTION CODE | 13. EFFECTIVE DATE |
|---|---|---|---|
| EXISTING POSITION | | ☐ MA021 ESTABLISH | 11/01/2021 |
| | | ☐ MA022 EXEMPT CODE CHANGE | |
| NEW/REVISED POSITION | | ☐ MC024 POSITION NUMBER CHANGE | |
| Programs | Health Care Unit | ☒ MC026 CLARIFY | |

| 14. WORK LOCATION | 15. BARGAINING/TERM CODE | RUTAN EXEMPT | |
|---|---|---|---|
| | | | ☐ MC027 ADDITIONAL IDENTICAL CHANGE |
| | | | ☐ MC028 WORK COUNTY CHANGE |
| EXISTING POSITION | | | ☐ MD021 ABOLISH |
| | | | ☐ MC149 DOWNWARD REALLOCATION |
| NEW/REVISED POSITION | | N | ☐ MC150 LATERAL REALLOCATION |
| Vermillion County | | | ☐ MC158 UPWARD REALLOCATION |

**CMS** ILLINOIS DEPARTMENT OF
CENTRAL MANAGEMENT SERVICES

CMS-104
POSITION DESCRIPTION

| % OF TIME | 16. COMPLETE CURRENT AND ACCURATE STATEMENT OF POSITION ESSENTIAL FUNCTIONS |
|---|---|
| 30% | 1. Under administrative direction of the Assistant Warden of Programs (Senior Public Service Administrator) manages and directs all the various daily operations of the Health Care Unit on a twenty-four (24) hour/seven (7) days a week basis.<br><br>• Ensures staffing levels are adequate for daily operational needs and patient care.<br>• Organizes and coordinates patient care assignments.<br>• Develops and coordinates nursing, dental, and all Health Care Unit functions through subordinate supervisors as needed.<br>• Monitors staff functions to ensure that patient care and services comply with medical, professional, Nurse Practice Acts, departmental directives and facility policies and procedures.<br>• Monitors health care services provided to individuals in custody at off-site health care facilities.<br>• Confers with and recommends to Assistant Warden of Programs as to matters of institutional medical and treatment policies.<br>• Remains up-to-date and in compliance with American Correctional Association, Administrative Directives, Department Rules and Union contracts.<br>• Monitors Corrective Action Plans and follow up plans<br>• Monitors completion of monthly statistical reports and accurate data gathering and reporting for all services provided in the healthcare unit and at off-site providers.<br>• Receives clinical supervision by the (appropriate) Region Health Services Coordinator.<br>• Serves as the Contract Monitor for all contracted health care vendors. |
| 25% | 2. Serves as full line supervisor.<br><br>• Assigns and reviews work.<br>• Provides guidance and training to assigned staff.<br>• Counsels staff regarding work performance.<br>• Reassigns staff to meet day-to-day operating needs. Establishes annual goals and objectives.<br>• Approves time off.<br>• Adjusts first level grievances.<br>• Effectively recommends and imposes discipline, up to and including discharge.<br>• Prepares and signs performance evaluations.<br>• Determines and recommends staffing needs.<br><br>Supervises contractual staff.<br>• Provides guidance and training to contractual staff.<br>• Determines contractual staffing needs to achieve program objectives.<br>• Reviews contractual staff activity reports.<br>• Monitors provisions of contractual agreements to ensure they are adhered to.<br>• Effectively recommends termination or renewal of contract. |
| 10% | 3. Monitors financial operations of the Health Care Unit. |

