Lucas Wood
R64297
Big Muddy River C.C.
251 N. IL. HWY.37
Ina, IL. 62846

FILED

NOV - 4 2024

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CLERK OF THE COURT
100 N.E. Monroe St.
Peoria, IL. 61602
    Oct.29,2024

RE: Scheduling order/ Status      21-CV-2254


CLERK OF THE COURT
   I was recently transfered from another prison. During my move, I seemed to have lost my scheduling order. I would greatly appreciate it if you could send me a copy of the scheduling order for this case.

   Also, my defendants and I have all filed multiple motions over the past five months or so. Hon. James E. Shadid has not ruled on any of them. I am concerned about this. I am a pro se inmate and unsure what to do or if im doing something wrong.

          Respectfully sent,
                                    /s/ Lucas Wood
                                    _____
                                    Lucas Wood

```
Lucas Wood R64297
251 N. Il. HWY. 37
Ina, IL. 62846
```

THIS CORRESPONDENCE
IS FROM AN INMATE OF IDOC



```
US POSTAGE IM PITNEY BOWES

ZIP 62846   $ 000.69⁰
02 4W
0000379096 OCT. 30 2024
```

UNITED STATES DISTRICT COURT
100 N. E. Monroe St.
Peoria, IL. 61602

Legal

61602$1003 C005