050051/21723/JNR/JCS

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| LUCAS WOOD,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DR. JONATHAN EK, WEXFORD HEALTH SOURCES, INC., JENNIFER CHICONE, CARLE PHYSICAL THERAPY, JOHN CURTIS, AND UNKNOWN EMPLOYEES OF WEXFORD,<br><br>　　　　　Defendants. | Case Number 21-cv-2254<br><br>Judge James E. Shadid |

### THIRD MOTION FOR EXTENSION OF TIME

　　　　NOW COME the Defendants, DR. JONATHAN EK, WEXFORD HEALTH SOURCES, INC., ELICIA PEARSON and KITWANA GRANT by and through their attorney, Joy C. Syrcle of CASSIDAY SCHADE LLP, and pursuant to Federal Rule of Civil Procedure 6(b), hereby for their Third Motion for Extension of Time, state as follows:

　　　　1.　　The dispositive motion deadline previously set by the Court was September 9, 2024. [Text Order dated August 14, 2023]. Defendants have filed two Motions for Extension of Time [Doc 159 and 162], requesting an extension of time to file their dispositive motions to November 8, 2024. Those Motions remain pending.

　　　　2.　　As Defendants have mentioned in prior filings, Defendants obtained recordings of Plaintiff's phone calls from the relevant time pursuant to subpoena to the IDOC. Some of the calls are relevant to Defendants' defense of Plaintiff's claims in this case and Defendants intend to utilize the call recordings in motions to be filed with this Court. Plaintiff has argued he would

be prejudiced by use of recordings he cannot personally listen to due to his incarceration. There have been logistic difficulties with providing Plaintiff access to the call recordings.

3.  As of this filing, a copy of the relevant calls has been sent to staff at Big Muddy to be played for Plaintiff along with copies of a transcription of the calls, prepared by staff at the undersigned's firm.

4.  Defendants are preparing a motion for sanctions based on the contents of the calls as compared to Plaintiff's allegations and deposition testimony. Defendants anticipate filing the motion for sanctions on November 11, 2021, and would expect Plaintiff to have had the opportunity to listen to the calls by his deadline to respond to the Motion for Sanctions.

5.  The outcome of the Motion for Sanctions could impact the scope necessary for a motion for summary judgment. As such, Defendants request that the deadline for filing of dispositive motions be extended to 14 days after ruling on the Motion for Sanctions. Alternatively, Defendants request the dispositive motion deadline be extended by 21 days, up to and including November 29, 2024.

6.  Defendants make this request in good faith and not for the purpose of delay.

WHEREFORE, for the above reasons, Defendants, DR. JONATHAN EK, WEXFORD HEALTH SOURCES, INC. and ELICIA PEARSON respectfully request this Honorable Court extend their deadline for filing dispositive motions to 14 days after ruling on the Motion for Sanctions or, alternatively, to November 29, 2024, and grant such further relief deemed appropriate.

Respectfully submitted,

CASSIDAY SCHADE LLP

By:   /s/ Joy C. Syrcle
     One of the Attorneys for Defendants, DR.
     JONATHAN EK, WEXFORD HEALTH
     SOURCES, INC., ELICIA PEARSON and
     KITWANA GRANT

Joy C. Syrcle
ARDC No. 6302066
CASSIDAY SCHADE LLP
2040 West Iles Avenue, Suite B
Springfield, IL 62704
(217) 572-1714
(217) 572-1613 (Fax)
jsyrcle@cassiday.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.  The electronic case filing system sent a "Notice of E-Filing" to the following:

Paul O. Watkiss
Assistant Attorney General
Office of the Illinois Attorney General
115 S. LaSalle Street, Suite 2800
Chicago, Illinois 60603
Paul.watkiss@ilag.gov

and I hereby certify that a true and correct copy of the foregoing was served via regular mail to the following non-CM-ECF participant at the following address by depositing the same in the U.S. mail located in Springfield, Illinois, with proper postage prepaid, on November 8, 2024.  Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct:

PRO SE
Lucas Wood (R64297)
Big Muddy Correctional Center
251 North Illinois Highway 37
Ina, IL 62846

/s/ Joy C. Syrcle

13033674