41

1  Q. Okay. So, are you just looking at your
2  Complaint to get her name?
3  A. No.
4  Q. Okay. You said -- you just testified you
5  only remember because it's in the Complaint,
6  right?
7  A. I only remember her name, but I remember
8  the conversation.
9  Q. Okay. When did you first ask someone to
10 be seen for -- at Healthcare?
11 A. July 11th.
12 Q. Where did that happen?
13 A. When I was coming in off the yard I had
14 two buddies, I had my hand over each of their
15 shoulders walking in, and the CO that was
16 counting us coming in, the count to see that the
17 same amount people came in that left, I told him
18 that I really messed up my leg and if he could
19 call me over to Healthcare. And he told me no,
20 to sign up for nurse sick call.
21 Q. Who were the two buddies?
22 A. One's name was Rusty, and the other
23 one -- I forgot his name.
24 Q. Do you remember anything about him?

42

1  A. He was tall. Probably forties.
2  Q. White? Black?
3  A. White.
4  Q. Do you remember Rusty's last name?
5  A. I don't. He went home shortly after
6  that.
7  Q. Anything about the officer that you
8  talked to coming in off the yard?
9  A. I do not remember.
10 Q. Do you know his name?
11 A. No.
12 Q. No description?
13 A. He was white.
14 Q. You had been -- prior to the incident on
15 July 11, in June you had like a spider bite on
16 your arm, right?
17 A. Correct.
18 Q. And Dr. Ek sent you out to the emergency
19 room, right?
20 A. I don't know if it was him or not, but
21 somebody sent me out, yeah.
22 Q. Okay. If the records show the order was
23 from Dr. Ek, you don't have any reason to -- any
24 knowledge to dispute that, right?

43

1  A. No.
2  Q. And after you came back you were admitted
3  to the Infirmary, right?
4  A. Yes.
5  Q. And remained in the Infirmary from
6  June 9th to June 23rd, is that correct?
7  A. Yeah. They had to repack my hand every
8  day.
9  Q. Okay. Dr. Ek, we had already talked
10 about Dr. Ek had given you a low bunk permit for
11 a seizure disorder, right?
12 A. Yeah.
13 Q. What's the chuckle?
14 A. I mean, it would be a low blow if he
15 wouldn't give me one for seizures.
16 Q. Okay. So, had you had seizures since
17 coming to Danville?
18 A. Yes.
19 Q. When did you have a seizure?
20 A. I have probably three a month.
21 Q. Are you still having seizures?
22 A. Yes.
23 Q. When was the last seizure?
24 A. A couple days ago.

44

1  Q. So, do you recall having seizures in like
2  July and August of 2021?
3  A. I mean, I'm sure I did. I have them very
4  regularly.
5  Q. Can you describe for me what you
6  experience when you have a seizure?
7  A. I usually have mine in my sleep. And
8  they are called -- I forget what they call them.
9  Like micro seizures or something. I don't
10 remember what it's called. But when I sleep or I
11 am falling asleep I have mini seizures.
12 Q. Okay. Do you -- so, when you say a mini
13 seizure, is it like your muscles seize up?
14 A. Yes.
15 Q. Do you lose consciousness?
16 A. Yes.
17 Q. Have you fallen?
18 A. No.
19 Q. Does it only happen when you are laying
20 in bed?
21 A. It happens while I'm falling asleep and
22 when I fall asleep.
23 Q. Have you ever hit your head?
24 A. Yes.

45

1  Q.  Ever come out of seizures with bruises or
2  marks that you have hit yourself on the bed or
3  the wall?
4  A.  Yes.
5  Q.  When was the last time that happened?
6  A.  I have got bruises now.
7  Q.  Are they from seizures?
8  A.  Yes.
9  Q.  Okay. Do you -- when you come out of the
10 seizure do you have any recollection of what
11 occurred during the seizure? Are you cognizant
12 of it?
13 A.  I know what happened but like I don't
14 like know what happened. I can just -- it's to
15 the point I have been doing this my whole life
16 where I can go right back to sleep. I am just
17 groggy and feel foggy. I took medications for it
18 for years, but I haven't taken meds in probably
19 since 2016.
20 Q.  Okay. So, did you choose to not take
21 meds for it?
22 A.  Yes.
23 Q.  Why is that?
24 A.  The older I got -- I mean, now I only

