UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Lucas Wood

V.                                                          21-CV-2254

Jonathan Ek et al,

PLAINTIFF'S RESPONSE TO DEFENDANTS
THIRD MOTION FOR EXTENTION OF TIME

NOW COMES plaintiff Lucas Wood, pro se, and moves this court to DENY defendants motion for extention of time. In support of plaintiff says:

1. The dispositive motions deadline set by this court was September 9, 2024.

2. This court has yet to rule on the previous motions for extention of time filed by defendants.

3. Defendants have delayed this case by months. Defendants claim it is due to unheard motions, and phone call recordings, yet they used the recordings in a motion for sanctions, but have yet to file summary judgement motions.

4. Plaintiff feels defendants request is not in good faith, and are simply stalling.

5. The delay in motions being ruled on in this case has caused plaintiff a lot of confusion. Plaintiff is pro se and is unsure why this court has not ruled on previous motions.

6. Trial in this case is set for February 2025.

WHEREFORE, for the reasons stated above, This court should DENY defendants motion for extention of time and proceed to trial in February.

```
                          Respectfully submitted,
11-13-24                             /s/ Lucas Wood
                          Lucas Wood R64297
                          251 N Il HWY 37
                          Ina, IL. 62846
```