CMS  ILLINOIS DEPARTMENT OF
CENTRAL MANAGEMENT SERVICES

CMS-104
POSITION DESCRIPTION

| % OF TIME | 16. COMPLETE CURRENT AND ACCURATE STATEMENT OF POSITION ESSENTIAL FUNCTIONS |
|---|---|
| | • Coordinates and processes requisitions for the acquisition and replacement of all therapeutic equipment, materials, supplies and pharmaceuticals for an efficient operation of the Health Care Unit.<br>• Maintains statistical reports of expenses for health services<br>• Confirms maintenance and property control of inventory of supplies and equipment. |
| 15% | 4. Performs unscheduled inspections of the Health Care Unit, monitoring to ensure that the health care environment is conducive for effective treatment.<br><br>• Monitors drug and supply organization.<br>• Monitors and checks tool control for medical instruments and sharps.<br>• Monitors to ensure care environment is conducive for effective patient care<br>• Coordinates activities of health care services to individuals in custody and staff and acts as liaison between activities, health care personnel and administration. |
| 05% | 5. Conducts regularly scheduled staff meetings.<br><br>• Consults with staff, monitoring to ensure personnel and educational development of occupational skills of staff are updated to improve performance and meet standards of care. |
| 05% | 6. Coordinates healthcare with other entities.<br><br>• Works with security staff to promote and maintain security and control over individuals in custody movement into and out of the Healthcare Unit and ensure transportation needs are met.<br>• Coordinates therapeutic diets for patients with the Dietary Unit.<br>• Serves as a liaison between healthcare and other entities including security, off-site providers, nursing, physicians, and mental health. |
| 05% | 7. Monitors all areas of the Healthcare Unit in regard to health, sanitary, and safety conditions and files reports.<br><br>• Documents discrepancies and makes recommendations for correction action.<br>• Completes work orders as indicated. |
| 05% | 8. Performs other duties as required or assigned which are within the scope of the duties enumerated above. |

17. POSITION TITLE AND NUMBER IMMEDIATE SUPERVISOR (Responsible for assigning and reviewing work, preparing, conducting and signing performance evaluations; effectively recommending and imposing disciplinary action and adjusting grievances for the incumbent of this position.)

| | | WORKING TITLE (IF ANY) |
|---|---|---|
| Senior Public Service Administrator | 40070-29-97-210-00-01 | Assistant Warden of Programs |
| Clinical Supervision by: | | |
| Public Service Administrator | 37015-29-03-100-12-02 | Health Services Coordinator |

**CMS** ILLINOIS DEPARTMENT OF
CENTRAL MANAGEMENT SERVICES

CMS-104
POSITION DESCRIPTION

---

18. CHECK THE APPROPRIATE BOX IF THIS POSITION IS A:

☒ Supervisor    ☐ Lead Worker

NOTE: Supervisory or lead worker responsibilities must be described in a detailed duty statement(s) with a time percentage(s) allotted. If a box was checked above, list position title, position number, and number of subordinate incumbents or authorized funded headcount.

| Position Title | Position Number | No. of Incumbents or Funded Vacancies |
|---|---|---|
| Office Coordinator | 30025-29-97-210-05-01 | 1 |
| Contractual Health Care Staff | | As assigned |

19. SPECIALIZED KNOWLEDGES, SKILLS, ABILITIES, LICENSURE OR CERTIFICATION NECESSARY FOR THE SUCCESSFUL PERFORMANCE OF THE WORK OF THIS POSITION. NOTE: SINCE THERE ARE NOW SEVERAL OPTIONS OF SKILLS AND ABILITIES AND LICENSURE OR CERTIFICATION IDENTIFIED ON STANDARDS, THE PHRASE "SAME AS SPECIFICATION" CAN NO LONGER BE USED.

Minimum Qualifications

1. Requires knowledge, skill, and mental development equivalent to completion of four (4) years of college.

2. Requires licensure as a Registered Nurse in the State of Illinois.

3. Requires prior experience equivalent to three (3) years of progressively responsible Registered Nursing

experience.

Preferred Qualifications (In Order of Significance)

1. Prefers at least one (1) year of working experience in a correctional setting.

2. Prefers possession of a current Advanced Cardiac Life Support certification.

3. Prefers at least one (1) year of professional healthcare management experience.

4. Prefers at least one (1) year professional experience managing unionized nurses.

5. Prefers at least one (1) year of professional experience interpreting and monitoring healthcare contracts.

6. Prefers completion of Quality Improvement studies.

7. Prefers Bachelor of Science in Nursing or higher.

8. Prefers at least one (1) year of professional experience working with mentally ill patients.

9. Prefers at least one (1) year of experience training Registered Nursing staff.

10. Prefers at least one (1) year working experience with Microsoft Outlook, Excel, PowerPoint, and Word, or similar software products.

**CMS** ILLINOIS DEPARTMENT OF
CENTRAL MANAGEMENT SERVICES

CMS-104
POSITION DESCRIPTION

## 20. CONDITIONS OF EMPLOYMENT

1. Requires current CPR certification.

2. Requires ability to pass the IDOC/IDJJ background check.

3. Requires ability to pass a drug screen. On January 1, 2020, the Cannabis Regulation and Tax Act made it legal for residents over the age of 21 to produce, consume and sell cannabis in Illinois. Please note that although the law has changed, the Department will continue to enforce the Department's zero tolerance Drug Testing policy. The use of unauthorized drugs, including cannabis, by an employee, regardless of the position held is prohibited.