46

1  have them in my sleep. Like, I can deal with
2  that.
3  Q.  Okay. So, you don't have any specific
4  recollection of having a seizure during the time
5  frame of July and August 2021 but you think you
6  probably did, is that right?
7  A.  Yeah.
8  Q.  So, we started talking about your injury
9  but I want to back up and can you tell me exactly
10 what happened on July 11, 2021 that resulted in
11 your ankle injury?
12 A.  I was playing soccer. I got kicked in
13 the back of my leg. And I fell like a sack of
14 rocks and had trouble getting up. And I just
15 laid on the side of the soccer field until it was
16 time to go inside. And my buddies helped carry
17 me in. And I asked the CO if I could go to
18 Healthcare, and he told me to put in for nurse
19 sick call. And that was that.
20 Q.  Okay. What did it feel like when you
21 said you went down like a sack of rocks?
22     Can you describe the feeling when you got
23 kicked?
24 A.  Felt like a rubber band snapped in my

47

1  leg. I mean, it hurt. It hurt.
2  Q.  When you are laying on the ground, did
3  anybody try to get the attention of security
4  staff to say hey, he needs help?
5  A.  There's not really security staff walking
6  around in the yard.
7  Q.  Are they -- there's security staff
8  somewhere in the yard, right?
9  A.  I think they are in a little shack. Is
10 there a shack on their yard? I think there's a
11 shack. But no, no one went and got them, no.
12 Q.  Okay. Did you ask anybody to go get
13 help?
14 A.  No. It was almost -- I knew yard was
15 about to be over with. We were about to go in.
16 Q.  What did your ankle look like?
17 A.  I mean, it was purple and yellow for a
18 month and a half.
19 Q.  Let me back up.
20     So, the day it happened did it turn
21 purple immediately?
22 A.  Yeah. Even my toes. Even my toes turned
23 purple.
24 Q.  Just like the day it happened?

48

1  A.  I believe so, yes.
2  Q.  Your buddies helped you up and helped
3  you, but are you putting weight on it as you are
4  walking in?
5  A.  No.
6  Q.  So, are you jumping on one foot?
7  A.  I'm using them as crutches.
8  Q.  But even using them as crutches, are you
9  putting that foot down --
10 A.  No.
11 Q.  -- as you walk?
12 A.  No.
13 Q.  Not at all?
14 A.  No.
15 Q.  And then you go back to the housing unit.
16 Do you put in a sick call slip right away?
17 A.  No.
18 Q.  Why not?
19 A.  Well, I know how much of a pain it is to
20 get over there in general because they always --
21 they are always short staffed and they never call
22 people on time. And I know they were just going
23 to give me Tylenol, and I had Tylenol. I thought
24 maybe if it would just get better on its own I

```
                                                    49                                                      51
 1  wouldn't need them.                                    1      A.   Yes.
 2      Q.   You said you heard or felt a pop, right?      2      Q.   Okay.
 3  That like something snapped, is that -- was that       3      A.   I think the next time, if I'm not
 4  your testimony?                                        4  mistaken, would be July 23rd.
 5      A.   Yes.                                          5      Q.   Okay. So, you submit another slip on
 6      Q.   And you thought that that would just get      6  July 23rd. Do you recall anything about your
 7  better on its own?                                     7  activities between July 15th and July 23rd?
 8      A.   I hoped. I can't rely on Danville's           8      A.   Being in pain.
 9  healthcare.                                            9      Q.   Do you recall --
10      Q.   When was the first time that you            10      A.   I had people calling. I went to the
11  submitted a slip for nurse sick call?                11  healthcare Unit and got seen for a TB test and
12      A.   Four days later.                            12  tried to get help then.
13      Q.   So, on July 15th?                           13      Q.   Okay. And the date that you got the TB
14      A.   Correct.                                    14  test was July 21st of 2021, correct?
15      Q.   Did you see Dr. Ek like on the campus of    15      A.   Correct.
16  Danville during that time period?                    16      Q.   Describe that interaction.
17      A.   No.                                         17           First of all, like you are still
18      Q.   So, you didn't ever interact with him,      18  reviewing your Complaint here. Do you have an
19  pass him on yard?                                    19  independent recollection of this visit or are you
20      A.   No.                                         20  just relying on what's in your Complaint?
21      Q.   Did you see any other healthcare staff      21      A.   I remember.
22  during that time period?                             22      Q.   Okay. So, on July 21st, describe for
23      A.   Yes.                                        23  me -- you walked to Healthcare, right?
24      Q.   Who did you see?                            24      A.   Walked to Healthcare.

                                                    50                                                      52
 1      A.   Alicia Pearson.                                1      Q.   Were you weight bearing? Were you able
 2      Q.   During the time period between July 11        2  to put weight down on your right foot?
 3  and July 15th when you submitted the first sick        3      A.   I mean, I had to.
 4  call slip?                                             4      Q.   You didn't have inmates as crutches --
 5      A.   Oh, no.                                       5      A.   No.
 6      Q.   Okay. Do you recall during that time         6      Q.   -- during that walk?
 7  period did you go to yard?                             7      A.   No. My foot was so swollen I couldn't
 8      A.   I don't think so, no.                         8  wear a shoe though. I had a shower shoe on that
 9      Q.   Were you going to chow?                       9  foot.
10      A.   Maybe.                                      10      Q.   Okay. So, you walked to the Healthcare
11      Q.   Were you going to commissary?               11  Unit. And describe for me the interaction with
12      A.   Maybe. I don't know.                        12  Healthcare.
13      Q.   Okay.                                       13           Who do you see?
14      A.   I mean, you go a long time between          14      A.   Alicia Pearson.
15  commissary, so --                                    15      Q.   Did you remember that it was Alicia
16      Q.   So, you put in the slip on July 15. I       16  Pearson?
17  read your Complaint. You said you weren't seen.      17      A.   Yes.
18  When's the next time you submitted a slip?           18      Q.   Your Complaint says unknown nurse, right?
19           You are reviewing your complaint now, is    19      A.   Yes. I didn't know her name.
20  that right?                                          20      Q.   So, how is it that you now say you knew
21      A.   Correct.                                    21  it was Alicia Pearson?
22      Q.   So, you don't have an independent           22      A.   Well, after I got her name, I mean,
23  recollection of this? You are relying on your        23  that's -- the face goes with the name now.
24  allegations in the Complaint, right?                 24      Q.   So, your identification of her is based
```