## 21. POSITION POSTING/MARKETING STATEMENT: Information in this statement is NOT intended to be all-encompassing or to address all responsibilities of the position.

This position serves as the Health Care Unit Administrator position for Danville Correctional Center. The incumbent will plan, develop, organize, and manage the overall operations of the health care unit daily. This will include working with state and contractual staff and monitoring the quality of care given to our patients. The Health Care Unit Administrator will also be responsible for the monthly reports, communication with the Office of Health Services, CQI data collection and studies, as well as audit completion. Danville Correctional Center is a medium security adult male institution. The facility has 17 buildings, which encompasses a total of 85 acres. The living units consist of three X-type housing units, one T-type housing unit, one receiving unit, one segregation unit and a 15-bed health care unit. The center houses general population individuals in custody. We invite all qualified applicants to apply for the position of Health Care Unit Administrator.

## 22. ABOUT THE AGENCY/BUREAU/PROGRAM

The Illinois Department of Corrections is a multicultural agency deeply committed to ensuring diversity, equity, and inclusion. This commitment is at the forefront of our operations, hiring, policies and procedures, and training. We recognize the benefit of workplace empowerment, the importance of diversity and fully support an environment where ALL employees are treated fairly, respectfully, and have equal access to opportunities and resources necessary to thrive and contribute to the agency's success. IDOC genuinely values the differences of individuals in our custody and is committed to ensuring a healthy living environment where they feel valued, respected, and included.

Through our commitment to Diversity, Equity, and Inclusion (DEI), we shall establish and uphold agency policies and practices conducive to eliminating all forms of exclusion including, but not limited to, racism, ageism, ableism, sexism, discrimination based on sexual orientation and gender, and religious oppression.

The IDOC team works to serve justice in Illinois and increase public safety by promoting positive change in behavior of individuals in custody, operating successful reentry programs, and reducing victimization.

Employees enjoy excellent benefits, including health, vision, and dental insurance; retirement plan and deferred compensation; state holidays and other benefit time off; tuition reimbursement; and pre-tax benefit programs. The department also offers extensive training and career advancement opportunities.

The Illinois Department of Corrections is proud to be an Equal Opportunity Employer.

CMS  ILLINOIS DEPARTMENT OF
     CENTRAL MANAGEMENT SERVICES

CMS-104
POSITION DESCRIPTION

| DIRECTOR OF CMS SIGNATURE | IMMEDIATE SUPERVISOR SIGNATURE | AGENCY HEAD SIGNATURE | DATE |
|---|---|---|---|
| 12/7/2021 | | | 11/15/2021 |



# #

# 6

**Fisher, DeAnna**

| | |
|---|---|
| **From:** | Fisher, DeAnna |
| **Sent:** | Wednesday, August 25, 2021 9:26 AM |
| **To:** | Chacon, Jennifer |
| **Subject:** | EGRV #6432 (Wood, Lucas) |

Good Morning Ms. Chacon,

I am reviewing EGRV #6432 for Grievant Wood. I have a couple of questions/concerns about this grievance that I would like to ask. Can you tell me how many times Wood requested NSC from 07/11/21-08/05/21? I see that he had 2 cancelled appointments that were due to "Time Constraint", can you explain what that issue might have been? Was the patients pain/injury evaluated at all prior to cancelling his appointments to see someone for the injury? I appreciate you time and I will wait for a response before moving further with this EGRV. Thanks.

*DeAnna (Fisher) Kink*
*Executive I*
*Administrative Review Board/IDOC*
*217-558-2200 ext. 2030*

1

**IDOC 000072**

**To:** Fisher, DeAnna <DeAnna.Fisher@illinois.gov>
**Subject:** RE: EGRV #6432 (Wood, Lucas)

Can you please send me his IDOC number?
Thanks,

*Jennifer Chacon, BA, RN*
Health Care Unit Administrator
Danville Correctional Center
(217) 446-0441, ext 341
jennifer.chacon@illinois.gov

State of Illinois - CONFIDENTIALITY NOTICE: The information contained in this communication is
confidential, may be attorney-client privileged or attorney work product, may constitute inside information
or internal deliberative staff communication, and is intended only for the use of the addressee.
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this communication in error, please notify the sender
immediately by return e-mail and destroy this communication and all copies thereof, including all
attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work
product privilege, or any other exemption from disclosure.