53

1 on the fact that it's her name in the record or
2 based on the fact that we identified her in this
3 lawsuit?
4   A.   I gave my physical description of her and
5 in discovery you guys told me her name.
6   Q.   So, I mean, I will state to you that our
7 identification is based solely on the medical
8 record.
9        Do you -- so how about this.  You
10 describe for me what she looks like, the nurse
11 that you interacted with on July 21st.
12   A.   Heavyset, blond, glasses.
13   Q.   Older?  Younger?
14   A.   Probably my age.
15   Q.   What was that interaction?  Can you tell
16 me the discussion that happened with that nurse?
17   A.   I mean, there was a whole group of us
18 getting TB shots.  So, I waited my turn.  And
19 they -- we weren't even going all of the way
20 back.  She was just meeting you at the doorway,
21 sticking you, sending you out, like a cattle
22 line.  And when I got up there I was like, hey,
23 my foot is really messed up.  Like you can see
24 it's purple and I can't put a shoe on.  She said

54

1 sign up for nurse sick call.  I said I did sign
2 up for nurse sick call.  She said you will be
3 seen soon then.  We are short staffed.
4   Q.   So, the way you are describing it there's
5 a line of inmates, right?  There's a line of
6 other guys waiting for a TB test, right?
7   A.   (Indicating.)
8   Q.   Did she have any record or any paper in
9 front her when you had this conversation with
10 her?
11   A.   I don't recall.
12   Q.   Did you see anybody else in the
13 Healthcare Unit when you were there other than
14 the other guys waiting for the TB test?
15   A.   I don't recall.
16   Q.   Any other Healthcare staff that you can
17 recall?
18   A.   I mean, I didn't see them but I am sure
19 there was some there.
20   Q.   Did you have a sock on with your shower
21 shoe?
22   A.   No.
23   Q.   She advised you to sign up for sick call,
24 right?

55

1   A.   Yes.
2   Q.   According to your allegation then you
3 were seen two days later on the 23rd?
4        You are reviewing your Complaint to find
5 it, right?
6   A.   Yes.  I'm not seeing it.
7   Q.   So, in your allegations, if you have got
8 your Amended Complaint if you skip to page 22.
9   A.   Okay.
10   Q.   Paragraph 108 B you say:  On July 23rd,
11 2021 Plaintiff was seen by the same unknown nurse
12 to read his TB test.
13        Do you see that?
14   A.   Oh, yeah, yeah, I see it.
15   Q.   So, is it your recollection that you saw
16 Alicia Pearson?  You saw the same nurse, right?
17 That's your allegation?
18   A.   That's my allegation.
19   Q.   And do you have a recollection of seeing
20 the same nurse two days later?
21   A.   I know that the medical records show that
22 Kitwana Grant saw me, but I'm arguing and I know
23 that they are so short staffed there that they do
24 paperwork for each other.