**From:** Fisher, DeAnna <DeAnna.Fisher@illinois.gov>
**Sent:** Wednesday, August 25, 2021 9:26 AM
**To:** Chacon, Jennifer <Jennifer.Chacon@Illinois.gov>
**Subject:** EGRV #6432 (Wood, Lucas)

Good Morning Ms. Chacon,

I am reviewing EGRV #6432 for Grievant Wood. I have a couple of questions/concerns about this grievance that I would
like to ask. Can you tell me how many times Wood requested NSC from 07/11/21-08/05/21? I see that he had 2
cancelled appointments that were due to "Time Constraint", can you explain what that issue might have been? Was the
patients pain/injury evaluated at all prior to cancelling his appointments to see someone for the injury? I appreciate you
time and I will wait for a response before moving further with this EGRV. Thanks.

*DeAnna (Fisher) Kink*
*Executive I*
*Administrative Review Board/IDOC*
*217-558-2200 ext. 2030*

State of Illinois - CONFIDENTIALITY NOTICE: The information contained in this communication is confidential, may be
attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff
communication, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in
error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof,
including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work
product privilege, or any other exemption from disclosure.

2

**IDOC 000071**

**Fisher, DeAnna**

| | |
|---|---|
| **From:** | Chacon, Jennifer |
| **Sent:** | Wednesday, August 25, 2021 2:38 PM |
| **To:** | Fisher, DeAnna |
| **Subject:** | RE: EGRV #6432 (Wood, Lucas) |

Hi,
Mr. Wood requested NSC on 7/29/21, 8/3/21, and 8/5/21. He was seen by the nurse and the medical director on 8/5/21.

At Danville CC, the staffing of the health care unit is in "crisis mode". We are down 4 RNs and 5 LPNs. This makes it difficult to see all the patients who have signed up for NSC. Additionally, due to covid-19 precautions, we do not mix houses in the unit. This has created a NSC backlog, at times. So, "Not seen due to time constraints" means that, by the end of the shift, a patient who signed up for NSC was not seen by any medical staff. The nurses do work with the MD to triage patient requests in the morning in an effort to see the most urgent cases.

Reviewing his chart, Mr. Wood stated that he injured himself playing soccer on 7/11/21. He first signed up for NSC on 7/29/21. There is no documentation that he was seen by medical staff on 7/29/21 or 8/3/21. On 8/5/21, the medical director noted a slight bruise and some mild swelling on the patient's ankle. He ordered acetaminophen and naproxen for pain management (over-the-counter medications). Currently, the patient is scheduled for an ultrasound on 8/31.

Please let me know if you need any more information.
Best,

*Jennifer Chacon, BA, RN*
Health Care Unit Administrator
Danville Correctional Center
(217) 446-0441, ext 341
jennifer.chacon@illinois.gov

State of Illinois - CONFIDENTIALITY NOTICE: The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from disclosure.

**From:** Fisher, DeAnna <DeAnna.Fisher@illinois.gov>
**Sent:** Wednesday, August 25, 2021 9:53 AM
**To:** Chacon, Jennifer <Jennifer.Chacon@Illinois.gov>
**Subject:** RE: EGRV #6432 (Wood, Lucas)

Sure, I usually do that, sorry!   R64297

**From:** Chacon, Jennifer <Jennifer.Chacon@Illinois.gov>
**Sent:** Wednesday, August 25, 2021 9:51 AM

1

DANVILLE CORRECTIONAL
CENTER

Assigned Grievance #/Institution: Danville C.C.

Housing Unit: _____

JUL 23 2021

1st Lvl rec:

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec:

my whole foot/calf is swolen and sore, and
limping bad, and STILL have not been seen today is
7-27-21. And I still have not been seen. And something
is really wrong. Im supposed to see a nurse 3 times.
in 30 days to see a Dacter. How am I supposed to
do that when I've been trying to see a nurse for
12 days and STILL haven't been seen.
Something is wrong and I need help!