56

1   Q.   So, it's your testimony that you didn't
2 actually see Kitwana Grant, that you actually saw
3 the same nurse, which would be Alicia Pearson?
4 Is that your testimony?
5   A.   Yes.
6   Q.   Why are you suing Kitwana Grant?
7   A.   Her name's on it.  I'm hoping to -- well,
8 discovery is not over.
9   Q.   So, because her name is on a piece of
10 paper, even though you insist that you saw
11 someone different, you are going to pursue a
12 claim against her anyway?
13   A.   Yes.
14   Q.   So, describe for me what you recall about
15 the interaction on July 23rd?
16        Do you have to review your Complaint to
17 recall?
18   A.   Yes.
19   Q.   So, as you sit here today you don't have
20 an independent recollection of that exchange,
21 right?
22   A.   I mean somewhat, but I mean Alicia
23 Pearson has always been dismissive.  It doesn't
24 matter if you are seeing her for nurse sick call

57
1  or TB test, she's just rude and dismissive.
2  Like, she is not a pleasant person.
3      Q.   So, Miss Pearson is just unpleasant, and
4  you don't really have a recollection of your
5  interactions with her in July of 2021 but she's
6  just always rude and dismissive, is that your
7  testimony?
8      A.   No.
9      Q.   Okay. I mean, can you tell me your
10 recollection of your interaction from July 23rd?
11     A.   Both times I saw her I asked her for help
12 and she kicked me to the side and gave me the
13 same spiel, sign up for nurse sick call.
14     Q.   But you don't really have a specific
15 recollection because you needed to review your
16 Complaint, right, to --
17     A.   I wanted to see if there was anything
18 else that I was forgetting.
19     Q.   That's July 23rd. When did you submit
20 your next sick call slip? You have not been seen
21 in sick call yet, correct?
22     A.   Correct.
23     Q.   When did you submit your next slip?
24          You are reviewing your Complaint again,

58
1  right?
2      A.   I am.
3      Q.   So, you don't have a recollection of
4  this, correct?
5      A.   No.
6      Q.   Okay. So, I know what your allegation
7  says in your Complaint. I don't need you to
8  recite that. I am here to find out what you
9  recall and what you remember about these events.
10          You are ultimately seen by a nurse at
11 nurse sick call on August 5th, correct?
12     A.   Correct.
13     Q.   And by Dr. Ek the same day, correct?
14     A.   Correct.
15     Q.   At any point between July 11 and
16 August 5th did you see Dr. Ek anywhere? Like run
17 into him in the Healthcare Unit or on yard?
18     A.   No.
19     Q.   At no point?
20     A.   No.
21     Q.   You didn't participate in any exercise
22 program on the yard?
23     A.   No.
24     Q.   Did you -- you said you probably

59
1  continued to go to chow, right?
2      A.   Right.
3      Q.   And may have gone to commissary, correct?
4      A.   Right.
5      Q.   And if your Trust Fund Ledger shows that
6  you did go to commissary on July 22nd and again
7  on August 18, you would rely on those records to
8  show you walked to commissary, right?
9      A.   Sure.
10     Q.   Describe for me the visit with Dr. Ek on
11 August 5th.
12     A.   I saw the nurse first, and she --
13 normally you have to see a nurse three times to
14 be able to see a doctor. But she saw me and said
15 you need to see Dr. Ek. So, I went into his
16 office. And he told me -- I mean my foot was
17 huge. It was swollen, it was changing colors
18 still. He asked me if I could lean forward
19 against the wall. I told him no. He just looked
20 at it, said yeah, I think you have got a
21 slightly -- what's the words he used? I think
22 you have a small tear in your Achilles. I said,
23 well, you know, like my foot is huge and like my
24 toes are purple. He said, well, that's probably

60
1  from blood leaking out of the tendon getting into
2  your foot and changing the colors. I said, can I
3  get some crutches? He said, I don't think you
4  need any crutches. I said, Doc, I need crutches.
5  I can barely walk. I have been begging to get
6  over here all of this time. He agreed to put me
7  in for physical therapy, and he gave me some
8  Tylenol and maybe Naproxen, and sent me back to
9  the house on the second floor. Wouldn't give me
10 a bottom gallery permit.
11     Q.   You already had the low bunk permit,
12 right?
13     A.   Right.
14     Q.   You said he asked if you could lean
15 forward and touch the wall. Describe what you
16 mean by that.
17     A.   He wanted to know if I could stretch my
18 leg if I leaned forward. Like if I kept my feet
19 flat and try to touch the wall.
20     Q.   Okay. So he was assessing your ankle,
21 right?
22     A.   Yes.
23     Q.   Did he -- he looked at it, right?
24     A.   Right.