IDOC 000083

Page 2 of 2

# EXHIBIT

# #

# 8

# Woods, Lucas R

Commit 5/27/2021        Provider: Curtis, John, PT (Physical Therapy)
Physical Therapy Danville    Primary diagnosis: Injury of right Achilles tendon, initial encounter
                            Responsi/pub: PT  Referred by: Ek, Jonathan R, MD

# Progress Notes

Curtis, John, PT (Physical Therapist)  • Physical Therapy  • Encounter Date: 8/27/2021  • Signed

## OUTPATIENT PHYSICAL THERAPY EVALUATION
## CARLE THERAPY SERVICES

Patient Name: Lucas R Woods
MRN: 3430541
Evaluation Date: 8/27/2021

Encounter Diagnosis
Name                                                    Primary?
• Injury of right Achilles tendon, initial encounter    Yes

Onset date: 7/11/2021
SOC date: 8/27/2021

### Subjective
History: July 11th pt was playing soccer and was kicked in the back of the leg. Pt has not had imaging performed yet, but MD says there is a small tear in the R achilles tendon. For the first month, medial side of foot and toes were bruised at first although there was no pain. Pt has no pain at rest. When he walks with slower cadence it does not hurt, but when he wants to walk normal speeds it hurts in the R achilles tendon. Pt describes pain as sharp. If pt stands for a period of time, it will begin to swell up. Pt has taking naproxen although it doesn't help. Pt says he goes up stairs but he has to only push through his heels rather than through his toes

Pain 4-5 describes as sharp

Numbness/ tingling Pt denies

Functional Limitations: Walking normal, going up stairs,

Job description/ title: Works as a barber

Job Status: Incarcerated

Patient's personal goal for therapy: Be able to walk normal again

(EXHIBIT 8)



STATE OF ILLINOIS )
)
COUNTY OF Dekalb )

### AFFIDAVIT

I, Elizabeth Lampson being first duly sworn upon oath depose and state the following matters are true and correct made upon personal knowledge and belief, and if called as a witness, I am competent to testify thereto:

I spoke with Lucas Wood on the phone daily, and knew that he was in a lot of pain, and noone seemed to be trying to help him. So on July. 21, 2021, I called Danville Correctional Centers health care administrator (Jennifer Chicone) and told her that Lucas Wood was having a difficult time walking, and was in extreme pain, and needed medical attention.

As time went on, Lucas was still not seen, and was worried that his condition was getting worse. He explained to me that he could hardley walk and his leg and foot were blue and swollen. So on August. 3, 2021, I called Danville Correctional Centers health care administrator AGAIN , and explained to her that Lucas has dropped multiple request slips to be seen regarding this issue, and noone has seen him or tried to help him. I explained to her that he is having a hard time walking and is in a lot of pain and he NEEDED to be seen as soon as possible.

subscribed and sworn before me on the 20th day of October, 2021

Respectfully Submitted

(exhit 9)

NOTARY

OFFICIAL SEAL
STEPHANIE WEINBERGER
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires March 13, 2024

EXHIBIT

#

11

# Declaration under Penalty of Perjury of John Hudson

John Hudson, Being competent to make this declaration and having personal knowledge of the matters stated therein, declares pursuant to 28 U.S.C. § 1746:

1) On or about 9-15-21, while sharing a medical cell with Mr. Wood, I heard Mr. Wood and Dr. Jonathan Ek talking about the pain in Mr. Wood's achilles tendon.

2) On or about 9-15-21, I heard Mr. Wood tell Dr. EK that his current medication was not helping relieve his pain. Dr. EK explained to Mr. Wood that there was nothing more he could do for him.

3) On or about 10-6-21, I heard Mr. Wood explain to a nurse that he was still in pain, and tylenol and Ibuprofen

(EXHIBIT 1)

were not helping to relieve his pain.
this nurse later brought mr. wood more
Ibuprophen.

4) on many occasions, I have heard
mr. wood explain to medical staff that
he was in pain, and most pleas went
ignored.

Pursuant to 28 U.S.C. $ 1746, I
declare under penalty of perjury that
the foregoing is true and correct.

Executed on  1-4-2022

s/ John Hudson
John Hudson

(EXHIBIT 11)

# EXHIBIT

# #

# 12

State of Illinois
County of Vermilion } ss

## AFFIDAVIT

I Robert Nixon Jr. , being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto:

I have shared a medical cell with Lucas Wood for a few month now. I see mr. Wood walk on a very regular basis. Just seeing him walk/limp, I can clearly see that he has a serious medical problem. Anytime he is not in his wheel chair, he walks with a very noticable limp. I have heard mr. Wood complain that it hurts him to walk.

I have also heard Mr Wood inform Dr. EK that The tylenol and neproxin he recieves does not relieve his pain.