61

1  Q. Did he touch it, feel it?
2  A. I don't remember.
3  Q. And referred you for physical therapy and
4  for an ultrasound, right?
5  A. Oh, yeah, ultrasound, yeah.
6  Q. Did you have follow-up visits scheduled
7  in the Healthcare Unit after your visit with
8  Dr. Ek?
9  A. I don't think so, no.
10 Q. If the medical record shows that you had
11 a follow-up visit scheduled with a nurse and said
12 I don't need to see a nurse, I already saw the
13 doctor, would you dispute that that's accurate?
14 A. Yeah. Oh, I know what you are talking
15 about. I know what you are talking about.
16    They finally were catching up to my nurse
17 sick call requests so they called me over, and I
18 was like, oh, I saw the doctor, I have got to
19 wait for my ultrasound.
20 Q. So, you had additional opportunities to
21 see a nurse, right, and said I'm good, I saw the
22 doctor, right?
23 A. I mean, yeah.
24 Q. So, during the time period between seeing

62

1  Dr. Ek and going for the ultrasound or --
2  actually, did somebody come there to do the
3  ultrasound?
4  A. Somebody came there.
5  Q. Okay. So, they do the ultrasound on site
6  there at Danville. Between that time period are
7  you going to yard, between seeing Dr. Ek and
8  getting the ultrasound?
9  A. I don't recall.
10 Q. Were you going to chow?
11 A. Probably.
12 Q. Actually one of the commissary visits
13 that I just listed from August 18, you went to
14 commissary, right?
15 A. Yes.
16 Q. You had the ultrasound. It shows a tear
17 in the tendon, in your Achilles tendon. That
18 ultrasound is on August 31st, correct?
19 A. Yep.
20 Q. And when they -- so the results come back
21 to the facility and you got called over on
22 September 3rd, correct?
23 A. Correct.
24 Q. And you were -- from September 3rd on you

63

1  were admitted to the Infirmary, correct?
2  A. Correct.
3  Q. Dr. Ek ordered non weight-bearing, right?
4  A. Yep.
5  Q. Were you in a splint?
6  A. Yep.
7  Q. Some sort of boot?
8  A. Yep, splint.
9  Q. It was a splint?
10 A. Yep.
11 Q. Describe for me what that looked like.
12 A. It looked like half of a hard cast.
13 Q. Half of a hard cast. So, was the hard
14 part on the heel part of your foot or was the
15 hard part on the top part of your foot?
16 A. The heel part.
17 Q. And then there was straps that went over?
18 A. Like Ace bandage.
19 Q. Okay. How was your foot positioned in
20 the splint?
21 A. 90 degree angle.
22 Q. Okay. But since it's hard it's
23 immobilized, right? You are not able to flex it
24 or straighten it?

64

1  A. Correct.
2  Q. Were you given a wheelchair or crutches
3  at that point?
4  A. Yes.
5  Q. And you had medication, correct? Pain
6  medication?
7  A. Tylenol, Naproxen, yes.
8  Q. And did Dr. Ek refer you to the
9  orthopedist?
10 A. I mean, I know he did. I don't know when
11 he did, but yes, he sent me to an orthopedic.
12 Q. You remained in the Infirmary, you were
13 housed in the Infirmary until after your surgery,
14 right?
15 A. Right.
16 Q. And while you are in the Infirmary do you
17 have access to nursing staff 24/7?
18 A. Yes.
19 Q. Did you get regular visits from Dr. Ek
20 during that time period?
21 A. Saw him a couple of times.
22 Q. Weekly?
23 A. That might be right.
24 Q. Do you recall getting an MRI on

**Page 65**

1  October 7, 2021?
2    A.   Sounds right.
3    Q.   You saw the orthopedist on October 15,
4  2021?
5    A.   Yes.
6    Q.   And ultimately the orthopedist
7  recommended a surgical repair, right?
8    A.   Yes.
9    Q.   And you got the surgical repair in
10  January of 2022, correct?
11    A.   Yes. I had a tendon transfer.
12    Q.   Okay. While you were in the Infirmary
13  you also complained of muscle cramps, right?
14    A.   Yes.
15    Q.   And Dr. Ek -- did Dr. Ek give you
16  something for that?
17    A.   Potassium and -- that might be it. He
18  gave me something, yeah.
19    Q.   Do you remember getting a prescription
20  for Robaxin?
21    A.   Oh, yeah, yeah, Robaxin.
22    Q.   I saw a note December 22nd, 2021 you
23  complained that you threw your back out. Do you
24  recall that?