Affiant

Subscribed and sworn before me
This 12th day of January 2022

Notary Public

OFFICIAL SEAL
RYAN RUSS...N
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/16/23

OFFICIAL SEAL
RYAN RUSS...N
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/16/23

(EXHIBIT 12)

# EXHIBIT

# #

# 13

State of Illinois
County of Vermilion } ss

## AFFIDAVIT

I <u>Lucas Wood</u>, being first duly Sworn under
oath depose and state that the foregoing is
true and correct and made upon my
personal knowledge and I am competent to
testify thereto:

It took three weeks of me writing request slips,
talking to Srg.'s and wardens, having loved
ones call the health care administrator and
writing grievances to be seen for my serious
medical condition.

When I did finialy see Dr. Ek, and showed
him my foot and toes were purple, he explained
that my foot was blue from blood coming from
my achilles tendon was causing my foot and
toes to change colors. He informed me that I
probably had a "small tear" in my achilles
tendon.

It was clear that I was in pain and had
difficulty walking or climbing stairs. Dr. EK
documented that while walking my pain was
a 8. Dr. EK showed deliberate indifference
by not providing me with crutches or a
wheel chair as a simple remedy to
aleviate my pain. Dr. EK knew I was in

pain and still continued to make me walk unasisted to meals, showers, and to my cell on the second floor for nearly another month.

I have told Dr. Ek and multiple other Wexford Health Sources inc., employees that Tylenol, neproxin and muscle rub do not help relieve my pain to no Avail.

/s/ _____
Affiant

Subscribed and Sworn before me
this 14 day of January 2022

_____
Notary Public

OFFICIAL SEAL
RYAN RUSSIN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/16/23

EXHIBIT

#

14

Declaration under Penalty of Perjury of

Hezekiah Jackson

Hezekiah Jackson, being competent to make
this declaration and having personal
knowledge of the matters stated therein,
declares pursuant to 28 U.S.C. § 1746:

1) I am NOT a doctor or a medical
proffesional, but I can clearly see just
by seeing mr. wood walk, that he hes
a serious medical condition, and is in
pain when he walks/limps.

2) I am NOT a doctor or a medical
proffesional, but it is obvious to me
that Lucas wood needs crutches or a
wheel chair to avoid limping in pain.

pursuant to 28 U.S.C. § 1746, I declare
under Penalty of perjury that the
foregoing is true and correct. Executed
on January 2, 2022

/s/ Hezekiah Jackson

(EXHIBIT 14)

# EXHIBIT

# #

# 15

STATE OF ILLINOIS )
) SS.
COUNTY OF Vermilion )

### AFFIDAVIT

I, Hezekiah Jackson , being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

On 12-22-21, I listened to Lucas Wood, my cell mate, And Dr. Jonathan Ek talk about Mr. Wood's pain in his leg. Mr. Wood Told Dr. Ek that tylenol and Neproxin are not helping him. I've heard Mr. Wood tell this to Ek and other nurses a few times over the past few months. Dr. Ek recomended muscle rub. Mr. wood explained he has a completely torn achilles tendon, And he thought muscle rub was for muscles and joint pain. Dr. Ek told Mr. Wood that was all he was going to do for him, that he "will have to ride it out untill his surgery.

SUBSCRIBED AND SWORN TO BEFORE ME
This 22rd day of December 2021 .

Notary Public

Affiant

OFFICIAL SEAL
RYAN RUSSMAN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/16/23

(EXHIBIT 15)

# EXHIBIT

# #16



MAYO
CLINIC

# Achilles tendon rupture

## Diagnosis

During the physical exam, your doctor will inspect your lower leg for tenderness and swelling. Your doctor might be able to feel a gap in your tendon if it has ruptured completely.

The doctor might ask you to kneel on a chair or lie on your stomach with your feet hanging over the end of the exam table. He or she might then squeeze your calf muscle to see if your foot will automatically flex. If it doesn't, you probably have ruptured your Achilles tendon.

If there's a question about the extent of your Achilles tendon injury — whether it's completely or only partially ruptured — your doctor might order an ultrasound or MRI scan. These painless procedures create images of the tissues of your body.

## Treatment

Treatment for a ruptured Achilles tendon often depends on your age, activity level and the severity of your injury. In general, younger and more active people, particularly athletes, tend to choose surgery to repair a completely ruptured Achilles tendon, while older people are more likely to opt for nonsurgical treatment.