**Page 66**

1    A.   Yeah.
2    Q.   How did you throw your back out?
3    A.   I was in my wheelchair and I was coming
4  up to a doorjamb, and I grabbed both sides and
5  tried to roll myself through it and out she went.
6    Q.   Dr. Ek gave you a Toradol injection. Do
7  you recall that?
8    A.   Yes.
9    Q.   After the surgery you came back and you
10  remained in the Infirmary, right, for recovery
11  from the surgery?
12    A.   Yep.
13    Q.   Dr. Ek prescribed Norco when you came
14  back, right?
15    A.   Yeah.
16    Q.   And when you complained -- so, the
17  initial prescription was for seven days, and at
18  the end of seven days when you complained that
19  you were still in pain he extended it, is that
20  right? Do you recall that?
21    A.   Yes, yes.
22    Q.   In March you remained in the Infirmary,
23  and then in March you went back to the ortho. Do
24  you recall that?

**Page 67**

1    A.   Yes.
2    Q.   And at that point you were released and
3  discharged from the Infirmary?
4    A.   It might have been even after that. I
5  asked to go back to population.
6    Q.   Why did you ask to go back to population?
7    A.   Healthcare Unit over there is real
8  depressing. A lot of people dying and sick. For
9  my mental health I wanted to get out of there.
10    Q.   Okay. You wouldn't have asked to go back
11  if you didn't think that you were healthy enough,
12  right?
13    A.   I was good enough to go back. I mean, my
14  leg's always going to hurt. It's not going to --
15  it's not like it was when I first did it but I
16  mean --
17    Q.   The orthopedist recommended physical
18  therapy, correct?
19    A.   Correct.
20    Q.   And you went out for physical therapy and
21  were given home exercises. Do you recall that?
22    A.   Yes.
23    Q.   And do you recall what those exercises
24  were?

**Page 68**

1    A.   Mostly rubber band stretches and just toe
2  raises. I still do them.
3    Q.   You do still do them.
4       Did you do them consistently from the
5  time you received the instruction?
6    A.   When I wake up in the morning my leg is
7  so stiff I can't even walk before I do a couple
8  of toe raises and stretch it out. Like to this
9  day I just got put on Lidocaine patches and
10  Voltaren cream because it still causes my
11  trouble. I am going to send that as well when I
12  get those records. They should be getting to me
13  any day.
14    Q.   Okay. So, these would be updated medical
15  records from East Moline?
16    A.   Yes.
17    Q.   So, we have talked -- we talked about how
18  you weren't able to go to yard after -- or you
19  know, really walk after your September -- or
20  excuse me, your July 11th injury. I'm going to
21  share my screen and I am going to mark this as
22  Exhibit 2.
23
24

                                                                69
1              (Whereupon Deposition
2               Exhibit No. 2 was marked
3               for identification.)
4
5   BY MS. SYRCLE:
6       Q.   Can you see an Offender Grievance on your
7   screen?
8       A.   Yes.
9       Q.   This has a date stamp over the top of it,
10  but I think -- did you see -- well first of all,
11  this is Lucas Wood and your IDOC number, is that
12  right?
13      A.   Yes.
14      Q.   The date stamp is July 26 of 2021.  It
15  looks to me like underneath it is your
16  handwritten July 23rd.  Did you see that?
17      A.   Yes.
18      Q.   And is this your handwriting?
19      A.   Yes.
20      Q.   If we scroll down it says:  On July 23rd,
21  2021 at 12:00 p.m. we on 3B were notified that
22  yard will be canceled at 1:00 p.m. due to heat.
23  It is 84 degrees and beautiful outside.  It is
24  not dangerous temperature for us to have yard.

                                                                70
1   If the -- does this say COs?
2       A.   Yes.
3       Q.   Or Sergeants, is that what that says?
4       A.   Yeah.
5       Q.   Don't like to be outside, then they
6   should find another place to work.  We only get
7   two to three recreation times a week, and to
8   cancel it on such a beautiful day is ridiculous.
9            Did I read that correctly?
10      A.   Yeah.
11      Q.   Okay.  So, on July 23rd, you are angry
12  that you are not getting to go to yard, right?
13      A.   Yep.
14      Q.   Okay.  So, we have talked a fair amount
15  about Dr. Ek, and I think at this point we have
16  covered the nurses.
17           You have also sued Wexford Health
18  Sources.  If we look at your Complaint --
19  actually, I will go ahead and mark that as
20  Exhibit 3.
21
22
23
24