Recent studies, however, have shown fairly equal effectiveness of both surgical and nonsurgical management.

### Nonsurgical treatment

This approach typically involves:

- Resting the tendon by using crutches
- Applying ice to the area
- Taking over-the-counter pain relievers
- Keeping the ankle from moving for the first few weeks, usually with a walking boot with heel wedges or a cast, with the foot flexed down

Nonoperative treatment avoids the risks associated with surgery, such as infection.

However, a nonsurgical approach might increase your chances of re-rupture and recovery can t longer, although recent studies indicate favorable outcomes in people treated nonsurgically i

EXHIBIT

\#17

 **Cleveland Clinic**

# Achilles Tendon Rupture

OVERVIEW  |  SYMPTOMS AND CAUSES  |  DIAGNOSIS AND TESTS  |  MANAGEMENT AND TREATMENT  |  PREVENTION  |  OUTLOOK / PROGNOSIS  |  LIVING WITH

## What is an Achilles tendon rupture?

The Achilles tendon attaches the calf muscle to the heel bone. This thick band of tissue is very strong. In fact the Achilles tendon is the largest and strongest tendon in the body. The Achilles tendon gives your leg strength to walk, run and jump.

An Achilles tendon rupture is a full or partial tear of the Achilles tendon. This acute (sudden) injury occurs when the tendon stretches to its breaking point. It happens most frequently while playing sports. Tripping, falling or twisting your ankle can also cause an Achilles tear.

## How common are ruptured Achilles tendons?

Achilles tendon ruptures are very common sports injuries. They occur most frequently in people ages 30 to 40 and are more common in men than in women.

People who are "weekend warriors" (usually adults who don't train regularly, then exercise at a high intensity) are more likely to tear an Achilles tendon than younger, well-trained athletes.

# Symptoms and Causes

## What causes an Achilles tendon rupture?

9500 Euclid Avenue, Cleveland, Ohio 44195  |  800.223.2273  |  ©2022 Cleveland Clinic. All Rights Res...

exhibit#17
page#52

Sudden movement that puts stress on the Achilles tendon can lead to a rupture. Typically, people tear the Achilles tendon while playing sports. The biggest culprits are sports with sudden stops, starts and pivots — such as soccer, football, basketball, tennis or squash. Achilles tendon tears aren't always a sports injury. You can tear your Achilles tendon by tripping, missing a step when going downstairs or accidentally stepping into a hole and twisting your ankle. Some medications — including certain antibiotics and steroid injections in the area — can weaken the Achilles tendon. This can put you at a higher risk for a tear.

## What are the symptoms of a torn Achilles tendon?

The classic sign of a ruptured Achilles tendon is feeling (and sometimes hearing) a pop or snap at the back of your ankle. People often mistakenly think something has hit them, but they're actually feeling the tendon snap.

Other common symptoms include:

- Sharp, sudden pain in the back of the ankle near the heel.
- Swelling and bruising in the back of the ankle.
- Pain when walking, especially upstairs or uphill.
- Tenderness in the spot where the tendon is torn.

## What are the complications of an Achilles tendon rupture?

A torn Achilles tendon is a traumatic injury that requires medical attention. Without treatment, an Achilles tendon rupture may not heal properly. This can increase your risk of rupturing it again.

# Diagnosis and Tests

## How is a ruptured Achilles tendon diagnosed?

Your healthcare provider will physically examine your foot and ankle. They'll check your ability to move it in various directions and see how you react to pressure on the area. They will also feel for a

9500 Euclid Avenue. Cleveland, Ohio 44195 | 800.223.2273 | ©2022 Cleveland Clinic. All Rights Reserved.

exhibit#17          page#53

gap in the tendon that suggests it's torn.

Your provider may also use imaging tests — such as <u>ultrasound</u> or <u>MRI</u> — to determine the extent of the Achilles tear.

# Management and Treatment

## How is a ruptured Achilles tendon treated?

Even before you seek medical help, you can reduce pain and swelling to the injured tendon by following the RICE (Rest, Ice, Compression, Elevation) method:

- Rest, by staying off the injured leg.
- Apply ice to the injured area.
- Wrap your ankle to compress the injured area and prevent more swelling.
- Elevate your leg at or above the level of your heart to reduce swelling.