                                                                71
1              (Whereupon Deposition
2               Exhibit No. 3 was marked
3               for identification.)
4
5   BY MS. SYRCLE:
6       Q.   I'm going to share my screen.
7            Do you see a document on the screen that
8   is your Amended Complaint filed in this case?
9       A.   Yes.
10      Q.   It was filed November -- the 4th of
11  November in 2022, is that right?
12      A.   Yes.
13      Q.   And during that, on that date you would
14  have been housed in the Infirmary waiting for
15  your follow-up with the orthopedist, right?
16      A.   Yes.
17      Q.   Okay.  If we scroll down, you have got
18  some allegations here.
19      A.   Wait, November?  I think I was already
20  back in population by then.  Of --
21      Q.   Of '22.
22      A.   Yeah.
23      Q.   Good catch.  Sorry.  I had November of
24  '21 in my head when I asked that question.  You

                                                                72
1   are correct.
2            You were -- you had already had your
3   surgery at that point?
4       A.   Yes.
5       Q.   So, at the time you filed this suit you
6   had actually already had the surgery and were
7   back in general population when you filed the
8   Amended Complaint, is that right?
9       A.   Yes.
10      Q.   Thank you for that clarification because
11  I screwed up the year.
12           So, paragraph 85 of your Amended
13  Complaint says:  Based on information and belief,
14  IDOC's contract with Wexford is a flat fee basis
15  and includes financial incentives that encourage
16  Wexford to reduce patient referrals and
17  hospitalization of prisoners in outside
18  facilities.
19           Did I read that correctly?
20      A.   Yes.
21      Q.   Upon what information is that based?
22      A.   Articles that have been done on Wexford
23  and Lippert report.
24      Q.   Do you think somewhere in the Lippert

73

1  report it says that the Wexford contract is a
2  flat fee?
3      A.   I don't know.
4      Q.   Anything else?
5      A.   No.
6      Q.   You say in paragraph 88: Based on
7  information and belief, Wexford implemented cost
8  saving policies of collegial review of referrals,
9  delaying or failing to refer prisoners to outside
10 specialists and diagnostic evaluations,
11 understaffing, inadequate medical training, and
12 failure to respond to sick call requests and
13 grievances.
14          Did I read that correctly?
15     A.   Yes.
16     Q.   Do you have any evidence that any of your
17 referrals went through collegial review?
18     A.   I'm not sure.
19     Q.   Do you have any evidence that any outside
20 referral for you was delayed by anything Wexford
21 did?
22     A.   I mean, I have the words from my surgeons
23 that I should have been brought in sooner.
24     Q.   Do you think the timing -- do you have

74

1  any evidence that shows the timing in which the
2  outside specialist got you in from the time the
3  referral was made?
4      A.   Can you rephrase that?
5      Q.   Do you know how much time it took for
6  that outside specialist to see you after Dr. Ek
7  made the referral?
8      A.   I'm not 100 percent sure. I'm sure I
9  could figure it out.
10     Q.   Okay.
11     A.   I know the surgeon told me that if I
12 would have been brought in right away that he
13 could have just reattached it and wouldn't have
14 had to transfer tendons.
15     Q.   Did the surgeon tell you what he meant by
16 right away?
17     A.   Well, not months later probably.
18     Q.   Did the surgeon indicate whether five
19 days or a week later would have been the same
20 outcome?
21     A.   He didn't, but I'm going to subpoena him
22 as a witness.
23     Q.   Do you have -- do you have any other
24 evidence of any Wexford policy or widespread

75

1  practice that we haven't talked about in this
2  allegation?
3      A.   I have the e-mail from Jennifer Chicone
4  to Diana Fischer in Springfield saying that they
5  were understaffed and that's why they couldn't
6  get me over there as fast as they are supposed
7  to.
8      Q.   Do you have any evidence of why they were
9  understaffed?
10     A.   I don't know. But I also have all of the
11 positions that were open at that time at
12 Danville.
13     Q.   How do you know how many positions were
14 open?
15     A.   Freedom of Information. And the Lippert
16 report did it on Danville. I mean part of their
17 study was on Danville that showed -- I believe
18 that I sent that to you.
19     Q.   So, it shows that they had opened -- that
20 there are nursing positions that aren't filled,
21 is that what it shows?
22     A.   Yes. And the e-mail shows exactly how
23 many people they were short. Like five LPNs and
24 three R.N.s or something sort of like that.