Full healing of a torn Achilles tendon typically takes about four to six months. Medical treatment for a ruptured Achilles tendon may include:

- **Brace or walking cast:** Nonsurgical treatment for a torn Achilles tendon requires immobilizing the injured foot and ankle. Your provider will place your foot, ankle and calf in a brace or walking cast. Your foot and ankle flex downward so that the Achilles tendon can heal.
- **Surgery:** Most providers recommend surgical repair of a torn Achilles tendon in people who are active and middle-aged or younger. During surgery, a surgeon stitches the two ends of the torn tendon back together. After surgery, you'll need a cast on your lower leg to immobilize the tendon while it heals.
- **Physical therapy:** You will need physical therapy to regain strength and mobility in your Achilles tendon, whether or not you had surgery.

# Prevention

9500 Euclid Avenue, Cleveland, Ohio 44195 | 800.223.2273 | © 2022 Cleveland Clinic. All Rights Reserved

exhibit#17          page#54

# EXHIBIT

# #18

Lucas Wood   )
     V   )  Case no. 21-cv-2254-JES
Jonathan Ek,   )
 et al,   )

<u>complaint</u>

<u>Plaintiffs Affidavit</u>

I, Lucas Wood, swear under the penalty of perjury
that the following information is true and correct
to the best of my knowledge and recolection

(1) On July.11,2021, just after injuring my ankle, an unknown prison
quard in my housing unit refused to call the HCU about my injury and instead
told me to submit a NSC (nurse sick call) request slip.

(2) On July.15,2021,upon recognizing my condition was not improving,
I submitted a request slip for NSC. After not being seen, I put in additional
requests for NSC on July.21, July.23, July,27, August.2, August.3,2021.

(3) From mid-July to September.3,2021, I was required to walk unaided
to the chow hall for meals, climb stairs to get to my cell, and all other
daily activities.

(4) From July.15,2021 to January.26,2022, I continually submitted request
slips complaining of sever pain and inadequate pain medication.

(5) On July.21,2021, an unknown wexford nurse refused to treat my
achilles injury saying they were short staffed and the only thing she could
do was administer my scheduled TB test.

(6) On July.23,2021, the same unknown wexford nurse was result checking
my TB test when I showed her my swollen discolored foot and pleaded for help.
This nurse disregarded my pleas and told me I would have to put in for NSC
in orded to be treated. When i said I had already done that she ignored me.

(7) On August.5,2021, Dr.Ek explained to me that I had a tear in my achilles tendon which allowed blood to accumulate causing my foot/toes to change colors.

(8) On August.5,2021, I asked Dr.Ek for a pair of crutches and was denied.

(9) On August.5,2021, I asked Dr.Ek for a "lay-in" and was denied.

A"lay-in" is an order from the HCU to security that a prisoner shall have no movement(call passes,work assignments,etc. )with all meals being brought to the prisoner in his cell.

(10) On August.27,2021 , Physical therapist John Curtis indicated he was aware of a tear in my achilles tendon. Curtis performed stretching excercises on the achilles. I was in extreme pain and the therapy session undoubtedly made my condition worse.

(11) On September.3,2021 , NP Justin informed me that my continued walking and physical therapy stretching would worsen my achilles injury.

(12) On September.24,2021, Dr. Maker told me I should have been brought to him sooner and that the delay in consultation likely made my condition worse.

(13) On October.15,2021, Dr. Maker explained to me that due to the delay and continued stretching, he would NOT be able to simply re-attach tha achilles tendon but would need to perform a tendon transfer surgery.

(14) On December.22,2021 , Dr.Ek refused to change my pain medication and instead gave me some muscle rub cream saying I would have to "ride it out" until surgery.

(15)I learned most about Wexfords' inadequate treatment of prisoners and systematic problems with cost saving measures, short staffing, delays in the sick call request process, colegial review, as well as deficient medical training and record keeping, by reviewing public records located in: Report of the 2nd court appointed expert of October 2018

Lippert V. Godinez 1:10-cv-04603 page ID# 11432
Health care monitor 3rd report February.15,2021

Lippert V. Jeffreys Page ID# 18874

(16) I have read the attached complaint and declare the contents to be a true and accurate recitation of fact, including the allegations of deliberate indifference.

(ii)

pursuant to 28 U.S.C. §1746, I declare
under the penalty of perjury that the
aforementioned is true and correct.

NOTARY PUBLIC

OFFICIAL SEAL
RYAN RUS   N
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/16/23

AFFIANT

Date: 5-24-22

Lucas wood
R64297
Danvill c.c.
3820 E. Main St.
Danville, IL. 61834

(iii)