76

1      Q.   Okay. So, do you know what Wexford was
2  doing to fill those positions?
3      A.   I don't know.
4      Q.   So, you have no information that Wexford
5  was choosing not to fill those positions, right?
6      A.   It was still a practice of being short
7  staffed if you ask me.
8      Q.   Even if there's active searches that
9  aren't coming up with individuals to fill those
10 spots?
11     A.   I mean, if you can't have enough people
12 to operate the prison you shouldn't be running
13 the prison.
14     Q.   Okay. You don't have any information
15 about shortages of healthcare staff outside the
16 prison, right?
17     A.   They don't have a federal right to
18 healthcare. I do.
19     Q.   Okay. So, people in the community
20 aren't -- do not have the same entitlement to
21 healthcare that you do?
22     A.   No.
23     Q.   Okay. You mentioned that you are going
24 to subpoena the orthopedist. Is that Dr. Meeker?

77

1   A.   Yes.
2   Q.   Have you talked to him about testifying?
3   A.   I believe my previous counsel did.
4   Q.   Okay. Do you -- is that based -- I'm not
5   going to ask that.
6        You personally have not talked with
7   Dr. Meeker about testifying on your behalf,
8   right?
9   A.   I have not yet, no.
10  Q.   You list Elizabeth Lansen as a witness in
11  your interrogatory responses. Do you recall
12  listing her?
13  A.   Yes.
14  Q.   Who is Elizabeth Lansen?
15  A.   She's a friend.
16  Q.   She's a friend in the community?
17  A.   Yeah.
18  Q.   And what's the basis of Elizabeth
19  Lansen's knowledge? How does she know?
20  A.   She's the one that called and spoke with
21  Jennifer Chicone on two occasions and was like
22  letting people know that I was hurting and not
23  being seen.
24  Q.   Did she visit you during that time

78

1   period?
2   A.   Yes.
3   Q.   What date did she visit you?
4   A.   I don't recall the dates.
5   Q.   Okay.
6   A.   I remember rolling up there in a
7   wheelchair a couple of times.
8   Q.   So if you were in a wheelchair when you
9   visited with her, that was after you were
10  admitted into the Infirmary, right?
11  A.   Yeah.
12  Q.   Prior to that do you remember visiting
13  her? During -- between --
14  A.   You know what, I'm not 100 percent sure,
15  no. I don't -- maybe.
16  Q.   Any other basis for Miss Lansen's
17  knowledge?
18  A.   I mean, I spoke to her every day. I
19  mean, she heard me complaining. That's about it.
20  Q.   You also list -- in your interrogatories
21  you list Kitwana Grant as a witness.
22       Do you recall listing her?
23  A.   I don't remember that, but I liked
24  Kitwana. She liked her -- she was one of the

79

1   nurses there that actually liked her job and -- I
2   hate that I had to bring her into this. I would
3   like to get her out of it.
4   Q.   You understand that that's within your
5   power, right?
6   A.   Yeah.
7   Q.   You hate to get her into this. You can
8   dismiss her.
9   A.   I need her to admit to a few things for
10  me.
11  Q.   So, you have sued her to get her
12  testimony?
13  A.   I mean, I -- maybe. I guess.
14  Q.   Okay. In your Complaint you list amounts
15  of damages that you are seeking.
16       Are those -- so, I can pull it back up.
17  It's already marked as Exhibit 3. I'm going to
18  share my screen.
19       Do you see the Relief Requested portion
20  of your Amended Complaint on the screen? It's
21  page 29.
22  A.   I do.
23  Q.   And you list amounts here. You are
24  seeking $800,000 jointly and severally for

80

1   physical and emotional injuries, 200,000 jointly
2   and severally for pain and suffering and
3   diminished quality of life, and then punitive
4   damages.
5        Are these amounts based on any sort of
6   mathematical calculation or any determination
7   that you have made as to the value of your
8   injuries?
9   A.   I mean, I'm a barber out there, and I'll
10  never be able to stand on my feet 12 hours a day
11  again. I'll never get to -- you know, I have
12  gained 60 pounds from being in that wheelchair
13  that I will never lose. I can never play sports
14  again. Like that's everything I love is cutting
15  hair and sports, and I can't do any of it
16  anymore.
17  Q.   Do you have any medical evidence that
18  that is due to a delay caused by one of the
19  defendants as opposed to your original injury?
20  A.   You can word it however you want. You
21  know it was a long delay. It would have been one
22  thing if it took me a week to get over there
23  and get me some help. It took almost a month.
24  And then after that you wouldn't even give me